**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prodigy Network, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4637205** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17 John St.,**<br>**5th Floor**<br>**New York, NY 10038**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **www.prodigynetwork.com**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Prodigy Network, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5511_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | **Prodigy Network, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Prodigy Network, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/25/2021
              MM / DD / YYYY

X _~Juanita Galvis~_ signature

Signature of authorized representative of debtor

**Juanita Galvis**
Printed name

Title   **Manager**

**18. Signature of attorney**

X   /s/ Michael Busenkell

Signature of attorney for debtor

Date   03/25/2021
       MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street
Suite 300
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5812**      Email address   **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT

## OF THE MANAGER

## OF PRODIGY NETWORK, LLC

_____

### March 17, 2021

The undersigned, being the Manager (the "**Manager**") of Prodigy Network, LLC a Delaware limited liability corporation (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

WHEREAS, the Manager has determined that the Company is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the Manager has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

RESOLVED FURTHER, that Juanita Galvis, (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of Prodigy Network, LLC under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Company.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

This Action by Written Consent of the Manager is to be filed with the minutes of each of the proceedings of the member, and shall have the same force and effect as an action taken at each of a duly convened meeting of the members of the Company.

This Action by Written Consent of the Manager may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the Member as of the date first above written.

PRODIGY NETWORK, LLC

_____

JUANITA GALVIS, MANAGER

2

**Fill in this information to identify the case:**

Debtor name **Prodigy Network, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/25/2021__    X _____
Signature of individual signing on behalf of debtor

**Juanita Galvis**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Prodigy Network, LLC** _____  Case No. _____
                                        Debtor(s)                          Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____ **8,228.50**

    Prior to the filing of this statement I have received _____  $ _____ **8,228.50**

    Balance Due _____  $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_03/25/2021_____          /s/ Michael Busenkell
_Date_                                        **Michael Busenkell**
                                              _Signature of Attorney_
                                              **Gellert Scali Busenkell & Brown, LLC**
                                              **1201 N. Orange Street**
                                              **Suite 300**
                                              **Wilmington, DE 19801**
                                              **302-425-5812  Fax: 302-425-5814**
                                              **mbusenkell@gsbblaw.com**
                                              _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name    **Prodigy Network, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................   $     **0.00**

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................   $     **10,000.00**

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................   $     **10,000.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $     **4,760,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a.** Total claim amounts of priority unsecured claims:
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     **0.00**

     **3b.** Total amount of claims of nonpriority amount of unsecured claims:
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **1,473,556.52**

4.   Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b     $     **6,233,556.52**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Prodigy Network, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust Bank**<br>**Attn: Andy Crais, SVP**<br>**Mail Code: GA-ATL-287**<br>**1155 Peachtree Street, N.E.**<br>**Suite 1200**<br>**Atlanta, GA 30309** | **Non-Personal Checking** | **8869** | $0.00 |
| 3.2. | **JP Morgan Chase Bank, N.A.**<br>**45 Wall Street**<br>**New York, NY 10005** | **Non-Personal Checking** | **6136** | $0.00 |
| 3.3. | **JP Morgan Chase Bank, N.A.**<br>**45 Wall Street**<br>**New York, NY 10005** | **Non-Personal Checking** | **3013** | $0.00 |
| 3.4. | **JP Morgan Chase Bank, N.A.**<br>**45 Wall Street**<br>**New York, NY 10005** | **Non-Personal Checking** | **8282** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Debtor    **Prodigy Network, LLC**                                    Case number *(if known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

8.1.    **$10,000 as retainer to which is not being used for law firm:  Klestadt, Einters, Jureller,**
        **Southard & Stevens LLP at  200 W 41st, 17th Floor, New York, NY 10036**          **$10,000.00**

9.    **Total of Part 2.**                                                                    **$10,000.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **7,407,751.00** -    **7,407,751.00** =....    **$0.00**
                          face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                   **$0.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1.  **Prodigy Shorewood Domestic Feeder Rep Fund LLC** **234 E 46th Street Series - See attached organiztional chart** | **90.33** % | **N/A** | **$0.00** |
| 15.2.  **84 William Street Realty Associates LLC- See attached organiztional chart** | **2.45** % | **N/A** | **$0.00** |
| 15.3.  **Ownership of 17 John Street Realty Associates LLC- See attached organiztional chart** | **50** % | **N/A** | **$0.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor     **Prodigy Network, LLC**                                                Case number *(If known)* _____
                     Name

| | | | | |
|---|---|---|---|---|
| 15.4. | **Ownership of Prodigy Shorewood Domestic Feeder Rep Fund LLC- 114 E. 25th Street Series- See attached organiztional chart** | **4.46** % | | **$0.00** |
| 15.5. | **Ownership of Prodigy Shorewood Domestic Feeder Rep Fund LLC-114 E. 25th Street Series- See attached organiztional chart** | **1.20** % | **N/A** | **$0.00** |
| 15.6. | **Prodigy Netowrk Miami LLC- See attached organiztional chart** | **100** % | | **$0.00** |
| 15.7. | **The Assemblage Hospitality LLC - See attached organizational chart** | **100** % | | **$0.00** |
| 15.8. | **Prodigy International Resort Development S.A.- See attached organizational chart** | **100** % | | **$0.00** |

