# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Prodigy Network, LLC, *et al.,*[1] | ) | Case No. 21-10622-JTD |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### DECLARATION OF KATHERINE BURGHARDT KRAMER IN SUPPORT OF APPLICATION OF JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, TO RETAIN AND EMPLOY DGW KRAMER LLP AS SPECIAL LITIGATION COUNSEL

Katherine Burghardt Kramer declares as follows:

### Introduction

1. I am a partner with the firm of DGW Kramer LLP ("DGWK"), which maintains an office for the practice of law at 1 Rockefeller Plaza Floor 10, New York, NY 10020.

2. I am admitted to practice law in the States of New York and Vermont, and before the United States District Courts for the Southern District of New York and District of Vermont, and the United States Courts of Appeal for the Second Circuit and the Ninth Circuit. I submit this declaration pursuant to Rule 2014 of the Federal Rule of Bankruptcy Procedure in support of the application pursuant to Section 327 of the Bankruptcy Code for authorization to employ DGWK as special litigation counsel to the Chapter 7 Trustee (the "Application").

3. The information set forth herein is based primarily upon the books and records of the firm and information provided by other attorneys and personnel at the firm. Except as

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), Prodigy Network, LLC (21-10622-JTD).

otherwise indicated above and elsewhere herein, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently thereto.

4. Although DGWK may utilize the services of additional attorneys, I will be assisted in this representation, assuming the Application is approved, primarily by Rongping Wu and Joshua Levin-Epstein, each of whom is an employee of the firm.

5. DGWK's attorneys are recognized for their expertise and experience in complex commercial litigation, business litigation, international arbitration, corporate transactions, real estate, and immigration, and represent clients including corporations, non-profits, entrepreneurs, and individuals, both in the United States and overseas.

6. The Trustee desires to retain DGWK as special litigation counsel to represent the Trustee in connection with the investigation and prosecution of certain claims and causes of action against third parties as set forth in the Application.

7. DGWK is willing and able to perform the services that the Trustee requires, subject to this Court's approval. DGWK will coordinate its activities with other counsel and professionals which may be retained by the Trustee with a view to avoiding duplication of effort and needlessly repetitious submissions to the Court.

8. DGWK will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with Section 327(a), 328, 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Court's local rules and any applicable orders of the Court as set forth in the Application.

9. DGWK will be compensated in the manner set forth in the Application, the terms of which are expressly incorporated herein by reference. The current hourly rates for the attorneys expected to provide legal services to the Trustee are identified in paragraph 11 of the

Application. Additionally, the hourly rates for other DGWK attorneys who may provide services in this engagement range from $350 to $550. These hourly rates are subject to periodic increases in the normal course of the firm's business.

10. The hourly rates set forth above are the firm's standard hourly rates for work of this nature. These rates are set at a level designed to compensate DGWK fairly for the work of its attorneys and staff and to cover fixed and routine overhead expenses. It is the firm's policy to charge its clients for all services provided and for disbursements and expenses incurred in the rendition of services. These disbursements and expenses include, among other things, costs for long distance telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, courtiers, postage, witness fees, and other fees related to trials and hearing.

11. DGWK has not agreed to and will not share with any other entity any compensation received for services rendered in this case, except as permitted by the provisions of the Bankruptcy Code and applicable rules.

12. I do not represent and, to the best of my knowledge, none of the other attorneys of DGWK represent, any other entity having any interest adverse to the Debtors or the estates.

13. I do not have and, to the best of my knowledge, none of the other attorneys of DGWK have, any connection with the Debtors, creditors, or any other party in interest such as would disqualify DGWK from this representation. Further, to the best of my knowledge neither I nor any of the other attorneys of DGWK have any connection with any employees at the Office of the United States Trustee or the Office of the Clerk of this Court.

14. Prior to the commencement of these bankruptcy actions, DGWK represented six investors in bringing civil lawsuits against Prodigy Network LLC and other related entities in the

Southern District of New York and New York state court. Those investors are: (1) Feng Hao; (2) Jing Gao; (3) Peng Wang; (4) Shanling Shui; (5) Haiyu Wang; and (6) Maolin Li. Those litigation matters are automatically stayed, in whole or in part, as a result of the Debtors' bankruptcy filing. DGWK is in the process of transferring those matters to other counsel.

15. In addition, DGWK represented a number of other investors post-petition but before submitting this application. DGWK is in the process of transferring representation of these investors to other counsel and will no longer represent them in these bankruptcy matters. In addition to the investors identified in paragraph 14 above, these investors are: (1) Claudia Zampieri; (2) Gustavo Rudaeff/Beymax Corp.; (3) Miguel Atalaya; (4) Qin Zhang; (5) Binghui Li; (6) Mariano Nejamkis; (7) Andres Villamizar Valencia; (8) Ruirui Ba; (9) Jin Tan; and (10) Fernando Tittaferrante.

16. These prior representations of creditors of Debtors do not create an actual conflict of interest.

17. From time to time, DGWK may represent, or may have represented certain of the Debtors' creditors or other parties in interest in these cases in matters unrelated either to this engagement or to these entities' transactions or dealings with the Debtors.

18. The Trustee provided me with a list of the parties in interest, a copy of which is annexed hereto as Exhibit "A." DGWK has performed a conflict check of all parties identified in Exhibit "A." Based on such conflict check, I have determined that DGWK does not currently represent the Debtor or any other known parties in interest in any matter, except as identified in paragraphs 14 and 15 above.

19. Based upon the foregoing, I believe that DGWK does not hold or represent an interest adverse to the Debtors or their estates in the matters upon which DGWK is to be

engaged, is disinterested, and is qualified to serve as special litigation counsel for the Trustee in these cases.

Pursuant to 28 U.S.C. §1746, I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 13, 2021

DGW Kramer LLP

*/s/ Katherine Burghardt Kramer*

Katherine Burghardt Kramer
1 Rockefeller Plaza Floor 10
New York, NY 10020
Telephone: (917) 633-6860
Facsimile: (302) 295-2013