# EXHIBIT "A"

| DEBTORS |
|---|
| 1234 W. Randolph Realty Associates LLC |
| Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series |
| 1234 W Randolph Newco, Inc. |
| Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series |
| 1400 N Orleans Realty Associates LLC |
| Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series |
| Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series |
| 1400 N Orleans Newco, Inc. |
| Prodigy Network Miami, LLC |
| The Assemblage Hospitality, LLC |
| Prodigy Network, LLC |
| **TRUSTEE** |
| Jeoffrey L. Burtch |
| **COUNTERPARTIES** |
| Ansarada Pty Ltd. |
| Citywire Financial Publishers Ltd. |
| Donnacar S.R.L. |
| Kekst and Company Inc. |
| Kekst and Company, Inc. DBA Kekst CNC |
| Noformat Inc. |
| Spartz Creative |
| Sam Sistemas SRL |
| W3 Communicacion SRL |
| W3 USA LLC |
| **OFFICERS AND DIRECTORS** |
| Juanita Galvis |
| Rodrigo Nino |
| **CREDITORS** |
| Dalaman Management Corp |
| De Lorenzo Holdings Corp |
| Fernando Bedoya Alipaz |
| Flex Funds |
| IA Capital Structures (Ireland) PLC |
| Inishowen Capital Partners |
| International Housing Contractors Ltd. |
| Kalter Limited |
| Mariana Pinto Escandon & Benjamin Beja Lezama |
| Nicolas Bedoya Alipaz |
| Operadora Kau-Kan |
| W3 USA, LLC |
| A Plus Messenger, Inc. |

| |
|---|
| Alejandra Marian Mancebo Guinea |
| Alejandro Nunez Vizcarra |
| Alpha Marketing Solutions |
| Ana Cristina Marin Ortiz |
| Andrew Kippen Consulting |
| Andrew Kluger LLC (EOTI Studios) |
| Angela C. Salomon VP |
| Arte Litografico SAS |
| Ashanti Esculpi Figueroa |
| Ashley Taylor |
| Aurora Anguyeyra Ruiz |
| Avemar 2318 Corp |
| Becker Glynn |
| Bel Air Trading Limited BVI |
| Bernard Teilaud |
| BusinessWire Inc. |
| Carlos Arturo Calle |
| Carlos Medina |
| Carlton Wine Ltd |
| Chase Bank |
| Christian Monterroso & Olga Toledo |
| Citywire Financial Publishers Ltd. |
| Claudio Andres Assadi Zaror |
| Clemens Caicedo |
| Clemente & Myriam Caicedo |
| Congruent Software Inc. |
| CONSORCIO ALVAREZ S.A. |
| CoStar Group, Inc. |
| Cowley Holding Services Inc. |
| Cushman & Wakefield, Inc. |
| DDHF LLC |
| De Lorenza Holdings |
| Diego Quijano & Mariana Ramirez |
| Dirty Robber LLC |
| Downtown- Lower Manhattan Association, I |
| Eduardo Arango Saldarriaga |
| Eduardo Rodriguez |
| Enrique Bernales Uzategui |
| Ernst & Young LLP |
| ETPCAP2 & PRODIGY X |
| Fearless Media LLC |
| Felix Bergel Benarroch |
| Francois Denimal |
| Frank Racioppi |
| Frankfurt Kurnit Klein & Selz PC |

| |
|---|
| Gavin Foh |
| Gibbons, PC |
| Globotext |
| Guillermo Hansen |
| Gustavo Carlos Gambino |
| Gustavo Donnangelo Novelli |
| Henry Philip Comte VelAquez |
| Hogan Lovells |
| Humberto Jose Mestre Rivera |
| Humberto Mestre Rivera- CII Guillermo Gonzalez |
| Inna Rostker |
| Inversiones y Comercio Ltda. |
| Isabel Christina Rubiana de la Cruz |
| Jailineli Limited |
| Jaime Cifuentes |
| John Friedman |
| Jorge Moncada Pereira |
| Jose Pablo Maauad Ponton & Susana Frederica Rodriguez Valdez |
| Kekst and Company |
| Kilpatrick Townsend |
| LEAF FINANCIAL CORPORATION |
| Lennon Universal Co. S.A. |
| Lisicki Litvin & Asociados |
| Lopez & Cauling LTD |
| Luca Global Corp |
| Luis Eduardo Caballero Pardo & Diego Caballero Aparicio |
| Luis Estrada |
| LW Hospitality Advisors LLC |
| Marcella Reyes LLC |
| Marcum LLP |
| Maria Amelia Castellanos de Rodriguez |
| Maria Arango Saldarriaga |
| Maria Carolina Orozco |
| Maria Teresa Villaveces |
| Mariana Pinto Escandon & Benjamin Benja Lezama |
| Matias Facuse Zaror |
| Mauricio Alberto Campillo Orozco & Monica Velencia Velez |
| Michelle Bridget Howard & Yuen Howard |
| Michelle Denimal |
| Miguel Atalya & Isabel Cristina |
| Mii Huron Holding S.A. |
| MOLINA GRISALES ROSA MARIA DEL PILAR |
| Nelson Mullins Riley & Scarborough LLP |
| Nero Consulting |
| NES Financial Corp |

| |
|---|
| Noformat Inc. |
| Nordicus Capital |
| Nova Madueno |
| Pablo Andres Gomez Latorre, Luz Myriam Perdomo Guzman |
| Pandinavia AG |
| Paola Gonzalez Vargas |
| Park Evaluations |
| Paula Gilovich |
| Paula Gutierrez |
| Peng Wang |
| Perkins Coie |
| Prodigy Network Cono Sur S.A. (Partners Gonzalo Noguer) |
| Raquette View Limited |
| Riad Chowdhury |
| Ricardo Dario Perez Principi |
| Richard Landon Negvesky |
| Roberto Marti Banus |
| Roberto Pedro Marti Banus & Ines Christina Rossolini Dubra |
| Rodrigo Facuse Zaror |
| RVM Enterprises, Inc. |
| Sam Sistemas SRL |
| Series 306- Randolph |
| Simona Products SA DE CV |
| Spartz Creative |
| Sue M. Alper Revocable Trust |
| The Blue Swing LLC |
| Thomson Reuters (GRC) Inc. Refinitiv US |
| Time Advisors, LLC |
| Todd Joseph Haselhorst (ToddGuru INC) |
| Triad Professional Services |
| Valuar Organizacion De Recursos Humanos |
| ViviFlorez Design |
| W3 Comunicacion S.R.L. |
| Winston & Strawn LLP |