# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Prodigy Network, LLC, *et al.*,[1] | ) | Case No. 21-10622-JTD |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: January 28, 2022 at 1:00 p.m. (ET)** |
| | ) | **Objection Deadline: January 19, 2022 at 4:00 p.m. (ET)** |

## APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY AND COMPENSATE BEDERSON LLP AS ACCOUNTANTS TO THE TRUSTEE

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors"), moves to employ Bederson LLP ("Bederson") as accountants for the Estates (the "Application"), and in support of this Application respectfully represents that:

## JURISDICTION

1. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 105(a) and 327 of Title 11 of the United States Code (the "Bankruptcy Code").

3. Pursuant to Rule 9013-l(f) of the Local Rules of Bankruptcy Practice and Procedure of this Court (the "Local Rules"), the Trustee consents to the entry of a final order

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), Prodigy Network, LLC (21-10622-JTD).

LEGAL\55700400\1

with respect to this Application if it is determined that the Court lacks adjudicatory authority under Article III of the United States Constitution to enter such final order absent consent of the parties.

## BACKGROUND

4. On March 25, 2021, the Debtors filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code.

5. On or about March 26, 2021, the Trustee was appointed an interim trustee pursuant to Section 701 of the Bankruptcy Code. The Trustee now serves as trustee pursuant to Section 702(d).

## RELIEF REQUESTED

6. The Trustee requires the services of an accountant for the following purposes (the "Services"):

   (a) Collection and analysis of the historical financial data of the Debtors and their affiliates;
   (b) Analysis of the financial ramifications of certain transactions involving the Debtors and their affiliates, and other third parties;
   (c) Other forensic accounting services related to Debtors and their affiliates as deemed necessary by counsel for the Trustee;
   (d) Perform or review valuations, as appropriate and necessary, of the Debtors' businesses, assets and liabilities;
   (e) Preparation of a report(s) of Bederson's findings and analyses;
   (f) Providing general accounting advisory services to the Trustee regarding the administration of the bankruptcy estates;
   (g) Review of and assistance in the preparation and filing of any federal and state and local tax returns, providing assistance regarding existing and future IRS examinations, reviewing books and records to determine any potential tax refunds or insurance refunds, and any other tax or financial assistance as may be requested from time to time by the Trustee;
   (h) Performing all other services for the Trustee which are appropriate and proper in these bankruptcy cases.

7. The Trustee has discussed with Bederson its availability to be employed as the Trustee's accountants for the Estates and to perform the Services required by the Estates.

8. For the foregoing purposes, the Trustee desires to retain Bederson as his accountants pursuant to Section 327(a) of the Bankruptcy Code.

9. The Trustee is informed and believes that Bederson has the appropriate accounting skills and personnel needed to perform the Services required by the Estates.

10. Bederson has agreed to perform the Services and thereafter make application to this Court for compensation and has agreed to accept as their fee such amount as is determined by the Court.

11. Bederson will seek compensation for the Services through the standard Fee Application process pursuant to Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2016-2. The normal and usual hourly rates for the professionals at Bederson are as follows:

   a. $480-515 for Partners;
   b. $350 for Directors;
   c. $240-290 for Senior Accountants;
   d. $190 for Staff Accountants;
   e. $175 for Para Professionals;
   f. $190 for IT Specialists; and
   g. $265-360 for Tax Managers.

12. These hourly rates are Bederson's standard hourly rates for work of this nature, and are subject to periodic adjustments. The Trustee is informed and believes that the hourly rates of Bederson are reasonable in light of the current hourly rates charged by other accountants in this Court's jurisdiction.

13. Bederson represents that it is a disinterested person within the meaning of Section 101 of the Bankruptcy Code. Accordingly, the Declaration of Charles N. Persing, a Partner at

Bederson, supporting the Trustee's conclusion that Bederson is a disinterested person, is attached hereto as Exhibit A.

WHEREFORE, the Trustee requests that he be authorized to employ Bederson LLP, as his accountants to render services as described in the Application with compensation to be paid as set forth in this Application, and for such other and further relief as is just and proper.

Dated: January 4, 2022　　　　　　　　COZEN O'CONNOR

/s/ *Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*