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
         Describe:

17.      **Total of Part 4.**                                                                                          | **$0.00** |
         Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.      **Office furniture** | | | |
| 40.      **Office fixtures** | | | |
| 41.      **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and Monitors** | **Unknown** | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor  **Prodigy Network, LLC**_____  Case number *(If known)* _____
Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                            | $0.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** <br> Website domain | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                          | $0.00 |
Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Prodigy Network, LLC**
          <br>Name

Case number *(If known)* _____

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)
       **Promisorry Note- SOHO 1602 Owner LLC*** There are promissory notes from 6 different entities- Face value and accrued interest as of 6/30/2019**

       9,574,808.00 - 9,574,808.00 =
       Total face amount    doubtful or uncollectible amount

       **$0.00**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.

       **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Prodigy Network, LLC**                                   Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Prodigy Network, LLC Organizational Chart

### Pre-Money

(excluding Secured Note of $15 million)



## Post-Money
(excluding Secured Note of $15 million)



### Assumptions:
- 50% Convertible Debt conversion rate
- IA Capital is included in offshore investor entity
- 10% Domestic Investors

| Fill in this information to identify the case: |
|---|

Debtor name **Prodigy Network, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Dalaman Management Corp** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Caile Los Cuarzos No. 165 Club Golf Los Incas Surco Lima PERU**

Promissory Note- 84 William Bridge Loan

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **De Lorenzo Holdings Corp** | Describe debtor's property that is subject to a lien | $710,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Trident Chambers P.O. Box 146 Road Town, TORTOLA BRITISH VIRGIN ISLANDS**

Promissory Note- 84 William Bridge Loan

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Prodigy Network, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fernando Bedoya Alipaz** | Describe debtor's property that is subject to a lien | $400,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Barrio Equipetrol Norte
Calle F. Este
Apt A-P2
Santa Cruz de la Sierra
BOLIVIA**

**Promissory Note- 84 William Bridge Loan**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **FlexFunds** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1221 Brickell Ave
Unit 1500
Miami, FL 33131**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **International Housing Contractors Ltd.** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Calle 70 A No. 5-81
Bogota
Cundinamarca
COLOMBIA**

**Promissory Note- 84 William Bridge Loan**

Creditor's mailing address

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

| Debtor | **Prodigy Network, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Kalter Limited** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Vanterpool Plaza, 2nd Floor Wickhams Cay 1- Road Town**
**Tortola**
**BRITISH VIRGIN ISLANDS**

**Promissory Note- 84 William Bridge Loan**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Mariana Pinto Escandon &** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Benjamin Beja Lezama Sierra Amatepec 259 Lomas de Chapultepec Mexico City, Miguel Hidalgo**
**MEXICO**

**Promissory Note- 84 William Bridge Loan**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Prodigy Network, LLC**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Nicolas Bedoya Alipaz** | | |
|---|---|---|---|

Creditor's Name

**Barrio Jardin Latino**
**Avenida**
**Pirai Con, Apt. 36**
**Santa Cruz de la Sierra**
**BOLIVIA**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Promissory Note- 84 William Bridge Loan**

$400,000.00          $0.00

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Operadora Kau-Kan** | | |
|---|---|---|---|

Creditor's Name

**Paseo De La Reforma**
**2620-602**
**Colonia-Lomas Altas**
**Ciudad de Mexico**
**MEXICO**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Promissory Note- 84 William Bridge Loan**

$1,000,000.00          $0.00

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,760,000.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor    **Prodigy Network, LLC**
_____    Case number (if known) _____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Prodigy Network, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A PLUS MESSENGER, INC.**<br>**160 BROADWAY**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred  6/15/2019<br>Last 4 digits of account number  0151 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $128.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A PLUS MESSENGER, INC.**<br>**160 BROADWAY**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred  4/15/2019<br>Last 4 digits of account number  8891 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $24.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**A PLUS MESSENGER, INC.**<br>**160 BROADWAY**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred  4/30/2019<br>Last 4 digits of account number  9219 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $16.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Alpha Marketing Solutions**<br>**Lopez & Cauling LTD**<br>**Uruguay**<br><br>Date(s) debt was incurred  3/22/2019<br>Last 4 digits of account number  0356 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $3,128.69 |

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $870.56 |
|---|---|---|---|

**Arte Litografico SAS**
**Jaime Cifuentes**
**Calle 8A**
**No 26-36**
**Bogota, Colombia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/30/2019

**Basis for the claim:** _

Last 4 digits of account number  7076

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Ashanti Esculpi Figueroa**
**Av Daniel Camejo Octavio**
**Lecheria**
**VENEZUELA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/18/2019

**Basis for the claim:** _

Last 4 digits of account number  N015

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Ashley Taylor**
**19 Delavan St**
**Apt 3S**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2018

**Basis for the claim:** _

Last 4 digits of account number  001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,220.00 |
|---|---|---|---|

**Becker/Glynn**
**299 Park Ave**
**New York, NY 10171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/17/2019

**Basis for the claim:** _

Last 4 digits of account number  001A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,720.00 |
|---|---|---|---|

**Becker/Glynn**
**299 Park Ave**
**New York, NY 10171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

**Basis for the claim:** _

Last 4 digits of account number  3001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,401.00 |
|---|---|---|---|

**Becker/Glynn**
**299 Park Ave**
**New York, NY 10171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

**Basis for the claim:** _

Last 4 digits of account number  3119

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**BusinessWire, Inc**
**P. O Box 39000**
**Dept. 34182**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/12/2019

**Basis for the claim:** _

Last 4 digits of account number  8254

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,000.00 |
|---|---|---|---|

Chase Bank- PPP Loan
Angela C. Salomon, VP
4 New York Plaza
Floor 14
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **PPP Loan- 2020**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,250.00 |
|---|---|---|---|

**Citywire Financial Publishers Ltd**
**87 Vauxhall Walk**
**United Kingdom**
**London**
**SE11 5HJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2019**

Basis for the claim:  _

Last 4 digits of account number  **5788**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,125.00 |
|---|---|---|---|

**Citywire Financial Publishers Ltd**
**87 Vauxhall Walk**
**United Kingdom**
**London**
**SE11 5HJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2019**

Basis for the claim:  _

Last 4 digits of account number  **5511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**Congruent Software Inc.**
**4205 148th Ave NE**
**Suite 200**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2019**

Basis for the claim:  _

Last 4 digits of account number  **0131**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,235.00 |
|---|---|---|---|

**CONSORCIO ALVAREZ S.A. (gogetit)**
**RUC 2050858-1-747996 DV 33, Torre de Las**
**Oficina 701**
**Calle Punta Darien,**
 **Punta Pacifica, Ciud**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2019**

Basis for the claim:  _

Last 4 digits of account number  **1175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,119.50 |
|---|---|---|---|

**CONSORCIO ALVAREZ S.A. (gogetit)**
**RUC 2050858-1-747996 DV 33, Torre de Las**
**Oficina 701**
**Calle Punta Darien,**
 **Punta Pacifica, Ciud**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2019**

Basis for the claim:  _

Last 4 digits of account number  **1155**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page  3 of 17

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Prodigy Network, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**CONSORCIO ALVAREZ S.A. (gogetit)**<br>**RUC 2050858-1-747996 DV 33, Torre de Las**<br>**Oficina 701**<br>**Calle Punta Darien,**<br>**Punta Pacifica, Ciud**<br><br>Date(s) debt was incurred  4/12/2019<br>Last 4 digits of account number  2484 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,235.00** |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**CoStar Group, Inc.**<br>**1331 L St, NW**<br>**Washington, DC 20005**<br><br>Date(s) debt was incurred  4/3/2019<br>Last 4 digits of account number  5961 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,386.39** |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**CoStar Group, Inc.**<br>**1331 L St, NW**<br>**Washington, DC 20005**<br><br>Date(s) debt was incurred  6/3/2019<br>Last 4 digits of account number  4331 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,798.50** |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Cushman & Wakefield, Inc.**<br>**P.O Box 27936**<br>**New York, NY 10087**<br><br>Date(s) debt was incurred  9/5/2019<br>Last 4 digits of account number  7563 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,300.00** |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Downtown-Lower Manthattan Association, I**<br>**120 Broadway**<br>**Suite 3340**<br>**New York, NY 10271**<br><br>Date(s) debt was incurred  2/20/2019<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  2019 Membership Fee<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Eduardo Rodriguez - Broker**<br>**7650 NW 25 St.**<br>**Miami, FL 33122**<br><br>Date(s) debt was incurred  11/15/2018<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Placement Fee<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,605.37** |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Ernst & Young LLP**<br>**200 Plaza Dr**<br>**Secaucus, NJ 07094**<br><br>Date(s) debt was incurred  5/15/2019<br>Last 4 digits of account number  7802 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,800.00** |

Debtor    **Prodigy Network, LLC**                                          Case number (if known) _____
_____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.27 |

**Fearless Media LLC**
**1441 Broadway**
**Suite 6021**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/5/2019

Basis for the claim: _

Last 4 digits of account number  156

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.79 |

**Fearless Media LLC**
**1441 Broadway**
**Suite 6021**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/18/2019

Basis for the claim: _

Last 4 digits of account number  157

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |

**Frankfurt Kurnit Klein & Selz PC**
**488 Madison Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/9/2019

Basis for the claim: _

Last 4 digits of account number  7404

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.50 |

**Frankfurt Kurnit Klein & Selz PC**
**488 Madison Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2019

Basis for the claim: _

Last 4 digits of account number  5759

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.50 |

**Frankfurt Kurnit Klein & Selz PC**
**488 Madison Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/8/2019

Basis for the claim: _

Last 4 digits of account number  9358

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,343.00 |

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

Basis for the claim: _

Last 4 digits of account number  7906

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,731.00 |

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

Basis for the claim: _

Last 4 digits of account number  7913

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,766.00 |
|---|---|---|---|

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

**Basis for the claim:** _

Last 4 digits of account number  8519

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,809.00 |
|---|---|---|---|

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2019

**Basis for the claim:** _

Last 4 digits of account number  9041

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,561.50 |
|---|---|---|---|

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2019

**Basis for the claim:** _

Last 4 digits of account number  9050

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,015.00 |
|---|---|---|---|

**Gibbons, PC**
**One Pennsylvania Plaza**
**37th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2019

**Basis for the claim:** _

Last 4 digits of account number  9060

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.81 |
|---|---|---|---|

**Globotext**
**8437 Tuttle Ave**
**Suite 133**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2/2019

**Basis for the claim:** _

Last 4 digits of account number  4285

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.16 |
|---|---|---|---|

**Globotext**
**8437 Tuttle Ave**
**Suite 133**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2019

**Basis for the claim:** _

Last 4 digits of account number  4289

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,514.42 |
|---|---|---|---|

**Guillermo Hansen**
**Comodoro Rivadavia 1123 casa 5**
**San Isidro**
**Buenos Aires**
**Argentina**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/8/2019

**Basis for the claim:** _

Last 4 digits of account number  0034

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Gustavo Donnangelo Novelli**
**Tiburcio Gomez 1331**
**Apt. 408**
**Montevideo**
**URUGUAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/16/2019

Basis for the claim: _

Last 4 digits of account number  0008

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,740.00** |
|---|---|---|---|

**Hogan Lovells**
**One Pacific Place**
**11th Floor**
**88 Queensway**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2019

Basis for the claim: _

Last 4 digits of account number  5021

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,909.09** |
|---|---|---|---|

**Inishowen Partners Limited**
**322 Des Voeux Rd Central**
**19/F W Exchange Tower**
**Central,**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/20/2019

Basis for the claim: _

Last 4 digits of account number  P002

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Kekst and Company**
**437 Madison Ave**
**37 Floor**
**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/30/2019

Basis for the claim:  **Consulting Fee May 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.00** |
|---|---|---|---|

**Kekst and Company**
**437 Madison**
**37th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/30/2019

Basis for the claim: _

Last 4 digits of account number  6159

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$521.55** |
|---|---|---|---|

**LEAF FINANCIAL CORPORATION**
**P.O Box 644006**
**Cincinatti, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/9/2019

Basis for the claim: _

Last 4 digits of account number  3102

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.34** |
|---|---|---|---|

**LEAF FINANCIAL CORPORATION**
**P.O Box 644006**
**Cincinatti, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/10/2019

Basis for the claim: _

Last 4 digits of account number  9300

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Prodigy Network, LLC**
_____    Case number (if known) _____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.34 |
|------|---|---|---|

**LEAF FINANCIAL CORPORATION**
P.O Box 644006
Cincinatti, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2019**

Basis for the claim:  _

Last 4 digits of account number  **5532**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.34 |
|------|---|---|---|

**LEAF FINANCIAL CORPORATION**
P.O Box 644006
Cincinatti, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2019**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.34 |
|------|---|---|---|

**LEAF FINANCIAL CORPORATION**
P.O Box 644006
Cincinatti, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2019**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|------|---|---|---|

**Lisicki Litvin & Asociados**
25 de Mayo 555
13th Fl.
Buenos Aires
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2019**

Basis for the claim:  _

Last 4 digits of account number  **0210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|------|---|---|---|

**LW Hospitality Advisors LLC**
200 W 41st St
Suite 805
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2019**

Basis for the claim:  _

Last 4 digits of account number  **2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|------|---|---|---|

**LW Hospitality Advisors LLC**
200 W 41st St
Suite 805
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2019**

Basis for the claim:  _

Last 4 digits of account number  **2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|------|---|---|---|

**LW Hospitality Advisors LLC**
200 W 41st St
Suite 805
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2019**

Basis for the claim:  _

Last 4 digits of account number  **2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**Marcella Reyes LLC**
**Avenida 4ta N #3-20**
**Centenario Cali,**
**Colombia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/9/2019

**Basis for the claim:** _

Last 4 digits of account number  4

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,575.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/11/2019

**Basis for the claim:** _

Last 4 digits of account number  8778

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,648.84 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:** _

Last 4 digits of account number  9033

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:** _

Last 4 digits of account number  9033

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:** _

Last 4 digits of account number  9033

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,914.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/24/2019

**Basis for the claim:** _

Last 4 digits of account number  9696

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,635.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2019

**Basis for the claim:** _

Last 4 digits of account number  9676

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Prodigy Network, LLC**
Name

Case number (if known) _____

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

Date(s) debt was incurred  5/29/2019

Last 4 digits of account number  2526

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,538.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

Date(s) debt was incurred  5/29/2019

Last 4 digits of account number  2526

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,858.00 |
|---|---|---|---|

**Marcum, LLP**
**750 Third Ave**
**11th Floor**
**New York, NY 10017**

Date(s) debt was incurred  5/29/2019

Last 4 digits of account number  2521

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Maria Carolina Orozco**
**Calle 138**
**11B- Apto 1107**
**Bogota**
**Colombia**

Date(s) debt was incurred  2/7/2019

Last 4 digits of account number  002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Broker**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**MOLINA GRISALES ROSA MARIA DEL PILAR**
**Clay 3082 Piso 3B**
**Buenos Aires**
**Argentina**

Date(s) debt was incurred  4/11/2019

Last 4 digits of account number  3004

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,697.36 |
|---|---|---|---|

**Nelson Mullins Riley & Scarborough LLP**
**280 Park Ave**
**15th Floor**
**New York, NY 10017**

Date(s) debt was incurred  _

Last 4 digits of account number  1586

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,764.00 |
|---|---|---|---|

**NES FINANCIAL CORPORATE**
**50 W San Fernando St**
**San Jose, CA 95113**

Date(s) debt was incurred  6/30/2019

Last 4 digits of account number  3618

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,703.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/30/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3617 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,733.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/30/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3169 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,734.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3392 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,716.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  2862 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,460.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  2861 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,503.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/30/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3170 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,662.00** |
| | **NES FINANCIAL CORPORATE**<br>**50 W San Fernando St**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3393 | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Nordicus Capital**
**Kungsgatan 35**
**Sweden**
**Stockholm**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/21/2019

Basis for the claim: _

Last 4 digits of account number  77

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,154.00 |
|---|---|---|---|

**Nordicus Capital**
**Kungsgatan 35**
**Sweden**
**Stockholm**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2019

Basis for the claim: _

Last 4 digits of account number  83

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,255.60 |
|---|---|---|---|

**Pandinavia AG**
**Industriestrasse 30,**
**8302 Kloten**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/7/2019

Basis for the claim: _

Last 4 digits of account number  5835,5833,5834

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**Park Evaluations**
**3000 Marcus Ave**
**STE 1E6**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2018

Basis for the claim: _

Last 4 digits of account number  8324

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Paula Gilovich**
**415 Argyle Rd**
**#6C**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/17/2018

Basis for the claim: _

Last 4 digits of account number  6

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,999.00 |
|---|---|---|---|

**Prodigy Network Cono Sur S.A. (Partners**
**Gonzalo Noguer**
**Ruta 8 Km 17.500, Edificio 100-local 120**
**Oficina 103 Zonameica, Montevideo,**
**Uruguay- 1885944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2019

Basis for the claim:  Broker Annul Fee Q3 2019

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,999.00 |
|---|---|---|---|

**Prodigy Network Cono Sur S.A. (Partners**
**Gonzalo Noguer**
**Ruta 8 Km 17.500, Edificio 100-local 120**
**Oficina 103 Zonameica, Montevideo**
**Uruguay-1885994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2019

Basis for the claim:  Broker Annul Fee Q4 2019

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,831.57 |
|---|---|---|
| **RVM Enterprises, Inc.**<br>**525 Washington Blvd**<br>**9th Floor**<br>**Jersey City, NJ 07310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/30/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  9067 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|
| **Sam Sistemas SRL**<br>**Azcuenaga No 1344 Piso 1**<br>**Ciudad Autonoma de Bue**<br>**Argentina -C11** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/2/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  0143 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|
| **Sam Sistemas SRL**<br>**Azcuenaga No 1344 Piso 1**<br>**Ciudad Autonoma de Bue**<br>**Argentina -C11** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/3/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  0145 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|
| **Sam Sistemas SRL**<br>**Azcuenaga No 1344 Piso 1**<br>**Ciudad Autonoma de Bue**<br>**Argentina -C11** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/4/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  0149 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|
| **Spartz Creative**<br>**3445 N Kama Dr**<br>**La Porte, IN 46350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/30/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  2019 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,091.71 |
|---|---|---|
| **The Blue Swing LLC**<br>**629 N. High St**<br>**4th Floor**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/18/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  1979 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,829.10 |
|---|---|---|
| **Thomson Reuters (GRC) Inc**<br>**(Refinitiv US**<br>**1180 Broadway**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/1/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  9231 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|
| | **Time Advisors, LLC**<br>**276 Clara St**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/28/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  1024 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Todd Joseph Haselhorst**<br>**(ToddGuru, INC)**<br>**1551 E 120th St**<br>**Olathe, KS 66061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/1/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  4 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,445.00** |
|---|---|---|---|
| | **Valuar Organizacion De Recursos Humanos**<br>**Jeronimo Salguero- 2745**<br>**Piso 4**<br>**C1425 CABA**<br> **Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/9/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  56 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|
| | **ViviFlorez Design**<br>**75 Ralph Ave**<br>**Apt. 3F**<br>**Brooklyn, NY 11221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/13/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  PN11 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,080.00** |
|---|---|---|---|
| | **W3 Comunicacion S.R.L.**<br>**Carlos Calvo 615**<br>**Ciudad Autonoma de Buenos Aires**<br>**Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/6/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  0611 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,920.00** |
|---|---|---|---|
| | **W3 Comunicacion S.R.L.**<br>**Carlos Calvo 615**<br>**Ciudad Autonoma de Buenos Aires**<br>**Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/6/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  0611 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,880.00** |
|---|---|---|---|
| | **W3 Comunicacion S.R.L.**<br>**Carlos Calvo 615**<br>**Ciudad Autonoma de Buenos Aires**<br>**Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/24/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  0602 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,920.00 |
|---|---|---|---|

**W3 Comunicacion S.R.L.**
**Carlos Calvo 615**
**Ciudad Autonoma de Buenos Aires**
 **Argentina**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **0602**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2324**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,080.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2325**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,840.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2355**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,325.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2335**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,345.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2360**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**W3 USA, LLC**
**19 West 34th St**
**Suite 1018**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2337**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Prodigy Network, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211,265.00 |
|---|---|---|---|

**Winston & Strawn LLP**
**MetLife Building**
**200 Park Ave**
**New York, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/27/2019

**Basis for the claim:** _

Last 4 digits of account number  General

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,147.88 |
|---|---|---|---|

**Winthrop & Weinstine, P.A.**
**225 S 6th St**
**Suite 3500-**
**Capella Tower**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/2019

**Basis for the claim:** _

Last 4 digits of account number  4024

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,345.50 |
|---|---|---|---|

**Winthrop & Weinstine, P.A.**
**225 S 6th St**
**Suite 3500-**
**Capella Tower**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2019

**Basis for the claim:** _

Last 4 digits of account number  5912

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
|---|---|---|---|

**Winthrop & Weinstine, P.A.**
**225 S 6th St**
**Suite 3500-**
**Capella Tower**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2019

**Basis for the claim:** _

Last 4 digits of account number  6100

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,429.00 |
|---|---|---|---|

**Winthrop & Weinstine, P.A.**
**225 S 6th St**
**Suite 3500-**
**Capella Tower**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/5/2019

**Basis for the claim:** _

Last 4 digits of account number  9750

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,575.00 |
|---|---|---|---|

**Winthrop & Weinstine, P.A.**
**225 S 6th St**
**Suite 3500-**
**Capella Tower**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/13/2019

**Basis for the claim:** _

Last 4 digits of account number  2135

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Prodigy Network, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td colspan="4" style="background-color:black;color:white;">**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,473,556.52** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,473,556.52** |

---

**Fill in this information to identify the case:**

Debtor name    **Prodigy Network, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ansarada Pty Ltd.**<br>**Level 2**<br>**80 George St**<br>**The Rocks NSW 2000**<br>**Australia** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Citywire Financial Publishers Ltd.**<br>**87 Vauxhall Walk**<br>**London**<br>**SE11 5HJ**<br>**United Kingdom** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Donnacar S.R.L.**<br>**Attn: Gustavo Donnangelo Novelli**<br>**Tiburcio Gomez 1331, Ap 408**<br>**Montevideo**<br>**URUGUAY** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kekst and Company Inc.**<br>**437 Madison Ave**<br>**37th Floor**<br>**New York, NY 10022** |

---

Debtor 1    **Prodigy Network, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Service Agreement**

State the term remaining

List the contract number of any government contract

Kekst and Company, Inc.
DBA Kekst CNC
437 Madison Ave.
37th Floor
New York, NY 10022

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Service Agreement**

State the term remaining

List the contract number of any government contract

Noformat Inc.
495 Broome St.
5th Floor
New York, NY 10013

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Service Agreement**

State the term remaining

List the contract number of any government contract

Spartz Creative
Dylan Edward Spartz
3445 N. Karma Dr.
La Porte, IN 46350

**Fill in this information to identify the case:**

Debtor name    **Prodigy Network, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Prodigy Network, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$4,549,642.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **Interest Income** | **$0.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Interest Income** | **$0.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **Interest Income** | **$563,519.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

Debtor    **Prodigy Network, LLC**                                    Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Vincent Mikolay v. Rodrigo Nino and Prodigy Network, LLC** Index No. 051519-19 | **Commercial Division of NY State Supreme Court, NY County Breach of Contract** | **New York Supreme Court New York County Commercial Division 60 Centre Street New York, NY 10007** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Cowley Holdings Services Inc. vs. Prodigy Network, LLC** 0652617/2020 | **CD-ECONTRACT** | **New York Supreme Court New York County Commercial Division 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Prodigy Network, LLC**                                                          Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Avemar 2318 Corp vs Prodigy Network, LLC et al** | | **New York Supreme Court New York County Commercial Division 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Jailinelli LTD, et al vs Prodigy Network LLC Civil Action No. 20-02906** | | **NYSD- District Court 500 Pearl St. New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Jose Antonio Haua et al vs. Prodigy Network, LLC et al Civil Case No. 20-2318** | | **NYSD- District Court 500 Pearl St. New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Operadora Kau-Kan et al vs Prodigy Network, LLC et al Civil Action No. 20-2770** | | **NYSD- District Court 500 Pearl St. New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Francois Denimal et al vs Prodigy Network LLC et al Civil Action No. 20-00968** | | **NYSD- District Court 500 Pearl St. New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Emily Capkanis v. Prodigy Networks LLC Civil Case No. 20-07144** | | **NYSD- District Court 500 Pearl St. New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

Debtor    **Prodigy Network, LLC**_____    Case number *(if known)*_____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange Street** **Suite 300** **Wilmington, DE 19801** | | **1/7/2021** | **$8,228.50** |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **114 E 25th Street** **6th Floor** **New York, NY 10010** | **2016-2018** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Prodigy Network, LLC | | Case number *(if known)* | |

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Prodigy Network, LLC** | | Case number *(if known)* | |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **SEE ATTACHED ORGANIZATIONAL CHART** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Christopher Andresen**<br>**1441 Central St.**<br>**Apt. # 312**<br>**Denver, CO 80211** | **2014--2019** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor __**Prodigy Network, LLC**_____  Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.     **Shanta Gupta**<br>**74 Pennsylvania Ave**<br>**Medford, NY 11763** | **2015--2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

  ■ No
  ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Juanita Galvis** | **666 W. End Ave.**<br>**Apt. 2H**<br>**New York, NY 10025** | **Manager** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☐ No
  ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rodrigo Nino** | | **Managing Member** | **Until May 2020** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ■ No
  ☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Prodigy Network, LLC** | | | Case number *(if known)* | |
|--------|-----|--|--|------|--|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/25/2021

_____
Signature of individual signing on behalf of the debtor

**Juanita Galvis**
Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

# Prodigy Network, LLC Organizational Chart

## Pre-Money
(excluding Secured Note of $15 million)



## Post-Money
(excluding Secured Note of $15 million)

**Assumptions:**
- 50% Convertible Debt conversion rate
- IA Capital is included in offshore investor entity
- 10% Domestic Investors



## United States Bankruptcy Court
### District of Delaware

In re    **Prodigy Network, LLC**                                                    Case No.
                                    Debtor(s)                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    03/25/2021

_____
**Juanita Galvis/Manager**
Signer/Title

Prodigy Network, LLC
17 John St.
5th Floor
New York, NY, 10038

Michael Busenkell
Gellert Scali Busenkell &
Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

A PLUS MESSENGER,
INC.
160 BROADWAY
New York, NY, 10038

Alpha Marketing Solutions
Lopez & Cauling LTD
URUGUAY

Arte Litografico SAS
Jaime Cifuentes
Calle 8A,No 26-36
Bogota
COLOMBIA

Ashanti Esculpi
Figueroa Av
Daniel Camejo Octavio
Lecheria
VENEZUELA

Ashley Taylor
19 Delavan St
Apt 3S
Brooklyn, NY, 11231

Becker/Glynn
299 Park Ave
New York, NY, 10171

BusinessWire, Inc
P. O Box 39000
Dept. 34182
San Francisco, CA, 94139

Chase Bank- PPP Loan
Angela C. Salomon, VP
4 New York Plaza,
Floor 14
New York, NY, 10004

Citywire Financial
Publishers Ltd.
87 Vauxhall Walk
London, SE11 5HJ
UNITED KINGDOM

Congruent Software Inc.
4205 148th Ave NE
Suite 200
Bellevue, WA, 98007

CONSORCIO ALVAREZ
S.A. (gogetit)
RUC 2050858-1-747996
DV 33
Torre de Las, Oficina 701
Calle Punta Darien
Punta Pacifica Ciud
PANAMA

CoStar Group, Inc.
1331 L St, NW
Washington DC 20005

Cushman & Wakefield,
Inc.
P.O. Box 27936
New York, NY, 10087

Dalaman Management
Corp
Caile Los Cuarzos No. 165
Club Golf Los Incas Surco
Lima PERU

De Lorenzo Holdings Corp
Trident Chambers
P.O. Box 146
Road Town
TORTOLA
BRITISH VIRGIN
ISLANDS

Downtown-Lower
Manhattan Assoc. I
120 Broadway Suite 3340
New York, NY, 10271

Eduardo Rodriguez –
Broker
7650 NW 25 St.
Miami, FL, 33122

Ernst & Young LLP
200 Plaza Dr.
Secaucus, NJ, 07094

Fearless Media LLC
1441 Broadway, Suite
6021
New York, NY, 10018

Fernando Bedoya Alipaz
Barrio Equipetrol
Norte Calle F. Este,
Apt A-P2
Santa Cruz de la Sierra
BOLIVIA

FlexFunds
1221 Brickell Ave
Unit 1500
Miami, FL, 33131

Frankfurt Kurnit Klein &
Selz PC
488 Madison Ave.
New York, NY, 10022

Gibbons, PC
One Pennsylvania Plaza
37th Floor
New York, NY, 10119

Globotext
8437 Tuttle Ave.
Suite 133
Sarasota, FL, 34243

Guillermo Hansen
Comodoro Rivadavia
1123 casa 5,
San Isidro, Buenos Aires,
ARGENTINA

Gustavo Donnangelo
Novelli
Tiburcio Gomez
1331,Apt. 408
Montevideo
URUGUAY

Hogan Lovells
One Pacific Place
11th Floor
88 Queensway
Hong Kong, CHINA

Inishowen Partners
Limited
322 Des Voeux Rd Central
19/F W Exchange Tower
Central
Hong Kong, CHINA

International Housing
Contractors Ltd.
Calle 70 A No. 5-81
Bogota, Cundinamarca
COLOMBIA

Kalter Limited
Vanterpool Plaza,
2nd Floor
Wickhams Cay 1-
Road Town
Tortola
BRITISH VIRGIN
ISLANDS

Kekst and Company
437 Madison 37th Floor
New York, NY, 10022

LEAF FINANCIAL
CORPORATION
P.O. Box 644006
Cincinnati, OH, 45264

Lisicki Litvin & Asociados
25 de Mayo 555
13th Fl.
Buenos Aires
ARGENTINA

LW Hospitality Advisors
LLC
200 W 41st St.
Suite 805
New York, NY, 10036

Marcella Reyes LLC
Avenida 4ta N #3-20
Centenario Cali
COLOMBIA

Marcum, LLP
750 Third Ave
11th Floor
New York, NY 10017

Maria Carolina Orozco
Calle 138,11B- Apto 1107
Bogota
COLOMBIA

Mariana Pinto Escandon &
Benjamin Beja Lezama
Sierra Amatepec 259
Lomas de Chapultepec
Mexico City,
Miguel Hidalgo
MEXICO

MOLINA GRISALES
ROSA MARIA DEL
PILAR
Clay 3082 Piso 3B
Buenos Aires
ARGENTINA

Nelson Mullins Riley &
Scarborough LLP
280 Park Ave
15th Floor
New York, NY 10017

NES FINANCIAL
CORPORATE
50 W San Fernando St.
San Jose, CA, 95113

Nicolas Bedoya Alipaz
Barrio Jardin Latino
Avenida
Pirai Con, Apt. 36
Santa Cruz de la Sierra
BOLIVIA

Nordicus Capital
Kungsgatan 35
Stockholm
SWEDEN

Operadora Kau-Kan
Paseo De La Reforma
2620-602 Colonia-Lomas
Altas
Ciudad de Mexico
MEXICO

Pandinavia AG
Industriestrasse 30
8302 Kloten
SWITZERLAND

Park Evaluations
3000 Marcus Ave
STE 1E6
New Hyde Park, NY
11042

Paula Gilovich
415 Argyle Rd,#6C
Brooklyn, NY, 11218

Prodigy Network Cono Sur
S.A.
Partners,Gonzalo Noguer
Ruta 8 Km 17.500
Edificio 100-local 120
Oficina 103 Zonameica
Montevideo
URUGUAY 1885944

RVM Enterprises, Inc.
525 Washington Blvd.
9th Floor
Jersey City, NJ, 07310

Sam Sistemas SRL
Azcuenaga No 1344 Piso 1
Ciudad Autonoma de Bue
ARGENTINA -C11

The Blue Swing LLC
629 N. High St. 4th Floor
Columbus, OH, 43215

Thomson Reuters
(GRC) Inc,
Refinitiv US
1180 Broadway
New York, NY, 10001

Time Advisors, LLC
276 Clara St
San Francisco, CA, 94107

Todd Joseph Haselhorst
ToddGuru, INC
1551 E 120th St.
Olathe, KS, 66061

Valuar Organizacion De
Recursos Humanos
Jeronimo Salguero
2745 Piso 4 C1425
CABA
ARGENTINA

ViviFlorez Design
75 Ralph Ave. Apt. 3F
Brooklyn, NY, 11221

W3 Comunicacion S.R.L.
Carlos Calvo
615 Ciudad Autonoma de
Buenos Aires
ARGENTINA

W3 USA, LLC
19 West 34th St.
Suite 1018
New York, NY, 10001

Winston & Strawn LLP
MetLife Building
200 Park Ave
New York, NY, 10166

Winthrop & Weinstine,
P.A.
225 S 6th St. Suite 3500
Capella Tower
Minneapolis, MN, 55402

Cole Schotz P.C.
135 Avenue of the
Americas
19th Floor
New York, NY, 10019

Cole Schotz P.C.
Attn: Marc P. Press
Court Plaza North
25 Main Street
Hackensack, NJ, 07602

Fishkin Lucks LLP
Steven Lucks, Esq.
Zachary W. Silverman,
Esq.
277 Broadway Ste. 408
New York, NY, 10007

Great American Insurance
Group
Jay C. Fenton, Esq.
Executive Liability
Division
1450 American Lane,
8th Fl
Schaumburg, IL, 60173

Hunter Taubman Fischer
& Li, LLC
Mark David Hunter, Esq.
2 Alhambra Plz.
Ste. 650
Miami, FL, 33134

Hunter Taubman Weiss
LLP
2 Alhambra Plz.,Suite 650
Miami, FL, 33134

Mariana Pinto Escandon
& Benjamin Beja Lezama
Boulevard PTQ Avent
MZ34 LT16 SN TLM
Puerto Aventuras,
Solidardid
Quintana Roo
MEXICO

Nelson Mullins Riley &
Scarborough LLP,
Attn: Sam Rosenthal, Esq.
101 Constitution Ave.,
NW
Ste. 900
Washington, DC, 20001

Nelson Mullins Riley &
Scarborough LLP
Accounts Receivable
Post Office Drawer 1109
Columbia, SC, 29211

Rosemberg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy.
Ste. 602
Miami, FL, 33180

Wigdor LLP
Valdi Licul, Esq.
85 Fifth Ave.,
New York, NY, 10003

Ansarada Pty Ltd.
Level 2,80 George St,
The Rocks NSW 200
AUSTRALIA

Donnacar S.R.L.
Attn: Gustavo Donnangelo
Novelli
Tiburcio Gomez 1331,
Ap 408
Montevideo
URUGUAY

Kekst and Company, Inc.
DBA Kekst CNC
437 Madison Ave.,37th
Floor
New York, NY, 10022

Noformat Inc.
495 Broome St.,5th Floor
New York, NY, 10013

Spartz Creative
Dylan Edward Spartz
3445 N. Karma Dr.
La Porte, IN, 4635

# United States Bankruptcy Court
## District of Delaware

In re  **Prodigy Network, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Prodigy Network, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

03/25/2021

Date

/s/ Michael Busenkell

**Michael Busenkell**
Signature of Attorney or Litigant
Counsel for   **Prodigy Network, LLC**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812 Fax:302-425-5814**
**mbusenkell@gsbblaw.com**