**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Prodigy Network, LLC, *et al.*,[1] | Case No. 21-10622 (JTD) |
| Debtors. | |

## CERTIFICATE OF SERVICE[2]

I, Mark E. Felger, hereby certify that on October 17, 2022, I caused a true and correct copy of the foregoing documents to be served via the Court's NEF upon all parties receiving such service and the *Notice of Motion for Order: (I) Approving Settlement Agreements Pursuant to Rule 9019; (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief* of even date herewith via First Class Mail upon the parties on the attached service list.

Dated: October 17, 2022

COZEN O'CONNOR

*/s/ Mark E. Felger*

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Fax: (302) 295-2013
Email: mfelger@cozen.com

*Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each case follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), and Prodigy Network, LLC (21-10622-JTD).

[2] In addition to the parties identified on the attached service list, counsel caused the Notice of Motion to be served via email and mail to all addresses of investors and former employees of the Debtors that special counsel was able to find in the Debtors' records. Because these investors and former employees have not appeared in these cases, due to privacy concerns, the names and addresses of these parties are not included.

**Service List**

1300 North Federal Highway #203
Jordan L. Rappaport. Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

1941 NW 171 Ave
Pembroke Pines, FL 33028

2320 HOLLYWOOD BLVD.
2320 HOLLYWOOD BLVD.
ARGENTINA

363 Acquisition Co. LLC
Amy G. Elliott
515 Madison Avenue, Suite 30
New York, NY 10022

630 Carlos F Melo
Vicente Lopez
Province of Buenos Aires
Argentine Republic

A PLUS MESSENGER, INC.
160 BROADWAY
New York, NY 10038

Aaron Tawil Entebi
Aaron Tawil
Calle Juan 23 E dificio Porto Vita 22 B
Paitilla, Panama

Aaron Tawil Entebi
Aaron Tawil
Calle Juan 23 Edificio Porto Vita 22 B
Paitilla, Panama

Aaron Tawil Entebi
Calle Juan 23 Edificio Porto Vita 22 B
Paitilla, Panama

Abraham Sendrowicz & Damian Sendrowicz
San Benito de Palermo 1546 - 1B
Ciudad Autonoma de Buenos Aires
Buenos Aires
Argentina

ACTIVOS GAA S.A.P.I. DE C.V.
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

AD SENSE LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

ADAK INVESTMENTS LIMITED
YAMRAJ BUILDING 3RD FLOOR, MARKET
SQUARE 3175 ROAD
BRITISH VIRGIN ISLANDS

ADELA MARIA CAMBANA ROSAS Y/O
RODOLFO LUIS DADONE
ENEAS ASESORES SAC
LOS CASTAOS 430, DPTO. 201,LIMA15076,
PER CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

Adolfo Ablatico
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

ADOLFO ALTAMIRANO PEREZ & MARIA DOLLY
MEDINA DEAL Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy#203
Boca Raton, FL 33432

ADOLFO ALTAMIRANO PEREZ & MARIE DE
ALTAMIRANO
Jordan L. Rappaport, Esq.
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

ADOLFO PEREZ & MARIA DE ALTAMIRANO
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ADOLFO PEREZ & MARIA DE ALTAMIRANO
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Adolph Frederick Schutt Davila
Av Samuel Lewis y calle 58, Obarrio Torre
ADR,
Piso 8 Oficina 800-D
Cuidad de Panama, Panama

ADELA MARIA CAMBANA ROSAS Y/O
RODOLFO LUIS DADONE
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

ADOLFO ALTAMIRANO PEREZ & MARIA DOLLY
MEDINA DE AL
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ADOLFO ALTAMIRANO PEREZ & MARIE DE
ALTAMIRANO
Jordan L. Rappaport, Esq.
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

ADOLFO PEREZ & MARIA DE ALTAMIRANO
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ADOLFO PEREZ & MARIA DE ALTAMIRANO
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

ADOLFO PEREZ & MARIA DE ALTAMIRANO
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Adriana Budik de Coriat
20185 East Country Club Dr, Apt 1404
Aventura, FL 33180

ADRIANA LUCIA LOPEZ TORRES
Dg 92 # 3 A 55 Apto 601
Bogota
Colombia

Adventure Corp.
Gabriela Zichlin
Trust Co. Complex, Ajeltake Rd., Ajeltake Island
Majura, Marshal Islands MH 96960

Agustin Daniel & Sol Rodriguez Giralt & Santiago R
3573 Quevedo
Autonomous City of Buenos Aires
Argentine Republic

Agustin del Azar
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Alapaha View Ltd.
Suite 200A, Second Floor, Centre of Commerce
One Bay Street
P.O. N3703
Nassau, Bahamas

Alapaha View Ltd.
Suite 200A, Second Floor, Centre of Commerce
One Bay Street, P.O. N3703
Nassau, Bahamas

Alapaha View Ltd.
Suite 200A, Second Floor, Centre of Commerce,
One Bay Street
P.O. N3703
Nassau, Bahamas

Albasa LP
Future Asset Advisors
2121 Ponce de Leon Blvd, Suite 405
Coral Gables, FL 33134-5224

Albert & Jan Cohen
15421 S.W. 79th Ave.
Palmetto Bay, FL 33157

Albert & Jan Cohen
15421 S.W. 79th Ave.
Miami, FL 33105

Alberto Ayres de Almeida Freitas
zonamerica Rita 8 km 17500
edificio @ 1 of 109, Montevideo Uruguay
91600

ALBERTO CHIARELLI AND GRACIELA
AHUAD GUERRERO
Virasoro 2421
1643 BECCAR
PROVINCIA DE BUENOS AIRES
ARGENTINA

Alberto Contreras Bonilla
CL 106 #21-95 AP 201
BOGOTA DC, COLOMBIA

Alberto Dario Mendoza Mejia
KM 19 Carretera Central del Norte ( Cra 7a)
Conjunto Portal de Fusca.
Chia. Cundinamarca. 250008
Colombia

Alberto Juan Viera Bass
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay
Uruguay

ALBERTO R GANDULIA DE CESARE
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Alberto Tengan and/or Analia Azucena Kakazu
J.Alvarez 1636 C.A. Buenos Aires Argentina
J.Alvarez 1636 C.A.Buenos Aires
Argentina

Alburg Investment Limited
1523 Belastiqui
Montevideo
Montevideo, Uruguay
Uruguay

Alcira Susana Bruni
Camino Viejo del Cura 110 1 B
28055 Madrid
Madrid
Spain

ALDO DANIEL VITALE
VESALLO 3723, BUENOS AIRES
ARGENTINA

ALDO EUGENIO SOLER
HIPOLITO YRIGOYEN 291
CORONEL VIDAL
BUENOS AIRES
ARGENTINA

ALEJANDRA ANGEL APARICIO
CALLE 121 #3A - 20 APT 922 TORRE E
BOGOTA
COLOMBIA

ALEJANDRA PAGANINI
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA,
ZIP CODE: 1129

Alejandra Silvia Gomes & Federico Claudio Corradi
3245 Marcos Paz
Autonomous City of Buenos Aires
Argentine Republic

ALEJANDRA THANIA ROLDAN
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Alejandro Aguilar Solis
10 ave 12-60 Zona 14
AVITA Torre Centro Apt 10B
Guatemala, Guatemala

ALEJANDRO ARIEL MARTIN, SANDRA
PATRICIA VORMITAG,
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Alejandro Boris Regulsky
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Alejandro Castano and Sergio Castano
Calle 79 No 10-18. Ap 302
Bogota
Colombia
Colombia

ALEJANDRO FRANCISCO OCAMPO
MONTEVIDEO 1517 PISO 9
1018. Capital Federal.
ARGENTINA
ARGENTINA

Alejandro Gustavo Esquerro
Mendoza 1826 -17 A
C1428DKD - CABA
Buenos Aires, Argentina

ALEJANDRO J SEVERI TRAVERSA & ANA
C DELL ACQUA
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Alejandro Jorge Maria Verger
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Alejandro Jorge Yaven & Viviana B Bertello
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Alejandro Nunez Vizcarra
CA Aniceto Ibarra 517
Tercer Piso Dpto 302
TACNA PERU

Alejandro Nunez Vizcarra
c/o McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave., Ste 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
c/o McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave., Ste. 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
c/o McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave.; Ste 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
c/o McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave; Ste 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
CA Aniceto Ibarra 517
Tercer Piso Dpto 302
TACNA PERU

Alejandro Nunez Vizcarra
do McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave., Ste. 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
do McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave.; Ste 770
Wilmington, DE 19801

Alejandro Nunez Vizcarra
do McElroy Deutsch Mulvaney & Carpenter
Attn: Gaston Loomis, Esq.
300 Delaware Ave; Ste 770
Wilmington, DE 19801

ALEJANDRO PINEDA
Zonamerica, Ruta 8, KM 17.5
Edificio @2 Ofcina 304. CP 91600
MONTEVIDEO
URUGUAY

Alemona Overseas, Inc.
Adolph Frederick Schutt Davila
Av Samuel Lewis y calle 58, Obarrio Torre
ADR,
Piso 8 Oficina 800-D
Cuidad de Panama, Panama

Alemona Overseas, Inc.
Adolph Frederick Schutt Davila
Av Samuel Lewis y calle 58,Obarrio Torre ADR,
Piso 8 Oficina 800-D
Cuidad de Panama, Panama

ALESSANDRO CARREGA BERTOLINI
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Alfonso Riera
Calle P3, residencias Los Cacaos, casa Nro 5
Urb. Alto Hatillo, Caracas, Venezuela 1083
Caracas, Venezuela

Alfredo Mariano Gentile Candial
 alcalde sainz de varanda 34,
10D Zaragoza, Spain
50009

ALFREDO ROBERTO VIDAL
333 Boulevard Buenos Aires
(1842) Monte Grande
Provincia de Buenos Aires
Repblica Argentina

ALFREDO URETA VIAL
ROSARIO NORTE 555
PISO 15
LAS CONDES, SANTIAGO
CHILE

Alicia Elizabeth Lokman
1977 Mario E Arrubarrena
Cordoba
Cordoba, Argentina
Argentina

All Seasons SRL
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Alpha Holdings Investment Ltd.
Amy G. Elliott
515 Madison Avenue, Suite 30
New York, NY 10022

Alpha Marketing Solutions
Lopez & Cauling LTD
Uruguay

Altis Group Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

ALVARO DIEZ DUCE & RICARDO DIEZ
DUCE
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

ALVARO JUAMPEREZ BARBERENA
AVENIDA PIO XII 37 PO4 C 31008
PAMPLONA SPAIN

ALYSSUM IDEAS LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

AMAKHU LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600,
URUGUAY

AMALIA ADELINA SPARANO GIUSSI &
OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Amancia Mariter Hermida Portela Pablo Palad
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

Amancia Mariter Hermida Portela Pablo Palad AVENIDA
ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

AMARA SANDRA ETHEL FILGUEIRA
587 CALLE 042
LA PLATA
LA PLATA, ARGENTINA. CP 1900
Argentina

Amelia Marceline Mamberto & Maria del
Carmen Serra
Dr Luis Bonavita 1294 Of 1101
Montevideo 11300
Uruguay

AMELIE & COMPANY LIMITED
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO, 91600
URUGUAY

AMI OHAYON
390 BULEVAR GENERAL ARTIGAS. APT: 402
Montevideo
Montevideo, Uruguay. CP: 11308
Uruguay

ANA CAROLINA PALMA PASSARO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Ana Cecilia Muniz Rivero
Av Club de Golf Lomas Oeste 137 - 7,
Lomas Country
Mexico 52779

Ana Lopez de Romana de Michell
Quinta Los Sauces 9, Challapampa, Cerro
Colorado
Arequipa, Peru

Ana Lucrecia Garcia Botran
2A AVENIDA 23-95 ZONA 14 EDIFICIO
GUATEMALA C.A.

Ana Lucrecia Garcia Botran
2A AVENIDA 23-95 ZONA 14 EDIFICIO
GUATEMALA C.A.

Ana Maria Barrera Vallejo
Calle 79 # 7A-97
Apto. 600
Bogota, DC 11022

Ana Maria Machler Tobar
Carrera 5 # 86-40 ap 601
Bogota
Colombia

Ana Maria Ochoa
Calle 94A # 7A-59 ( Apto 502)
Bogota
Bogota DC
Colombia

ANA MARIA SESMA
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

ANA MARIA ULLOA ARTECHE
PASERELL, 3- 1 A
SON RAPINYA - 07011
PALMA DE MALLORCA
SPAIN

Ana Paula Lavat Cetto
Prolongacion Bosques De La Reforma 114
Torre A2 601 Club De Golf Bosques,05120
Bosques De Las Lomas Cdmx Mexico
Mexico

Analia Elsa Pansini & Mariano Jorge Marron
1402 Almafuerte OF 325
Francisco Alvarez
Buenos Aires
Argentina

Andalucia SA
3A Avenida 13-78 Zona 10
Edificio Citigroup 5to Nivel
Guatemala, Guatemala

ANDRES BIANCO DE OLEA
M787, S6, Tiburon. Lomas de Solymar 3
Canelones
Canelones, Uruguay
Uruguay

Andres Eduardo Castro & Carolina Ramirez
6365 Collins ave apto 1601
Miami Beach, FL 33141

Andres Eduardo Castro
6365 Collins ave apto 1601
Miami Beach, FL 33141

Andres Felipe Gomez Velasco & Santiago
Gomez Velas
Avenida Imperatriz Leopoldina 845 ap 84A
So Paulo
So Paulo
Brazil

ANDRES MILANI
Edificio @ 2 Oficina 301 - Zonamerica
Montevideo
Uruguay

Andres Sebastian Trujillo
1961 Romulo Naon
Autonomous City of Buenos Aires
Argentine Republic

Andrew Kippen Consulting
75 Grand Ave
# 3B
Port Washington, NY 11050

Andrew Kluger LLC
(EOTI Studios)
114 E 25th St
New York, NY 10010

Andrews Overseas Co. Ltd.
zonamerica ruta 8 km 17500
edificio © 1 of 109, Montevideo, Uruguay
9160
Uruguay

Angel Alejandro Alvarez Trujillo and Erika Montiel
Av Sucre entre 7ma y 8va Transversal
Urbanizacion Los Dos Caminos
Caracas Miranda
Venezuela

ANGEL FRANCISCO VEGA SAUCEDO
FUENTE DE HERCULES 24, LOMAS DE
TECAMACHALCO
NAUCALPAN
ESTADO DE MEXICO
MEXICO

Angel G Navarro C y/o Carmen R Tovar De
Navarro
Av Romulo Gallegos, Edif Amapola, T-B, P-2,
B0205
Boleita, Caracas
Miranda, Venezuela

ANGELA MARIA PEDRAZA BERNAL
CRA. 14A No. 151A - 39 TORRE 2 APTO. 1302
BOGOTA
D.C.
COLOMBIA

ANGELA MARIA PEDRAZA BERNAL
CRA. 14A No. 151A - 39 TORRE 2 APTO 1302
BOGOTA
D.C.
COLOMBIA

ANGELA MARIA PEDRAZA BERNAL
CRA. 14A No. 151A - 39 TORRE 2 APTO.
1302
BOGOTA
D.C.
COLOMBIA

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite 203
Raton, FL 33432

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33532

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

ANGELA MONTENEGRO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

Angela Patricia Montenegro Escovar
Cra 78 # 127a 61
Bogota
Cundinamarca
Colombia

Anibal Pedro Duhalde
257 Dunckler
Vedia
Provincia de Buenos Aires
Argentina, AR 6030

Ansarada Pty Ltd.
Level 2
80 George St
The Rocks NSW 2000
Australia

Anselma Lucia Sosa
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guadia con Av Balboa
Panama

Anselma Lucia Sosa
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guadia con Av Balboa
Panama
Panama

ANTONINO CARLOS ALBERTO FAGIOLI
RAWSON 1457 5 A
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

ANTONINO CRLOS ALBERTO FAGIOLI
RAWSON 1457 5 A
MAR DEL PLATA 7600
BUENOS AIRE
ARGENTINA

Antonio Caputo
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Antonio Marcelo Cid
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

ANTONIO PABON SANTANDER
Dg 92#3 A 55 Apto 601
Bogota
Colombia

Antonio Prieto
Cra 5 #81-15, Apt 801
Bogota
Colombia

Antonio Ramn Santana H./Mara Luisa
Robledo de S.
Calle El Parque Res. Gunta piso 4 Apt.41-B
Las Mesetas Santa Rosa de Lima, Caracas
Estado Miranda 1061
Venezuela

ANTONIO TEIXIDOR MAS
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL MANAGER

APPIANI INVESTMENTS LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

ARA MANAGEMENT LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

Ariel Femando Menace
Julian Alvarez 2314 3b
Ciudad Autonoma De Buenos Aires
Buenos Aires
Argentina

Ariel Kemper
3 SKOWHEGAN WAY
NATICK, MA 01760

Arte Litografico SAS
Jaime Cifuentes
Calle 8A
No 26-36
Bogota, Colombia

ASESORIAS E INVERSIONES MAR-PELL LIMITADA
PASEO DE ALCALA 10966
LO BARNECHEA
SANTIAGO
CHILE

Ashanti Esculpi Figueroa
Av Daniel Camejo Octavio
Lecheria
VENEZUELA

Ashanti Esculpi Figueroa
Av. Daniel Camejo Octavio
Lecheria
VENEZUELA

Ashley Taylor
19 Delavan St
Apt 3S
Brooklyn, NY 11231

Aspillaga & Nelly Maria B. de Paramo Jr.
Baca Flor 351
Magdalena del Mar Lima 17, Peru

ASTRID ELENA CHAVARRIAGA GUTIERREZ
CALLE 102 No. 17-29 Apto 201
BOGOTA
BOGOTA
COLOMBIA

AURELIO EUGENIO DONNDORFF
Aquilino La Guardia y Avenida Balboa
Office 2906
Panama City
Panama

Aurora Boreal Ltd
FS Advisors - Edif @1 - Oficina 202
Zonamerica Ruta 8 Km17500 -
Montevideo _91600
Uruguay

AURORA INVESTMENT VENTURES LTD.
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

Av. Principal de San Luis
Calle Comercio Edif. Tajamar PH-115 el
Cafetal
Venezuela

Avemar 2318 Corp
255 Alhambra Circle 500
Miami, FL 33134

Avemar 2318 Corp
Attn: Fishkin Lucks LLP
Steven M. Lucks, Esq.
277 Broadway, Ste. 408
New York, NY 10007

AVEMAR 2318 CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

AVEMAR 2318 CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

AVEMAR 2318 CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

AVEMAR 2318 CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

AVEMAR 2318 CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rapppaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33134

AVEMAR 2318 CORP.
Jordan Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

AVEMAR 2318 CORP.
Jordan Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

AVENIDA GOMEZ MORIN 2111 P3 TORRE
KERKUS
AVENIDA GOMEZ MORIN 2111 P3 TORRE
KERKUS

Azulita Ltd.
Franco Palermo
2665 South Bayshore Drive, Suite 420
Coconut Grove, FL 33133

Azura Inversiones SL
25219 Kuykendahl Rd Suite 260
TOMBALL, TX 77375

BAFIPRI LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

BATUNS SA
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600,
URUGUAY

Baysville SP Limited
Rostand 1567
MonteVideo (11500)
Uruguay

Bechara Georges Bechara
Mark Minuti, Esquire
Saul Ewing Amstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Bechara Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Bechara Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Bechara Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Bechara Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Becker Glynn
299 Park Ave
16th Floor
New York, NY 10171

Becker/Glynn
299 Park Ave
New York, NY 10171

BEJUCA CORP
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO 91600
URUGUAY

Beky Investment Inc.
Sergio Lanata
Trident Chambers, Road Town
P.O. Box 146
Tortola, British Virgin Islands

Beky Investment Inc.
Sergio Lanata
Trident Chambers, Road Town, P.O. Box 146
Tortola, British Virgin Islands

Belinda Overseas Management Inc.
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Bellinter House Ltd.
Del Caminante 20 Edificio Puert Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, TX 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, TX 33432

BENJAMIN BEJA & MARIANA PINTO
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

BENVIPA LTD.
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo - Uruguay

Berry Pomeroy LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Bibiana Kuri Otero
c/o Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Biotwo Corp.
2532 W Warren Blvd.
Chicago, IL 60612

Bird Eyes Inc.
zonamerica ruta 8 km 17500
edificio @ 1 of 109
Montevideo Uruguay 91600

Bird Eyes
zonamerica ruta 8 km 17500
edificio @ 1 of 109
Montevideo, Uruguay 91600

Blanca Araceli Botran Santiago
5A. AVENIDA 16.37 ZONA 14
GUATEMALA C.A.

BLANCA JUDITH VEGA SILGUERO
CARRERA 14 N.100-51 AP.502
BOGOTA D.0
COLOMBIA

BLUE BAY LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Blue Cheese Company Inc
Main Street PO Box 656
Charlestown
Nevis

Bombane Spa Limited
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Bornes Business Inc
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

BOSQUE DE TORONJOS 25 INT 302
BOSQUE DE LAS LOMAS. CUAJIMALPA
CIUDAD DE MEXICO. 05120
MEXICO

Breena South Ltd.
Sergio Ricardo Lanata de las Casas
Marcy Building, 2nd Floor, Purcell Estate
P.O. Box 2416
Road Town, Tortola, British Virgin
Islands

Breena South Ltd.
Sergio Ricardo Lanata de las Casas
Marcy Building, 2nd Floor, Purcell Estate,
P.O. Box 2416
Road Town, Tortola, British Virgin
Islands

BRN GROUP LTD
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

BSM INTERNATIONAL LLC
5718 Westheimer Suite 1000
HOUSTON, TX 77057

BULEGAPENO BUSINESS LTD
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

BURCREST HOLDINGS LTD
YAGUARON 1813 CASILLA 401

BusinessWire, Inc
P. O Box 39000
Dept. 34182
San Francisco, CA 94139

Cabuerniga SA
25219 KUYKENDAHL RD
260
TOMBALL, TX 77375

Caile Los Cuarzos No. 165
Club Golf Los Incas Surco
Lima
PERU

Camberley International Holdings Ltd.
Zonamerica Ruta 8 Km 17500
Edificio © 1 Of 109, Montevideo Uruguay
91600

Camilo Manduca Toledo
Avenida Rio Orinoco
Caracas
Miranda
Venezuela

CANON BECK ROAD LTD
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

Carlo Gambino
785 Crandon Blvd. #201
Key Biscayne, FL 33149

CARLOS A VALDEZ SUAREZ and
ESTEFANY V RIVERO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Carlos Alberto Cantarini
Arenales 3519 - 8 Piso CP 1425
Buenos Aires, Arg

CARLOS ALBERTO DI PAOLA
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Carlos Alberto Fernandez & Elda Amalia Pinetta
Del Caminante 20 Puerta Norte 1 #214
Nordelta Tigre (1670)
Buenos Aires
Argentina

Carlos Alberto Garcia Segura
524.4 Olazabal 4 '7'
CABA, CP1431
CABA
Argentina

Carlos Alberto Martin Munoz
869 Aristobulo del Valle
Castelar
Buenos Aires
Argentina (CP 1712)

CARLOS ALBERTO MATEO
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

CARLOS ALBERTO RUIZ ARREDONDO
AVENIDA GOMEZ MORIN 2111 P 3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Carlos Alberto Scavino
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay

Carlos Arturo Calle Baena
Calle 119 # 4-10 apt 804
Bogota, Colombia

Carlos Eduardo Posada Parra
Calle 108 # 16-60 Apt. 503
Bogota, Colombia

Carlos Emesto Schachter Broide
3731 N Country Club Dr. APT 1424
Aventura
Florida
Aventura, Florida, EE.UU, FL 33180-
1743

Carlos Ernesto Schachter Broide
3731 N Country Club Dr. APT 1424
Aventura
Florida
Aventura, Florida, EE.UU,, FL 33180-
1743

Carlos Guillermo Camblor
Las Heras 1055
(1641) Acassuso
Buenos Aires
Argentina

Carlos Alberto Ruscelli
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

CARLOS ALFREDO CHIAPPE (& FAMILY)
AVE. PUEYRREDON 2096, PISO 5to DEPTO 20
CIUDAD AUTONOMA DE BUENOS AIRES
CABA
ARGENTINA

CARLOS EDUARDO CHAMI &/O RUT
BEATRIZ MARGULIES
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Carlos Eduardo Posada
Parra Calle 108 # 16-60 Apt. 503
Bogota, Columbia

Carlos Emesto Schachter Broide
3731 N Country Club Dr. APT 1424
Aventura
Florida
Aventura, Florida, FL 33180-1743

CARLOS FRANCISCO GARCIA ELIZONDO
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIAL
RESIDENCIA CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

CARLOS JULIAN ALVAREZ
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Carlos Kolster / Claudia Donoso
5900 SW 120th St.
Pinecrest, FL 33156

Carlos Medina
Calle 18 AA No 82 88
Medellin
Antioquia
COLOMBIA

Carlos Osvaldo Folatti
2621 Av. del Libertador 8th Floor Apt. B
Autonomous City of Buenos Aires
Argentine Republic

Carlos Padilla / Romina Ruggiero
Los Samenes Av La Colina CR Los Samanes Plaza
EL Cafetal Apto A2A
Miranda 1061 Caracas Venecesula

Carlos Padilla/ Romina Ruggiero
LOs Samenes Av Las Colina CR LOs
Samanes Plaza
El Cafetal Apto A2A
Miranda 1061 Caracas Venecesula

CARLOS RODRIGUEZ / NORMA SUAREZ
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

Carlos &Cynthia&Santiago Klein & Laura Flammini
3430 N Calle 30
Mercedes
Province of Buenos Aires
Argentine Republic

CARLTON WINE LTD.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

CARLTON WINE LTD.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

CARLTON WINE LTD.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

Carola Ines Bensimon
Avenida las palmeras numero 8
Mirador de Santo Domingo
Managua, Nicaragua
Nicaragua

Carolina Flavia Roccatagliata
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

CAROLINA GUERRERO
Calle 131 # 77 - 80
Apto 101
Bogota,Colombia
Estados Unidos

CECILIA BARRIOS Y ALBERTO
ALMENDRES
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA 15076,PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

Cecilia Boggi and Gustavo Enrique Pavese
Austria 2151. Piso 4. Depto A
Ciudad Autonoma de Buenos Aires
Codigo Postal (1425)
Argentina

CELEBRE INTERNATIONAL CORP
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL MANAGER

CENTER POINT TOWER LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

Centraland Wonder International LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

CentralComercializadoradeIntemetPanama CCI REG
300 NE 2nd Ave., Apt 1205
Miami, FL 33137

CESAR ANTELO MANTEIGA & BEATRIZ E CORBO CAPELO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Cesar H Medina & Ana Maria Mate Londono
13574 Plumbago Dr
Centreville, VA 20120

CESAR LUIS ALBERTO GARAY & OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

CESAR LUIS ALBERTO GARAY
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

CESAR OSVALDO CABANA
Cuba 3488 pb b
Ciudad Autnoma de Buenos Aires
Buenos Aires
Argentina

CESAR RICARDO GARCIA DORREGO
GUARAMBARE 1312
MONTEVIDEO
MONTEVIDEO
URUGUAY

CESAR RICARDO SIEDLAREK
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600,
URUGUAY

Chase Bank- PPP Loan
Angela C. Salomon, VP
4 New York Plaza
Floor 14
New York, NY 10004

CHESTER NB LLC
5300 NW 87TH AVE UNIT 504
MIAMI, FL 33178

Chilaquil Foundation
Futura Asset Advisors
2121 Ponce de Leon Blvd., Suite 405
Coral Gables, FL 33134-5224

CHRISTIAN ERNESTO KRAUSS
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP CODE 1129

Christian Pablo Lauscher & Natalia Ramundo
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 1150

Citywire Financial Publishers Ltd
87 Vauxhall Walk
United Kingdom
London
SE11 5HJ

Citywire Financial Publishers Ltd.
87 Vauxhall Walk
London
SE11 5HJ
United Kingdom

CLAUDIA MUNOZ CALDERON
11150 SW 72 Ave
Miami, FL 33156

CLAUDIA PACHECO MORENO
JARDIN DELOS JAZMINEZ 101 COL
LOMAS DE GRAN JARDIN
LEON
GUANAJUATO
MEXICO

Claudio Andres Assadi Zaror
Calle Vaticano 3820 Apt 1202
Las Condes
Santiago
Chile

Claudio Andres Assadi Zaror
Calle Vaticano 3820
Las Condes- Apt 1202
SANTIAGO CHILE

CLAUDIO JAVIER LOPEZ &/O XIMENA
MENDEZ ROY
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO, 91600
URUGUAY

CLAUDIO JAVIER LOPEZ &/O XIMENA
MENDEZ ROY
Zonamerica Ruta 8 Km 17.500 Edificio
Celebra - 703
MONTEVIDEO
URUGUAY

CLAUDIO JAVIER LOPEZ &/O XIMENA
MENDEZ ROY
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Claudio Visco Gilardi & Maria Patricia Ferro
3777 Mayor Irusta
Bella Vista
Province of Buenos Aires
Argentine Republic

CLAUDIO ZIPPES & SILVIA CUCCHI &
ALAN ZIPPES & BRE
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

Claudio&MDIncio&MD&MPUB Selvatici
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Claudio&MDlncio&MD&MP&JB Selvatici
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Clemente Julio Caicedo
6718 Newport Lake Circle
Boca Raton, FL 33496

Colin Rogers Jackson.
Versalles 3025. Dp 31.
Las Condes.
Santiago.
Chile

Colin Rogers Jackson.
Versalles 3025. Dp 31.
Las Condes.
Santiago.
Chile

Colle Investments Ltd.
Roberto Agosti
40 Private Trust Corporation, Charlotte Street
Nassau, Bahamas

Colonia Grande Investments LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

COLOURFUL ANT LTD.
80 MAIN ST. ROAD TOWN TORTOLA BVI
ROAD TOWN

Comando y Control Inc. SA
Alexis Reimers
Calle 38 #548 entre Ave 5y7
San Jose, Costa Rica

Comando y Control Inc. SA
Alexis Reimers
Calle 38 #548 entre Ave 5y7
San Jose, Costa Rica

Congruent Software Inc.
4205 148th Ave NE
Suite 200
Bellevue, WA 98007

CONSORCIO ALVAREZ S.A. (gogetit)
RUC 2050858-1-747996 DV 33, Torre de Las
Oficina 701
Calle Punta Darien,
Punta Pacifica, Ciud

CONSTRUCTORA E INMOBILARIA SANTA  ROSA
LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA ROSA
LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA ROSA
LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA ROSA
LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA ROSA
LIMITADA
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA
ROSA LIMITADA
Jordan L Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203

CONSTRUCTORA E INMOBILARIA SANTA
ROSA LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

CONSTRUCTORA E INMOBILARIA SANTA
ROSA LIMITADA
Jordan L. Rappaport, Esq..
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Consultoria Empresarial S.A.S.
Calle 103A No. 16 70 - Apt. 503
Bogota D.C., 110111 Colombia

Corporacion ForFon, Ltd.
Isaac Entebi
Chambers PO Box 3152 Road Town
Tortola, British Virgin Islands

Corrugadora Paraguaya S.A.
Ruta general Aquino kmt 12.5
Luque
Asuncion
Paraguay

Corrugadora Paraguaya S.A.
Ruta General Elizardo Aquino kmt 12.5
Luque
Asuncion

CoStar Group, Inc.
1331 L St, NW
Washington, DC 20005

Cowley Holding Services Inc.
Morgan & Morgan Bldg.
Pasea Estate- Road Town
TORTOLA, BVI

COWLEY HOLDINGS SERVICES, INC
Morgan & Morgan Bldg
Pasea Estate Road Town
Tortola, BVI, FL 33432

COWLEY HOLDINGS SERVICES, INC.
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY HOLDINGS SERVICES, INC.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY HOLDINGS SERVICES, INC.
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY HOLDINGS SERVICES, INC.
JORDAN L. RAPPAPORT, ESQ.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY HOLDINGS SERVICES, INC.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY HOLDINGS SERVICES, INC.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

COWLEY OLDINGS SERVICES, INC.
JORDAN L. RAPPAPORT, ESQ.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 NORTH FEDERAL HIGHWAY #203
Boca Raton, FL 33432

CREMONTE LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY+A502

CRISTHIAN G. DI FABIO & JULIBEL S. MARTINEZ H.
Rosal 702, Torre A, A14, Av. Junn con Sojo
EL ROSAL, CHACAO, CARACAS
ESTADO MIRANDA
Venezuela

Cristian Aristides Monterroso Hernandez &
Olga Car
18 calle 5-77 Zona 14
Edificio Botanica Torre Norte Apto. 408
Guatemala, Guatemala 01014

Cristian De la Cerda.
Santa Rita 251.
Pirque. Santiago.
Region Metropolitana.
Chile.

CRISTIAN VACA GUERRERO
GREGORIO BOBADILLA N36-24 Y AV
NACIONES UNIDAS
QUITO
ECUADOR

CRITERIA INVESTMENT GROUP LLC
4000 Hollywood Bvd., Suite 140-N
Hollywood, FL 33021

Cushman & Wakefield, Inc.
P.O Box 27936
New York, NY 10087

CUSTER HOLDINGS LTD
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Dalaman Management Corp.
Juan Pablo Higuchi Fukazawa
Calle Los Cuarzos165, Urb Club Golf Los
Incas, Surco
Lima, Peru 15023

Dalaman Management Corp.
Juan Pablo Higuchi Fukazawa
Calle Los Cuarzos165,Urb Club Golf Los
Incas, Surco
Lima, Peru 10523

DANIEL ALBERTO ARAMBURU
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Daniel Aldo Dagostino & Maria Alejandra Papini
1667 Costa Rica Suite 139
Montevideo
Oriental Republic of Uruguay

DANIEL ALEJANDRO STARK URDANETA
8530 NW 61 ST
MIAMI FLORIDA 33166

DANIEL CAPUTI RICO
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

DANIEL ENRIQUE CAPANDEGUY &
CRISTINA L PACHECO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

DANIEL M GLASS GRYNGRASS & VIVIAN
MARJOVSKY
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Daniel Natalio Lokman
426 Maria Cristina BO Villa Allende
Villa Allende, Argentina
CP. 5105
Argentina

DANIEL RUIZ CASTIGLIONI & OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

DANIEL S FRAENKEL WILUZANSKI
2275 Julio Maria Sosa, Apt 601
Montevideo
Montevideo, Uruguay. CP. 11300
Uruguay

DANIEL VAZQUEZ FERNANDEZ
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Darby Intertrading Inc
Morgan & Morgan Building
Pasea Estate Road Town
Tortola
British Virgin Islands

DARIO GEISINGER
69 Hasibim, Apt 43
Petach Tikva
Petach Tikva, Israel. 4952709
Israel

Dario Jorge Salas Quintero
Avenida San Marino Resd Parque Country Club
Urbanizacion Campo Alegre
Caracas Miranda
Venezuela

David Agmon Mizrahi
Bosque de radiatas 42, piso 1, int 101, 05120
Mexico City
Mexico
Mexico

David Aniceto Zacarias De Lafuente
3185 La Horqueta
12100 Montevideo
Montevideo
Uruguay

David Kababie
Prol Bosques de la Reforma 1539,
Cuajimalpa de Morales, CDMX, MX
05120

DAVID TROICE JALIFE
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

DAVID TROICE JALIFE
Jordan L Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

DAVID TROICE JALIFE
Jordan L. Rappaport, :Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

DAVID TROICE JALIFE
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport
1300 North Federal Highway #203,
Boca Raton, FL 33432

DAVID TROICE JALIFE
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

DAVID TROICEJALIFE
Jordan L. Rappaport, :Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

DAVID TROICEJALIFE
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

De Lorenzo Holdings Corp
Trident Chambers
P.O. Box 146
Road Town
TORTOLA
BRITISH VIRGIN ISLANDS

De Lorenzo Holdings Corp.
Claudio Fernandez Alatrista
Av. Buena Vista #400 Unit 201
San Borja - Lima, Peru

DECHARM INVESTMENTS LTD
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

DENISE CLARKE WINKLER
LOS ABEDULES 415
VALDIVIA
CHILE

Deolinda Marciana Esquivel de Enciso y/o
Roberto A
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

DEV RAMA
2020 N Bayshore Dr Apt1807
Miami, FL 33137-5165

DIAMANTINA GROUP/GUILLERMO CARBONELL
EDIF OMEGA OR 1-B SAMUEL LEWIS Y CALLE 53
ESTE
APARTADO 0832-2562 W.T.0
PANAMA
REP DE PANAMA

Diana de los Angeles Ton-es Proano
&Sebastian Card
Urbaniz Cumbres del Valle Casa 148
Calle Siena y Osvaldo Guayasamin, Sector Cumbaya
Quito-Ecuador
Ecuador

Diana de los Angeles Torres Proano & Sebastian Card
Urbaniz Cumbres del Valle Casa 148
Calle Siena y Osvaldo Guayasamin, Sector Cumbaya
Quito-Ecuador
Ecuador

DIEGO ADRIAN KESSLER
1362 PUEYRREDON. APT: 8A
BUENOS AIRES
BUENOS AIRES, ARGENTINA.
CPC1118AAQ
Argentina

Diego Alberto Celesia & Nora Teresa Faure
2360 Bucarelli, Unit 9 'A'
Buenos Aires
Ciudad Autnoma de Buenos Aires
Argentina

Diego Antonio Quijano Landaeta and Martana  Milagro
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana  Milagro
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Milagro
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Milagro
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Milagro
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Milagro
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Milagro
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

Diego Antonio Quijano Landaeta and Martana Original Filed
Milagro
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

DIEGO CASARES
AV CORDOBA 2509 BUENOS AIRES,
ARGENTINA

Diego Gabriel Rottman & Esteban Ariel Rottman
Scalabrini Ortiz 174 - 5B
Buenos Aires
Argentina

DIEGO MARIO BUELA TREVISAN
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Diego Miguel Garcia Dajas
4407 Rambla Republica de Chile 504
Montevideo
Montevideo
Uruguay

Diego Quijano & Mariana Ramirez-
The Standard- CA Morales de la Torre
R 305 001 URB OLIVAR
San Isidro
LIMA, PERU

DIEGO SEBASTAN MATTERA
50 DPTO 5 SAN LORENZO
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

DIEGO SEBASTIAN MATTERA
RAWSON 1457 5 A
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

Digitalis Corp
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

DINA ESTHER PAKGOIZ & REINA DJMAL
Dr. Luis Bonavita 1294, office 1101
Montevideo
Montevideo
Uruguay

DINORA IVONNE KATZ POLAK
1270 Meliton Gonzalez
Montevideo
Montevideo, Uruguay. CP. 11300
Uruguay

Dionisio Manuel Alvarez & Silvina Nadal
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Dirty Robber LLC
1305 N. Catalina St.
Los Angeles, CA 90027

DOBRESA CORP
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Dominique Elisabeth Donzier
Tennis Villa #15-Casa de Campo
La Romana, 22000 Dominican Republic

Donnacar S.R.L.
Attn: Gustavo Donnangelo Novelli
Tiburcio Gomez 1331, Ap 408
Montevideo
URUGUAY

DORA LOLA MUNIZ MAISONNAVE
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Downtown-Lower Manthattan Association, I
120 Broadway
Suite 3340
New York, NY 10271

DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO CP 11300
URUGUAY

DUCOLL LIMITED
GOROSTIAGA 2248 - 7 A
BUENOS AIRES
1426 ARGENTINA

Dysert Global LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

EBER DARIO LORENZON AND MARIA
LAURA CASTIGLIONI
2840 HELGUERA APT #1A
CIUDAD AUTONOMA DE BUENOS AIRES
CIUDAD AUTONOMA DE BUENOS AIRES
ARGENTINA

EDANSA INVESTMENTS LLC
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS

Edelma Barreto Moreno
Dr. Luis Bonavita 1294, Of 2401
Montevideo
CP 11300
Montevideo Uruguay

Eduardo Chapuis
Dr. Luis Bonavita 1294, Of 2401
Montevideo 11300
Uruguay
Uruguay

EDUARDO ENRIQUE BARAIBAR IBANEZ
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Eduardo Marcelo Feldman Maur & Cinthia
Feldman M
5933 Av. del Libertador 6th Floor Apt. A
Autonomous City of Buenos Aires
Argentine Republic

Eduardo Risso Gentile
Av. Del Libertador 742 5to. A
Vicente Lopez, Buenos Aires, Argentina

Eduardo Rodrigo Dominguez & Brenda
Bianchi
2874 Kennedy
Autonomous City of Buenos Aires
Argentine Republic

Eduardo Rodriguez - Broker
7650 NW 25 St.
Miami, FL 33122

Eduardo Rodriguez Broker
7650 NW 25 St.
Miami, FL, 33122

EDUARDO SUAREZ
NUEVA YORK 4627 PISO PB
BUENOS AIRES, ARGENTINA

Edvin Loach LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Efrain Armando Pena Pino
Carrera 7B #127B-71 apt. 201
Bogota
Bogota DC
Colombia

EGLE S GAUDIN ZENGA & EGLE L ZENGA
DOMESTICO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

EGUIZAMO ORTEGA Y CIA SENC
CARRERA 12 90-19 OF 201
BOGOTA
D.C.
COLOMBIA

EKLAF LTD.
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

Elbio Washington Lombardi
Dr Luis Bonavita 1294. Piso 2
Oficina 218. Montevideo
Uruguay

ELCEIBO CORP.
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Elias Juan Martinez Schuster
733 Colpayo, piso 6
CP 1405 - Buenos Aires
Buenos Aires
Argentina

Elio Gerardo Nudelman & Roza Nudelman
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Elise Boada Merendoni
Calle 183 #78-35 Casa 23
Bogota
Colombia
Colombia

Elizabeth LAFAVERGE ROSSO
1650 Sand Lake road, Suite 225
Orlando Florida FL32809

ENEAS ASESORES SAC
LOS CASTANOS 430, LIMA-15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

ENFIELD DEVELOPMENT SA
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ENFIELD DEVELOPMENT SA
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

ENFIELD DEVELOPMENT SA
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ENFIELD DEVELOPMENT SA
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ENFIELD DEVELOPMENT SA
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

ENMACAMA LTD
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

ENRICO AGUGGIARO
Zonamerica, Ruta 8, Km. 17.5
Edificio @2 Of. 304 (91600)
Montevideo
Uruguay

ENRIQUE BERNALES UZATEGUI
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

ENRIQUE BERNALES UZATEGUI
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

ENRIQUE BERNALES UZATEGUI
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

ENRIQUE BERNALES UZATEGUI
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, NY 10128

ENRIQUE BERNALES UZATEGUI
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

Enrique Erausquin
10305 NW 41st Street, Suite 111
Doral, FL 33178-2975

Enrique Herrera
247 Walter Schaub
Chiguayante
Regin del Bio Bio
CHILE

Enrique Hugo Trevisan Petit
Av Ppal Santa Fe Sur Los Jabillos Los
Jabillos 4G
Caracas
Miranda
Venezuela

Enrique Juan Fossati Crosa
Zonamerica Rota 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

Enrique Juan Fossati Introzzi
Zonamerica Ruta 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

ENRIQUE TOMAS BIANCHI, LUCRECIA
MARIA BIANCHI &/O
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Enriqueta Jachimowicz y/o Jeronimo
Galantemik
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO
URUGUAY

ERIC ALEJANDRO ASCHER ZEIDA
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Eric Eloy Basset
Rambla Claudio Williman, Torre Aquarela,
Apto 104
Punta Del Este, Departamento De Maldonado,
20005, Republica Oriental Del Uruguay
Republica Oriental Del Uruguay

Erika Maria Schmidt Mumm
3675 N Country Club Dr
Apt 1505
Aventura, FL 33180

Erika Maria Schmidt-Mumm
3675 N Country Club Dr apt 1505
Aventura, FL 33180

ERNESTO DIOTTI GONZALVEZ & ANA P
BRUSCHI GATTI
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

ERNESTO FONSECA GUTIERREZ
CRA 20 #118 83
BOGOTA
CUNDINAMARCA
COLOMBIA

Ernesto Godoy and Maria Ugarte
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Ernesto Godoy and Maria Ugarte
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

ERNESTO RAMIREZ GODOY & MARIA LUISA
RAMIREZ UGARTE Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

ERNESTO RAMIREZ GODOY & MARIA LUISA
RAMIREZ UGARTE Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

ERNESTO RAMIREZ GODOY & MARIA
LUISA RAMIREZ UGARTE
Jordan L. Rappaport, Esq.

Ernst & Young LLP
200 Plaza Dr
Secaucus, NJ 07094

Ernst & Young LLP
5 Times Square
New York, NY 10036

Esme Adventures Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

ESTANISLAO LUCIW
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Esteban Marx
Av. Santa Fe 2742, piso 9 B
Buenos Aires
(1425) Buenos Aires
Argentina

Excel! Group Corporation
5901 Sun Blvd., Ste. 200
St. Petersburg, FL 33715

Excell Group Corporation
Ari Saadia
5901 Sun Blvd., Ste. 200
St. Petersburg, FL 33715

Excell Group Corporation
5901 Sun Blvd., Ste. 200
St. Petersburg, FL 33715

EXPANSIVE REALTY
BOSQUE DE TORONJOS 25 INT 302
BOSQUE DE LAS LOMAS. CUAJIMALPA
CIUDAD DE MEXICO
MEXICO

Extral, S.A. de C.V.
do PCHS
Attn: Bill Smelko
525 B St, Ste 2200
San Diego, CA 92101

EZEQUIEL CARLOS ARSLANIAN
4942 AVENIDA DEL LIBERTADOR
CIUDAD AUTONOMA DE Buenos Aires
Buenos Aires
ARGENTINA

Fabian Alberto Bensabath
Avenida Fuerza Aerea No 2350
2132 - Funes
Santa Fe
Avenida Fuerza Aerea No 2350 , Funes,
Argentina

Fabian Guillermo Lev
Mark Minuti, Esquire
Saul Ewing Amstein & Lehr LLP
1201 N. Market Street, Suite 2300,
PO Box 1266
Wilmington, DE 19899

Fabien Andre Antoine Delaval
146, Route De La Guibretiere
8500 La Roche Sur Yon
France

FABIO ALEJANDRO DAWIDOWICZ &
GERALDINA MARINO
HIPOLITO YRIGOYEN 1754 UF 148
MANUEL ALBERTI
BUENOS AIRES
ARGENTINA

Fabio Gabriel Palioff Nosal & Carolina
Moscariello
1667 Costa Rica Siute 213
Montevideo
Oriental Republic of Uruguay 11500

Fabio Rubn Verdinelli
Parera 55, piso 7 B
(1014) Recoleta
Ciudad de Buenos Aires
Argentina

Fabrice Cavallin
Bedastrasse 48
9200 Gossau
St. Gallen
Switzerland

Fadi Georges Bechara
Mark Minuti, Esquire
Saul Ewing Amstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Fadi Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Fadi Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Fadi Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Fadi Georges Bechara
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Fanny Mestre de Gutierrez
Calle 72A no. 5-48 Apto 301
Bogota
Colombia

FARAMOR VENTURES INC
Zonamerica Ruta 8 Km 17.500 Edificio
Celebra, 703
Montevideo
Uruguay

FARMLAND SOUTH LTD
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Farronco SL
25219 KUYKENDAHL RD
260
TOMBALL, TX 77375

Fatima Lopez de Romana Caceres
Urb. Quinta las Azores Mza-F Lote-11 Block-1
Piso 2 Depto. 201
Arequipa, Peru

Fatima Lopez de Romana Caceres
Urb. Quinta las Azores Mza-F Lote-11 Block-1
Piso 2 Depto. 201
Arequipa, Peru

Fearless Media LLC
1441 Broadway
Suite 6021
New York, NY 10018

Federal Insurance
c/o Chubb
436 Walnut Street - WAO4K
Philadelphia, PA 19106

FEDERICO ADRIAN MASSINI
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

FEDERICO G CARASSUS GALLO & MARIA
DEL R AREAL
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Federico V Del Giudice & Claudia V Valletta
3450 Jacinto Diaz
San Isidro
Province of Buenos Aires
Argentine Republic

FELICIANO TORRES CABANA &/O NELLY
TERESA DUARTE DE
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Felipe Infante
Los Sausales482
Santiago
Region Metropolitana
Chile

Felipe Pastrana Molina&Maria Carolina Davila
Rosas
Calle Monte Alto, 13
Urb. El Montecillo
28223 Pozuelo de Alarcon, Madrid, Spain
Spain

FEM ASSETS HOLDINGS Inc.
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Femando&Maria Portero & Ana Fiocca
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

FERNANDO ANTONIO GARCIA
2014 Vilela
(1429) Ciudad Autnoma de Buenos Aires
Ciudad Autnoma de Buenos Aires
Argentina

Fernando Bedoya Alipaz
Barrio Equipetrol Norte
Calle F. Este
Apt A-P2
Santa Cruz de la Sierra
BOLIVIA

FERNANDO ENRIQUE VIDAL SOSA DIAS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Fernando Gonzalez Muoz
Calle 101 # 19A-60
Bogota
Bogota D.C.
Colombia

FERNANDO JOSE RUIZ ARREDONDO
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Fernando Perez and Ariel Trellini
400 SUNNY ISLES BLVD APT 1506
Sunny Isles Beach, FL 33160

Fernando Sierra Arango & Maria Camila Sierra
Av 9 # 116-20 cons 423
Bogota, Colombia

Fernando Sierra Arango
Av 9 # 116-20 Cons 423
Bogota, Colombia

Fernando Villaveces-Atuesta
Calle 103A No. 16 70 - Apt. 503
Bogota D.C., 1110111 Colombia

Fideicomiso Crowdium NYC
San Martin 491, Piso 4, Oficina 15
C1004AAI
Ciudad Autnoma de Buenos Aires
Argentina

FlexFunds
1221 Brickell Ave
Unit 1500
Miami, FL 33131

FlexFunds LTD
4th floor Harbour Place
103 South Church Street
PO Box 10240
Grand Cayman KY1-1002
Cayman Islands

Flora Matiosian de Pazos
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

Foh Chin Min Gavin
17G Hillcrest Road
Singapore 286777
Singapore

Francis et Fabienne Bouillon
Le Bourg
63320 Saint Vincent
France

Francisco Acevedo Landaluce
Calle P3 Hacienda La Lagunita
El Hatillo
Caracas Miranda
Venezuela

Francisco Gentile
1523 Belastiqui
Montevideo
Uruguay

FRANCO JOSE CAMERINI
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Francois Denimal
Attn: Rosemburg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Aventura, FL 33180

Foh Chin Min Gavin
17G Hillcrest Road
Singapore 286777
Singapore

FRANCESC MARTIN TEIXIDOR
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

FRANCISCO A CANTOU ETCHEVERRY
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

FRANCISCO CAPOBIANCO CAFORA
URBANIZACION SANTA FE NORTE
EDIFICIO ALAMEDA PLAZA
CARACAS
ESTADO MIRANDA
VENEZUELA

Francisco Jose Muro
Hipolito Yrigoyen 1754
Country Village OF 121 Pilar
Buenos Aires
Argentina

Francois Denimal- The Standard
1 Jervois Close
Unit 02-01
SINGAPORE
249115

Francois Philippe Didier Denimal
03-10 Clydesview
16A Jervois Lane
Singapore, Singapore 159192

Francois Phillippe Didier Denimal
03-10 Clydesview
16A Jervois Lane
Singapore, Singapore 159192

Frankfurt Kurnit Klein & Selz PC
488 Madison Ave
New York, NY 10022

FUNDACION DE BENEFICENCIA
HERMANOS ARAYA JERIA
TRONCAL S/N PARADERO 3
QUILLOTA
CHILE

FUNDACION LAS PALMAS
MMG Tower
Avenida Paseo del Mar, Costa del Este
Panama City Republic of Panama

FUNDACION RIO DE AMOR
Calle 23 # 68-50 T 9 Ap 404
BOGOTA D.0.
BOGOTA D.0
COLOMBIA

Gabriel Silvio Mazzeo
Av. Del Libertador 742 5A, Vicente Lopez.
Buenos aires, Argentina

Garage Center International Limited
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Gaston Ricardo Elmo
Ruta 52 km3.5

Gaston Sanchez Guex
Av. Del Libertador 742 5A
Vicente Lopez, Bs As. Argentina

Gavin Foh - The Standard
17 G Hillcrest Rd
SINGAPORE
286777

Gavin Foh
Attn: Rosemburg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Aventura, FL 33180

GENESIS SERVICE HOLDINGS CORP.
Paraguay 2141 15th Floor Office 25
Montevideo, CP 11800
Uruguay

GERALDINE GRAY
AVENIDA TOSCHI 303 CIPOLETT RIO
NEGRO ARGENTINA

GERARDO ALFREDO AGUIRRE RIVAS
Condado Santa Rosa, Senda El Naranjo No. 38
Santa Tecla, La Libertad
EL SALVADOR

Gerardo Nicolas Sebastian Cofio Berger
Avenida Las Americas, 15-80 zona 13
Edificio Cobira, Torre 3, Apto 1D

Gerardo Saade Kuri
Cda. laureles 1 Rincn del Valle
Pachuca, Hgo. 42086
Mexico

German Andres Sarmiento Gracia Angela M
Sarmiento
Calle 120 /0 D 90
Bogota
Colombia

Gerson Ferrari
Dr. Luis Bonavita 1294, Of 2401
Montevideo 11300
Uruguay
Uruguay

Gibbons, PC
One Gateway Center
Newark, NJ 07102

Gibbons, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Gimway Investments
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Gina Alexandra Salazar Parra
Via Guaymaral Vereda La Balsa Santa Cecilia
5 C-20
Chia
Cundinamarca
Colombia

GIOVANNA E RUSCONI
ACASSUSO 919
SAN ISIDRO
BUENOS AIRES
ARGENTINA, AR 1642-1642

Gisela Maria Morales Valentin
Acantos de Cayala, Torre 3, Apto 101
Guatemala City, Guatemala 01016

Gisela Maria Morales
Valentin Acantos de Cayala, Torre 3, Apto 101
Guatemala City, Guatemala 01016

GLOBALSETTER SERVICES LTD
4120 KIAORA ST
MIAMI, FL 33133-6365

Globotext
8437 Tuttle Ave
Suite 133
Sarasota, FL 34243

Gloria Tobler
Calle 80 #8-41
Bogota
Colombia

Golf Business Ltd.
zonamerica ruta 8 km 17500
edificio © 1 of 109, Montevideo Uruguay
91600
Uruguay

Goliat Boat LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

GONZALO AMORIM
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

GONZALO DANIEL MOREL SPARANO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Gonzalo de Jesus Zuluaga Diaz
2475 Brickell aye, apt 2207
Apt 2101
Miami, FL 33129

Gonzalo Javier Devivo Garcia
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

Gonzalo Jose Vidal Devoto & Maria Amancay Caparros
Gonzalo Jose Vidal Devoto
Zabala 2443 Piso 6, 'B'
Caba, Buenos Aires 1426 Argentina

Gonzalo Jose Vidal Devoto & Maria Amancay
Caparros
Gonzalo Jose Vidal Devoto
Zabala 2443 Piso 6, 'B'
Caba, Buenos Aires 1426 Argentina

GONZALO L AGUIAR SOLARI & LAURA C
ANZALAS OTTADO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

GONZALO MARIA NOGUER
YAGUARON 1813 CASILLA 401
MONTEVIDEO, URUGUAY

GRAMLIN TRADING CORF.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

GRAMLIN TRADING CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

GRAMLIN TRADING CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

GRAMLIN TRADING CORP.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

GRANGE CENTER INTERNATIONAL
LIMITED
AV CORDOBA 1316 AP 13A BS AS
ARGENTINA

Great American Insurance Company
Attn: Jay C. Fenton
1450 American Lane, 8th Floor
Schaumburg, IL 60173

Great American Insurance Company
Attn: Jay C. Fenton
1450 American Lane, 8th Floor
Schaumburg, IL 60173

Great American Insurance Company
Attn: Jay C. Fenton
1450 American Lane, 8th Floor
Schaumburg, IL 60173

Green Soul Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

Green Turtle Management Ltd.
Zonamerica Ruta 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

GREEN VESPA LTD
Del Caminate 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires 1670
Argentina

Guido De Grazia & Joaquin De Grazia
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Guido Hernan Gonzalez Urbaneja
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

GUILLERMO A ETCHECHOURY & NORMA
SUSANA FARIAS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Guillermo Alfredo Azuero Gonzalez
Carrera 2 # 110-86
Santa Ana Oriental
Bogota, Colombia

Guillermo Carlos Acevedo
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Guillermo Enrique Padilla Semerene
Av Principal Lomas de La Lagunita
Caracas
Miranda 1083
Venezuela

GUILLERMO GUERRA PEREZ
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Guillermo Hansen
Comodoro Rivadavia 1123 casa 5
San Isidro
Buenos Aires
Argentina

Gustavo Alberto Del Negro & Maria Femanda Torresi
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Gustavo Alberto Giraldo Naranjo
Calle 106 N 7-60 Apartamento 302
Bogota
Colombia

GUSTAVO ALFREDO GOMEZ JAIMES
CL 102 17 29 Apto 201
BOGOTA
BOGOTA
COLOMBIA

GUSTAVO ANDRES BARREIRO
Del Caminante 20, Puerta Norte 1, of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

GUSTAVO ANDRES BARREIRO
Del Caminante 20, Puerta Norte 1, of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

Gustavo Andres Duque Izquierdo
Cal le 117 No. 6-55 Int.11
Bogota
DC
Colombia

Gustavo Carlos Gambino Alejandra Marian Mancebo Guinea
785 Crandon Blvd.,Apt 201
Key Biscayne, FL 33149

Gustavo Carlos Gambino
Alejandra Marian Mancebo Guinea
785 Crandon Blvd.
Apt 201
Key Biscayne, FL 33149

GUSTAVO D PINTOS ZAMORA and ROCIO
FEOLA MACHADO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Gustavo Donnangelo Novelli
Tiburcio Gomez 1331
Apt. 408
Montevideo
URUGUAY

Gustavo Fabian Fortunato
Aquilino La Guardia y Avenida Balboa
Off. 2906
Panama City
Panama

Haneforsel Ltd
Dr Luis Bonavita1294 Of 1101
Montevideo CP11300
Uruguay

HANS PAUL TOBLER
PH LUMIERE, APT 23, TORRE 100
AVE LA ROTONDA, COSTA DEL ESTE
PANAMA
PANAMA

Happie Trail Ventures Ltd.
Cesar Lopez
Trident Chambers
PO Box 146
Road Town
Tortola, BVI

HECTOR ANIBAL KANDEL
2845 FRAY JUSTO SANTAMARIA DE ORO
Buenos Aires
Buenos Aires, Argentina. CP. 1425
Argentina

Hector Atilio Lamas Bengochea
2725 Cavia. Apt 3010
Montevideo
Montevideo, Uruguay
Uruguay

HECTOR E GUARIN T & JULIETA KAPPAZ
DE GUARIN
CALLE 89 # 7A-14
Bogota DC Colombia

HECTOR HORACIO MURCIA
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

HECTOR JOSE REBOREDO & NATHALIE
CRISTINA MOREL
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Helder Group
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Boca Raton, FL 33432

HELDER GROUP
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Boca Raton, FL 33432

HELDER GROUP
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

HELDER GROUP
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

HELDER GROUP
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

HELDER GROUP
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

HELDER GROUP, INC.
Rappaport Osborne & Rappaport, PLLC
1300 N Federal
Boca Raton, FL 33432

HELDER GROUP, INC.
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
Boca Raton, FL 33432

HEM 001 CONSTRUCTIONS INC
AVENIDA GOMEZ MORIN 2111 P3 TORRE
KERKUS

Hernan Vedoya
Ayacucho 1570 piso 10C
CABA 1117
Ciudad de Buenos Aires
Argentina

Henry Philip Comte VelAquez
5 Ave. 5-55 zona 14 Europlaza
Torre 2, Oficina 501
Ciduda de Guatemala
GUATEMALA 01014

HENRY PHILIP COMTE VELASQUEZ
Rappaport Osborne & Rappaport, PLLC
1300 N Federa 1300 N Federal Hwy, #203
Boca Raton, FL 33432

HERNAN DOREN LOIS
LA VENDIMIA 899 DEPTO 61 A
VITACURA
SANTIAGO
CHILE

Hersh Kraidelman Fisman and Aida Taks Bercovich
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Hersh Kraidelman Fisman and Aida Taks Bercovich
Mark Minuti, Esquire Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

HFMX Designated Activity Company Directors
HFMX 1-2 Victoria Buildings, Ha ddington rd,
Dublin 4, Ireland

Hogan Lovells
One Pacific Place
11th Floor
88 Queensway
Hong Kong

HOLISFER INC
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

HONEY LOCUST CORP
MONTEVIDEO 1986 P5 A
CIUDAD DE BUENOS AIRES
BUENOS AIRES
ARGENTINA, AR 1021-1021

HONEY LOCUST LTD
MONTEVIDEO 1986 P5 A
CIUDAD DE BUENOS AIRES
BUENOS AIRES
ARGENTINA, AR 1021-1021

HOPEFUL BUSINESS LTD.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

HOPEFUL BUSINESS LTD.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

HOPEFUL BUSINESS LTD.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE 8, RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Horacio & Marta & Agustin & Gonzalo Rosendo
357 Yerbal 6th Floor Apt.A
Autonomous City of Buenos Aires
Argentine Republic

HORACIO FERNANDEZ AMBELLE &
RODRIGO FERNANDEZ
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

HORACIO MANUEL RAIMAN
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires 1970
Argentina

HUGO ARMANDO BURDMAN
3245 Av. de los Incas. Piso 8
(1426) Ciudad Autnoma de Buenos Aires
Ciudad Autnoma de Buenos Aires
Repblica Argentina

Humberto Cabrera Marin
781 Crandon Blvd Apt 805
Key Biscayne, FL 33149

Humberto Daniel Sahade
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Humberto Jose Mestre Rivera,
aka Humberto Mestre Rivera
c/o PCHS, Attn: Bill Smelko
525 B Street, Ste 2200
San Diego, CA 92101

Humberto Jose Mestre Rivera,
aka Humberto Mestre Rivera
do PCHS, Attn: Bill Smelko
525 B Street, Ste 2200
San Diego, CA 92101

Humberto Mestre Rivera-
CII Guillermo Gonzalez-
C 900 Piso 5 Torre B Verticle 1
Edominguez y V Quiroga Apt 501
Mexico City, MX 01210-CR-01291

ILYA KUSHNER
LEVY YITZHAK MIBERDICHEV 21
RISHON LE ZIYON
HAMERKAZ 7526085
ISRAEL

Indigo Waters LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

INES MARGARITA URREIZTIETA
MOSQUERA
Riera de Sant Andreu 97 bajo
Barcelona, 08030
Espaa

INES TOBAR DUQUE
CALLE 127 c BIS No 7-20
BOGOTA
COLOMBIA

Ingenia USA Investment LLC
2721 Executive Park Drive, Suite 4
Weston
Florida
Weston, FL 33331

Inigo Aspillaga & Nelly Maria B. de Paramo
Jr. Baca Flor 351, Magdalena del Mar
Lima 17, Peru

Inishowen Partners Limited
322 Des Voeux Rd Central
19/F W Exchange Tower Central
Hong Kong
CHINA

Inishowen Partners Limited
322 Des Voeux Rd Central
19/F W Exchange Tower
Central,
Hong Kong

Inlight Inversiones SAS
Cm 10 # 93-51
ap 203
Bogota, D.C, 110221, Colombia, South
America
Colombia

INMOBILIARIA E INVERSIONES CATEAO S.A.
AVDA. SAN CARLOS 2201
DEPTO 404-B
SANTIAGO
CHILE

Inmobiliaria Guacamayas, SA
Percy Rolando Dominguez de Leon
16 Calle 0-55 Zona 10, Edificio Torre
Internacional Nivel 11, Oficina 4
Guatemaila, Guatemala 01010

Inna Rostker
140 Havenside Dr.
San Francisco, CA 94132

INPAM S.A.
C. 53 Marbella, Edificio WTC, Of. 401
Apartado # 08320311 WTC
Panama, Republica de Panama

Instant Call Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama City (07127)
Panama

INTERNACIONAL FINANCIERA S.A
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

International Housing Contractor
Lt Calle 70A 5-81
Bogota- Colombia 110231
Colombia

International Housing Contractors Ltd.
Calle 70 A No. 5-81
Bogota
Cundinamarca
COLOMBIA

INTERNATURAL COMPANY LLC
RAWSON 1457 5 A
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

Inverco Chile SpA
Uno Oriente 1074
Talca
Region del Maule
Chile

INVERSIONES CBS&P LIMITADA
AV ANDRES BELLO 2777 OF 603
SANTIAGO
CHILE

INVERSIONES DILEO LTDA
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES DILEO LTDA
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES DILEO LTDA.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES DILEO LTDA.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES DILEO LTDA.
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Inversiones E Inmobiliaria Rio Allipen Limitada
Marcelo Pirazzoli
Cerro el Plomo 5680
Las Condes, Santiago, Chile

Inversiones E Inmobiliaria Rio Allipen
Limitada
Marcelo Pirazzoli
Cerro el Plomo 5680
Las Condes, Santiago, Chile

INVERSIONES LANALHUE SA
CARLOS ANTUNEZ 2457
PROVIDENCIA
RM
CHILE

INVERSIONES MANUEL JOSE
PUCCI E.I.R.L
PASEO DE ALCALA 10966
LO BARNECHEA
SANTIAGO
CHILE

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rapport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES MIRAMAR LIMITADA
Jordan L. Rappaport, PLLC
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES SAVIA LTDA
EL ARCANGEL 4669 DEPTO 111
SANTIAGO
CHILE

INVERSIONES STS S.A.
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES STS S.A.
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES STS S.A.
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES STS S.A.
Jordan L. Rappaport, Esq.
1300 North Federal Highway #203,
Boca Raton, FL 33432

INVERSIONES STS S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES STS S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES STS S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TENERIFE LIMITADA
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TOTALPACK S.A
SAN IGNACIA 1538
SANTIAGO - CHILE

INVERSIONES TOTALPACK S.A.
RAPPAPORT OSBORNE
RAPPAPORT, PLLC
1300 NORTH FEDERAL HIGHWAY #203
BOCA RATON, FL 33432

Inversiones Totalpack S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Inversiones Totalpack S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Inversiones Totalpack S.A.
Rappaport Osborne Rappaport
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TOTALPACK S.A.
RAPPAPORT OSBORNE RAPPAPORT, PLLC
1300 NORTH FEDERAL HIGHWAY #203
BOCA RATON, FL 33432

INVERSIONES TOTALPACK S.A.
SAN IGNACIA 1538
SANTIAGO - CHILE

Inversiones Totalpack S.A.
San Ignacio 1538
Santiago - Chile

INVERSIONES TOTALPACK, S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES TOTALPACK, S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Inversiones Totalpack, S.A.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

INVERSIONES Y ASESORIAS VENTUS LTDA
ALFREDO BARROS ERRAZURIZ 1953
OF 306, PROVIDENCIA
SANTIAGO
CHILE

Irian Marketing Ltd.
Alberto Mario Monkowski
Juan B. Lusto 1045 Torre Rio, Piso 28, Apto. 4
Buenos Aires, Arg. 1425

Iriano Marketing Ltd.
Alberto Mario Monkowski
Juan B. Lusto 1045 Torre Rio, Piso 28, Apto. 4
Buenos Aires, Arg. 1425

Iriano Marketing Ltd.
Alberto Mario Monkowski
Juan B. Lusto 1045 Torre Rio,Piso 28 Apto. 4
Buenos Aires, Arg. 1425

Irma C. Borer, Javier H. & Cynthia M. Potasman
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500. MONTEVIDEO
URUGUAY

ISAAC ALFIE & RAQUEL GABRIELA GONZALEZ
6405 Esteban Elena, oficina 6
Montevideo 11500
Montevideo
uruguay

Isabel Elena Neher
Urb Valle Arriba Qta Aquarius Calle Kemal
Ataturk

IVORY COAST INVESTMENT LTD
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP 1670)
Argentina

Ivory Coast Investment Ltd.
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP1670)
Argentina

JACARANDA CAPITAL DEVELOPMENT LTD
11900 BISCAYNE BLVD SUITE 289
NORTH MIAMI, FL 33181

Jacqueline Berzon
Gorostiaga 2019
Ciudad de Buenos Aires
Repblica Argentina

Jailineli Limited
Attn: Rosemberg Law
David B. Rosenberg, Esq.
20200 W. Dixie Hwy.,- Ste. 602
Aventura, FL 33180

JAILINELI LTD
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Jailineli Ltd
Jordan L. Rapport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

JAILINELI LTD
Rappaport Osborne & Rappaport, PLLC
1300 NORTH FEDERAL HIGHWAY #203
Boca Raton, FL 33432

Jailineli Ltd.- The Standard
Ritter House
5th Fl, Road Town
TORTOLA, BVI
VG1110

JAILINELI LTD.
Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

JAILINELI LTD.
Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

JAILINELI LTD.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
Boca Raton, FL 33432

JAILINELI LTD.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Ratone, FL 33432

Jailineli Ltd.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

JAILINELI LTD.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

JAILINELI LTD.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
Boca Raton, FL 33432

Jailineli Ltd.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Jaime Zeitoune
Edificio @ 2 - Oficina 301 - Zonamerica
Montevideo
Montevideo
Uruguay

Jalid Alberto del Azar
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Jan Rogers Jackson
Av Bosques de Montemar 460. Dp 141
Via del Mar.
Region de Valparaiso.
CHILE

Jan Rogers Jackson
Av Bosques de Montemar 460. Dp 141.
Via del Mar.
Region de Valparaiso.
CHILE

Janefiled International S.A.
Futura Asset Advisors
2121 Ponce de Leon Blvd., Suite 405
Coral Gables, FL 33134-5224

Jasmine Assets Corp
Zonamerica Ruta 8 km 17.5, Edit. @ 2 Oficina
Zonamerica- Montevideo (91600)
Montevideo
Uruguay

Javier Adrian Sadigursky & Isaac Ariel
Sadigursky
2956 Diagonal Pueyrredn
Mar del Plata, Buenos Aires
Argentina

Javier Echevarra Y Ral Arrospide
Calle Piura 1062 Dpto 5
Miraflores
Lima
Peru

JAVIER FRANCISCO CORAL LUCERO
Cra. 77 # 19 - 35 Torre 3 Apto. 1004 La Prade
Bogot D.C.
Cundinamarca
Colombia

JAVIER IGNACIO VILLAGGI &/O RINA
GRACIELA BRISIGHE
Zonamerica Ruta 8 Km 17.500, Edificio
Celebra 703
MONTEVIDEO
URUGUAY

Javier Jose Vazquez
820 Cochabamba, piso 2, depto A
CP 1150, CABA
Buenos Aires
Argentina

Javier Kulesz and Barbara Boczek Kulesz
19 Lighthouse way
Darien, CT 06820

Javier Kulesz
19 Lighthouse way
Darien, CT 06820

JAVIER RICARDO MATOSSIAN
RTA PANAMERICANA RAMAL PILAR KM 45
ARGENTINA

JENNY MARGARET GOMEZ HURTADO
1011- RESIDENCIAS ANDURINA IV APTO 3B
CARACAS
VENEZUELA

Jesus Duban Gomez Gutierrez
CIle 108 No 1-93 Este
Santa Fe de Bogota
Distrito Capital
Colombia

Jesus Enrique Izaguirre Balestrini
Calle Pluton
Caracas
Miranda
Venezuela

JESUS MONTANO GARCIA
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

| | |
|---|---|
| JGHC INVESTMENTS LLC<br>AVENIDA GOMEZ MORIN 2111<br>P3 TORRE<br>KERKUS | Jill Testa<br>50 Riverside Blvd., Apt 7H<br>New York, NY 10069 |
| JIMENA MEJIA JARAMILLO & MARIA<br>TERESA JARAMILLO<br>Business Park Torre V Piso 15 Quest<br>Avenida de la Rotonda, Costa del Este<br>Panama City, Republic of Panama | JMSD LTD<br>Zonamerica, Ruta 8, KM 17.5<br>Edificio @2 Ofcina 304. CP 91600<br>MONTEVIDEO<br>URUGUAY |
| Joachim Jurgen Tinschert<br>Km. 15.5 Carretera a El Salvador<br>Edificio Plaza Concepcion, Oficina 5E<br>Santa Catarina Pinula, Guatemala,<br>Guatemala 01052 | Joan Patricio Proano Villamarin<br>Carvajal y Alonso de Torres<br>Edificio Foresta Local H<br>Quito, Ecuador<br>Ecuador |
| John Friedman<br>Attn: Rosemberg Law<br>David B. Rosemberg, Esq.<br>20200 W. Dixie Hwy., Ste. 602<br>Aventura, FL 33180 | John Friedmand-Chicago Standard<br>Farrer Rd. # 01-01<br>SINGAPORE<br>268850 |
| Jordan L. Rappaport, Esq.<br>Rappaport Osborne & Rappaport, PLLC<br>1300 North Federal Highway #203<br>Boca Raton, FL 33432 | Jordan L. Rappaport, Esq.<br>Rappaport Osborne & Rappaport, PLLC<br>1300 North Federal Highway #203<br>Boca Raton, FL 33432 |
| JORGE 0 SEOANE<br>SUCRE ANTONIO J DE MARISCAL 1855<br>1428 BELGRANO<br>BUENOS AIRES<br>ARGENTINA, AR 1428-1428 | Jorge Abel Barrio & Silvia Beatriz Barrio<br>1220 Av Santa F 6th floor<br>CABA,<br>CABA, CP1059<br>Argentina |
| JORGE E PERAZZO PUPPO & SUSANA E SCHIAFFINO<br>PAZ<br>BVAR ARTIGAS 220 PISO 10<br>MONTEVIDEO<br>MONTEVIDEO<br>URUGUAY | Jorge Eduardo Anain & Noemi Alicia Campos<br>4979 2 PB Tycho Barthe<br>Barrio Villa Belgrano, Pueblo Alto<br>Cordoba Province<br>Argentine Republic |

Jorge Eduardo Anain & Noemi Alicia Campos
4979 2 PB Tycho Barthe
Barrio Villa Belgrano, Pueblo Alto
Cordoba Province
Argentine Republic

JORGE ENRIQUE KRAWIEC
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

JORGE LUIS MARONNA
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Jorge Moncada Pereira
Carrera 10 Este No. 7
C-83 BG 12
Medellin- Antioquia
COLOMBIA

Jorge Raul del Rio
VIRREY LORETO 1712, PISO 07 APT 0032
BS AS ARG

JORGE WASHINGTON RIAL AVALLE &
OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Jose Antonio Haua
c/o Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

JORGE ENRIQUE CESPEDES MARTINEZ
Business Park Torre V Piso 15 Quest
Avenida de la Rotonda, Costa del Este
Panama City, Republic of Panama

Jorge Javier Kaswalder Arreaza
Jose Hernandez
1436 5B Capital Federal
Buenos Aires
Argentina

JORGE MARCOS ABITBOUL
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Jorge Nicolas Videla & Luz Maria Zavala de Videla
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

JORGE SARMIENTO DIAZ
Carrera 48 No 11-245 casa B11 Condominio
Altagracia - Villavicencio -Meta
Colombia South America

JORGE WASHINGTON RIAL AVALLE and OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

JOSE ANTONIO MUTIS
CARRERA 3 No 77 - 39 apt 203
BOGOTA COLOMBIA

JOSE DANIEL MAGNO
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Jose David Wetsztein
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

Jose Enrique Ortiz Mestre
c/o PCHS
Attn: Bill Smelko
525 B Street, Ste 2200
San Diego, CA 92101

JOSE FELIX ARAGONE
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

JOSE FELIX SOTO MORALES
38 delta street Urb, Juan 23 San Borja
LIMA
PERU

Jose Fernando Marulanda Laverde
333 E 34 Street Apt 15K
New York, NY 10016

Jose Fernando Marulanda Laverde
333E 34 Street Apt 15K
New York, NY 10016

JOSE GABRIEL OSSA VELASCO
Arboretto Bosque Residencial
Km 6 via Bogot-La Calera
La Calera, Cundinamarca 251207
Colombia

JOSE HOMERO JIMENEZ BARRERA
Business Park Torre V Piso 15
Avenida de la Rotonda Costa del Este
Panama City Republic of Panama

JOSE IGNACIO BERBECI
Av Alvear 1917, 3ro
Recoleta
CABA 1129
Argentina

Jose Ismael Gonzalez Da Silva
Urb. Caribay Solares Del Carmen Calle
Caribay PRCL
No. 38 PS. Caracas, Miranda, Venezuela
zip code 1081
Venzuela

Jose Manuel Camacho Baptiste
Cra 4# 70-68
Bogota
Colombia

JOSE MARIA ACOSTA
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

JOSE MARIA DI PAOLA
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Jose Pablo Maauad Ponton &
Susana Frederica Rodriguez Valdez
CLL Euripidies 102 Fraccionamiento
La Moraleja, Pachuca de Soto
HIDALGO, MX 42064

Jose Pablo Maauad Ponton
Sofocles 404, Fracc. La Moraleja
Pachuca, Hgo. Mexico
42060

Jose Perelmuter
1667 Costa Ria Suite 213
Montevideo
Oriental Republic of Uruguay 11500

JOSE SONO FLORES Y/O PATRICIA
MARTIN TEIXIDOR
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU

JOSEFA PULICHINO
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

JOSEFA PULLICHINO
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Josephine Rogers Jackson
Av Gastn Hamel 250. Dp 62.
Reaca. Via del Mar.
Valparaso.
Chile.

Jotavis Investments Ltd
Zonamerica Ruta 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

JUAN AGUSTIN PICZMAN
Zonamerica Ruta 8 Km 17.500, Edificio
Celebra 703
MONTEVIDEO
URUGUAY

JUAN CARLOS ACOSTA & SIMONE LEJOUR
Business Park Torre V Piso 15 Quest
Avenida de la Rotonda Costa del Este
Panama City, Republic of Panama

JUAN CARLOS PALACIO BUENAVENTURA
& NATALIA OSORIO
Calle 238 No. 55-65 Interior 4 San Simon
Bogota
DC
Colombia

Juan Carlos Timeus Rodas
Avenida Las Americas 20-47 zona 14, Guat
01014

JUAN CARLOS TRIGO
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

JUAN CARLOS TRIGO
Ruta 8 Km 17500 Zonamerica Edif ©1 Of 109
91600 Montevideo Uruguay

JUAN E GANDULIA DE CESARE & EILEEN
BENNET OLIVERA
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Juan Eugenio Farina & Maria Paula Farina
2282 Juncal 8th Floor Apt. 801
Autonomous City of Buenos Aires
Argentine Republic

Juan Eugenio Farina & Vilma Maria Celina Salas
2282 Juncal 8th Floor Apt. 801
Autonomous City of Buenos Aires
Argentine Republic

Juan Francisco Blanco
Avenida del Libertador 742 5A
Vicente Lopez, Buenos Aires
Argentina

Juan Francisco Roza Alconada
2953 Piso 5 Capital Federal
Buenos Aires 1425 ARG

JUAN GABRIEL MARTINEZ
RAMBLA REP DE MEXICO 6571
MONTEVIDEO
11500
URUGUAY

JUAN I TILBE & MARIA ARBALLO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Juan J Sedeno
25219 Kuykendahl Rd
Suite 260
Tomball, TX 77375

Juan Jose Etala Martha Beatriz Argimon
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aire (CP1670)
Argentina

JUAN JOSE SOLARI MANTEGAZZA &
MARIA RITA OTEGUI
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

JUAN JOSE TANGARI
Del Caminante 20, Puerta Norte 1, Of. 214
Nordelta, Tigre
Buenos Aires 1670
Argentina

Juan Kurtz & Natali Kurtz
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Juan Lartirigoyen
Ruta 8 km 17500
Edificio @1 of 001
Zonamerica
Uruguay

JUAN M ALBACETE GOMEZ & CRISTINA M
MARTINI NUNEZ
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Juan Manuel Nogueira
Santiago del Estero 478, 3ro Derecha
Ciudad Autonoma de Buenos Aires, Argentina
CP 1075

Juan Manuel Velez Giraldo
Colibri 14
Valle De Bravo
Mexico
Mexico

Juan Pablo Crane
Cr I9 # 89-16
apt 605
Bogota, Colombia, 110221

Juan Pablo Guyot
Avenida General Las Heras 1965.12B
Buenos Aires (C1127AAN)
Argentina

Jubilee Place Holdings, Inc.
Calle 87 #12-11, apt. 304
Bogota DC
Colombia

JULIAN R HERRERO & MARIA FERNANDA
MALDONADO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Julio Alberto Pepe
Gral Urquiza 747 -Acassuso
San Isidro
Argentina

JULIO CESAR ANTOGNINI
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

JULIO FEDERICO GEMELLI BRIOZZO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Julio Scop
Fendi Chateau. Rambla Claudio Williman,
Parada 17.
Punta del Este
Maldonado, Uruguay. CP. 20100
Uruguay

Juvach Corp.
Yann Bertin
c/o KNB Partners
60 Broad Street, Suite 3502
New York, NY 10004

Juvach Corp.
Yann Bertin
KNB Partners
60 Broad Street, Suite 3502
New York, NY 10004

KADOKA
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO, 91600
URUGUAY

KALTER LIMITED
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO. 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

KALTER LIMITED
ENEAS ASESORES SAC
LOS CASTAOS 430, DPTO 201, LIMA15076, PER
CONTACT: FRANCESC MARTIN, GENERAL MANAGER

Kalter Limited
Vanterpool Plaza, 2nd Floor
Wickhams Cay 1- Road Town
Tortola
BRITISH VIRGIN ISLANDS

KANEKO
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO 91600
URUGUAY

Karen Eslava Schmidt-Mumm
3675 N Country Club Dr
Apt 1505
Aventura, FL 33180

KAYSEE INTERNATIONAL LTD
6716 MONES ROSES. APTO 001
Montevideo
Montevideo, Uruguay. CP 11500
Uruguay

Kekst and Company Inc.
437 Madison Ave
37th Floor
New York, NY 10022

Kekst and Company
437 Madison Ave
37 Floor
New York, NY

Kekst and Company, Inc.
DBA Kekst CNC
437 Madison Ave.
37th Floor
New York, NY 10022

KILKA CORP
WTC Free Zone - Dr. Luis Bonavita 1294 of 1101
Montevideo
Montevideo
Uruguay

Kilpatrick Townsend
The Grace Building #21,
1114 6th Ave,
New York, NY 10036

Laura Isabel Cardelli
Aquilino La Guardia y Avenida Balboa offc. 2906
Panama City
Panama

Laura Marcela Pietrafesa Camano
471 Rambla Gandhi. APT: 701.
Montevideo
Montevideo, Uruguay.
Uruguay

Laura Susana Palermo
Av. Del Libertador 742 5A
Vicente Lopez, Bs As. Argentina

LEAF FINANCIAL CORPORATION
P.O Box 644006
Cincinatti, OH 45264

Leandro Martin Sottosanto
674 Antonio Beruti
Banfield
Province of Buenos Aires
Argentine Republic

LEGUIZAMO ORTEGA Y CIA SENC
CARRERA 12 90-19 OF 201
BOGOTA
D.C.
COLOMBIA

Lennon Universal Co, S.A.
Calle 50 y 57 Este P.H, Piso 4
P.O. Box 0823-01040
Panama City, Panama

Lennon Universal Co. S.A.
Paola Gonzalez Vargas
Calle 50 y 57 Este. P.H., Piso 4
P.O. Box 0823-01040
Panama City, PANAMA

Lennon Universal Co., SA
Calle 50 y 57 Este, PH, Piso 4
P.O. Box 0823-0104
Panama City, Panama

LEONARDO FRANCISCO ARAGONE
RAWSON 1457 5 A
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

Leopoldo Jose Gomez Pemia
Av La Cumbre, Calle A6
La Lagunita, Caracas, Venezuela
(1060)

LECI INVESTMENTS PTE. LTD.
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIAL
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Lennon Univeral Co, S.A.
Calle 50 y 57 Este, P.H.
Piso 4 -- P.O. Box 0823-01040
Panama City
PANAMA

Lennon Universal Co. S.A.
Paola Gonzalez Vargas
Calle 50 y 57 Este. P.H.
Piso 4
P.O. Box 0823-01040
Panama City, PANAMA

Lennon Universal Co., SA
Calle 50 y 57 Este, P.H, Piso 4 P.O. Box
0823-0104
Panama City, Panama

Leon Carlos Arslanian
1934 Avenida Alvear
Ciudad Autonoma de Buenos Aires
Buenos Aires
Argentina

Leonardo Julian Salazar Mijares
8887 SW 172 ay.
Apt. 617
Miami, FL 33196
calls la fronda, resd. mirador, dpb1, urb.
Oripoto

Leopoldo Jose Gomez Pernia
Av La Cumbre, Calle A6
La Lagunita, Caracas, Venezuela
(1060)

Leopoldo Jose Gomez
Pernia Av La Cumbre, Calle A6
La Lagunita, Caracas, Venezuela (1060)

Leopoldo Uprimny
Calle 136#74-11 Casa 101
Bogot
Colombia

Leopoldo Uprimny
Calle 136#74-11 Casa 101.
Bogot
Colombia

Lili Ponce de Leon Mendoza
Av Popocatepetl 187 -- A601
Mexico, CDMX 03310

Lili Ponce de Leon Mendoza
Av Popocatepetl 187--A601
Mexico, CDMX 03310

Lili Ponce de Leon
Mendoza Av Popocatepetl 187--
A601 Mexico, CDMX 03310

LILIANA BEATRIZ DE MICHELI CARLOS
ALBERTO GARCIA
AV OLAZABAL 5244, PISO 4, DPTO 7 CABA
ARGENTINA

LILIANA E SOTO
VIA AURORA 9811 DPT. 11
VITACURA
SANTIAGO
CHILE

LILIANE CHOSSERIE
AV SAN FELIPE
RES SAN FELIPE APTO 14-B
CARACAS 1060
VENEZUELA

LILLIE WALK LTD.
Del Caminante 20, Edificio Puerta Norte 1, Of 214
Original Entered
Nordelta, Tigre
Buenos Aires CP.1670
Argentina

LILLIE WALK LTD.
Del Caminante 20, Edificio Puerta Norte 1, Of
214
Nordelta, Tigre
Buenos Aires CP.1670
Argentina

Liquid LP
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Boca Raton, FL 33432

Liquid LP
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

Liquid LP
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

Lisicki Litvin & Asociados
25 de Mayo 555
13th Fl.
Buenos Aires
ARGENTINA

Llamarguiellu SL
25219 KUYKENDHAL RD SUITE 260
TOMBALL, TX 77375

Llih SA
25219 KUYKENDAHL RD
260
TOMBALL, TX 77375

lnishowen Capital Holdings Limited
c/o Tyler Doherty
1/D 68 Hollywood Road Central
Hong Kong SAR

LOMAS LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

LOPEZ MARTUCCI PEDRO VIRGILIO
RAWSON 1457 5 A
MAR DEL PLATA 7600
BUENOS AIRES
ARGENTINA

LORITA BOLDRINI ZANOBINI Vda DE
CHANG y/o LUIS CHA
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

LOSANI HOLDINGS LTD
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

LUCA GLOBAL CORP
AQUILINO DE LA GUARDIA STREET NO 8
IGRA BUILDING PO BOX 0823-02435
PANAMA CITY, PANAMA

LUCIA IRENE PEREZ MORALES
PLAN DE SAN LUIS 484
COLONIA NUEVA SANTA MARIA
AZCAPOTZALCO, CIUDAD DE MEXICO
MEXICO

Luis Alberto Vasquez Madueno
Av Grau 651 Dept 601
Miraflores, Lima, Peru

Luis Alberto Vasquez
Madueno Av Grau 651 Dept 601
Miraflores, Lima, Peru

LUIS ALFREDO WADSKIER GUTIERREZ
CRA. 55 #82-227
BARRANQUILLA
ATLANTICO
COLOMBIA, 080020

Luis Andres Gomez Galiano
Carrera 23 # 118 - 70 Edificio Denver Apt 301
Bogota D.C. - 110111
Colombia

LUIS ARTURO WEHBE
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Luis Caftan
Mark Minuti, Esquire
Saul Ewing Amstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Luis Cattan
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Luis Cattan
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Luis Cattan
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box
Wilmington, DE 19899

Luis Cattan
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Luis Eduardo Caballero
Calle 90 No.13-30 Apto 301
Bogota DC

Luis F Reverter
Ladera 20, casa 10
Lomas de Bezares, 11910
Alcaldia Miguel Hidalgo, CDMX,
MEXICO

Luis Goncalves Faria
FS Advisors - Edificio @1 Oficina 202
Zonamerica Ruta 8 km 17500
Montevideo Uruguay

LUIS HECTOR BARAIBAR IBANEZ &
LEANDRO BARAIBAR
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Luis Sobrino
Comisa 750, Dpto 623, Concn, Chile
Chile

LUIS VICTORIO SBERTOLI
2745 Salguero Piso 4 43-44
(1425) Ciudad Autnoma de Buenos Aires
Ciudad Autnoma de Buenos Aires
Repblica Argentina

Luis West
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay

LUISA RAMIREZ UGARTE
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Lumaran Corporation
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

LUZ GARZON and EDGAR TANGARIFE
TRANSVERSAL 56 # 106 A 59
BOGOT D. C.
COLOMBIA

Luz Marian Lopez Torres
Carrera 18 No. 123-03, Apartamento 302
Bogot D.C.
Cundinamarca
Colombia

LW Hospitality Advisors LLC
200 W 41st St
Suite 805
New York, NY 10036

M Investments LP
c/o Samuel Marcuschamer
0 Mex Prolongacion B de la Reforma
1813 Interior 1305 Mexico City 0510

M Investments LP
Samuel Marcuschamer
0 Mex Prolongacion B de la Reforma
1813 Interior 1305 Mexico City 0510

Magali Ariana Giunta
736 Enriqueta Schmidt
Santa Rosa, CP 6300
La Pampa
Argentina

Magnum Corporation
Fany Lucy Martinez Buenaventura
CALLE 94#7a-47 Apto 1007
Bogota, Colombia

Magnum Corporation
Fany Lucy Martinez
Buenaventura CALLE
94#7a-47 Apto 1007
Bogota, Colombia

Maja Group Services Corp.
Enrique Zichlin
Hunkins Waterfront Plaza, Suite 556
Main Street
Charleston, Nevins

Maja Group Services Corp.
Enrique Zichlin
Hunkins Waterfront Plaza, Suite 556,
Main Street
Charlestown, Nevins

Maja Group Services Corp.
Enrique Zichlin
Hunkins Waterfront Plaza, Suite 556, Main Street
Charlestown, Nevins

MANDARIN STREET LTD.
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta,Tigre
Buenos Aires 1670
Argentina

Manuel Pereira Cuadrado
1391 Yaguaron 301
Montevideo
Montevideo
Uruguay

Manuel Pisa Muntane & Christine Marie
Pascual Par
Manuel Pisa Muntane
L'Emancipacio 20 62. 08022
Barcelona, Spain

Manuel Pisa Muntane & Christine Marie
Pascual Par
Manuel Pisa Muntane
L'Emancipacio 20 6-2. 08022
Barcelona, Spain

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19889

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19889

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Marcela & Gabriela Terrazas Zambrana
Condominio Las Magnolias 3, casa K5A
Cochabamba, Bolivia

Marcela Guerrero
Calle 131 # 77- 80. Apt 401
Bogota - Colombia
Bogota-Colombia

Marcella Reyes LLC
Avenida 4ta N #3-20
Centenario Cali,
Colombia

Marcelo Alejandro Pacquola
411 Lafayette Street, New York
New York ( 10003)
New York, NY 10003

MARCELO ALFREDO CHIAPPE (& FAMILY)
AVE. PUEYRREDON 2096, PISO 5to DEPTO 20
CIUDAD AUTONOMA DE BUENOS AIRES
CABA
ARGENTINA

MARCELO GHIGLIONE, M GHIGLIONE and
M GHIGLIONE
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

MARCELO ORTEGA
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Marcelo Pera
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Marcelo Reynaldo Mendez & Claudia Burelli
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

MARCELO SIEDLAREK
800 Brickell Ave., Suite 502
Miami, FL 33131

MARCELO WALTER PINCIROLLI
RAMBLA REP DE MEXICO 6571
MONTEVIDEO
11500
URUGUAY

MARCO ANTONIO ALVAREZ FERNANDEZ
JARDIN DELOS JAZMINES 101 COL
LOMAS DE GRAN JARDIN
LEON
GUANAJUATO
MEXICO

Marco Chiossone
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Marcum LLP
1601 Market Street 4th Floor
Philadelphia, PA 19103

Marcum, LLP
750 Third Ave
11th Floor
New York, NY 10017

Marcum, LLP
750 Third Ave., 11th Floor
New York, NY 10017
Maria Carolina Orozco
Calle 138,11B- Apto 1107

Margarita R. Arbelaez
Calle 140 # 6-40
Edificio Aposentos 6 Apt. 701

Maria Alejandra Alvarez Tola
Jr. Cerros de Camacho 335 Dpto 301
Santiago de Surco 15023

MARIA ALEJANDRA TRUJILLO
CALLE A3-2 DE LA LAGUNITA
QUINTA SAN ANDRES
CARACAS 1083

Maria Amelia Castellanos de Rodriguez
Calle 67 #62-04
Bogota
Cundinmarca
COLOMBIA

MARIA ANGELA PERPERE
YAGUARON 1813 CASILLA 401
MONTEVIDEO 11800
MONTEVIDEO
REPUBLICA ORIENTAL DEL
URUGUAY

MARIA ARMONIA VARAS ACEBAL,
MARCELA GONZALEZ &/O A
Zonamerica Ruta 8 Km 17.500 Celebra - 703
MONTEVIDEO, 91600
URUGUAY

MARIA ARMONIA VARAS ACEBAL,
MARCELA GONZALEZ &/O A
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO
URUGUAY

MARIA ATHENAS RAMOS ESCALANTE
CRA. 1 ESTE #72A-25
BOGOTA
CUNDINAMARCA
COLOMBIA

MARIA BENAVIDES FERREYROS
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

Maria Carolina Orozco
Calle 138
11B- Apto 1107
Bogota
Colombia

Maria Cecilia Belardi Thompson
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Maria Claudia Guerrero
calla 131#77-80
Bogota-Colombia

MARIA CRISTINA ZANONI BELLO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Maria de las Mercedes Tobar
Calle 127 c Bis No 7-20
Bogota
Colombia

MARIA DEL CARMEN NAVAS DE
RODRIGUEZ
BARUTA SAN LUIS AV PRINCIPALPARQUE
SAN LUIS
PISO 4 APT 43, CARACAS MIRANDA,
VENEZUELA 1061

MARIA DEL HUERTO IMELDA ALVAREZ
BARBOSA
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Maria del Pilar Alvarez Tola
Calle Monte Flor 670 Int 302
Urb. Chacarilla del Estanque,
Lima, Peru

Maria del Pilar Sada and Cristina Landaluce
Avenida Los Senderos
Urbanizacion Alto Prado
Caracas Miranda
Venezuela

Maria del Pilar Saucedo del Campo
498 Broome St
Apt 3
NY, NY 10013

Maria E Galan
25219 Kuykendahl Rd
Suite 260
Tomball, TX 77375

MARIA ELISA CAMACHO BAPTISTE
CALLE 72A BIS # 1B-77 ESTE
BOGOTA
BOGOTA DC
COLOMBIA

MARIA FERNANDA MARTINEZ DIAZ
DIAGONAL 92 # 1-72 ESTE
BOGOTA
COLOMBIA

Maria Graciela Conte
O'Higgins 2278
1428 CABA
Argentina

MARIA GUADALUPE ARSLANIAN
3752 AVENIDA DEL LIBERTADOR
CIUDAD AUTONOMA DE Buenos Aires
Buenos Aires
ARGENTINA

Maria Ines Jovita Tellez
Aquilino La Guardia y Avenida Balboa
Off, 2906
Panama City
Panana

Maria Laura de Lillo
2020 Castaneda 16th Floor Apt. 02
Autonomous City of Buenos Aires
Argentine Republic

Maria Laura Echeverria
4929 Magarios Cervantes APT#1 12
Ciudad autonoma de Buenos Aires
Argentina

Maria Laura Morales & Maria Andrea
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay
Morales

Maria Luisa La Rosa
Arenales 3519 - 8 Piso CP
Buenos Aires, Arg 1425

Maria Luisa La Rosa
Arenales 3519 - 8 Piso CP
Buenos Aires, Arg 1425

Maria Luisa Silva Di Geronimo
Calle Los Jardines Conjunto Residencial
Los Chorros Piso5 Apt 5e
Caracas Venezuela

MARIA MAGDALENA SEVILLA BRITOS,
MARCOS RODRIGO SEV
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

MARIA MERCEDES MOSCA SOBRERO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Maria Mercedes Roccatagliata
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

MARIA S ABREU DUFAU & JORGE D
NAPOLEONE SETI
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

MARIA SUSANA ABREU DUFAU and JORGE D
NAPOLEONE
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
URUGUAY

Maria Teresa Fernandez Herrasti
Priv Lomas del Mar 25 Fracc
Club Deportivo, Apt 401
Acapulco de Juarez, Guerrero, MEX
39690

Maria Teresa Villaveces
350 NE 24th Street
Miami, FL 33137

Mariana de Virgiliis
2767 Pasaje Stephenson
San Isidro
Province of Buenos Aires
Argentine Republic

MARIANA GULMINELLI
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

MARIA ROCIO ULLOA ARTECHE
PASEO DE LOS PARQUES , CALLE 14,
CASA 42
ALCOBENDAS 28109
MADRID
SPAIN

MARIA SERRANA PALMA PASSARO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Maria Teresa Fernandez Herrasti
Priv Lomas del Mar 25 Fracc Club
Deportivo,Apt 401
Acapulco de Juarez, Guerrero, MEX
39690

MARIA TERESA GAVINA
ARMENIA 1929
CABA
BUENOS AIRES
ARGENTINA, AR 1425-1425

Maria Victoria Ruiz De Velasco Martinez
ERCILLA
Guadalquivir 22
28002 Madrid
Spain

Mariana del Azar
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Mariana Pinto Escandon &
Benjamin Benja Lezama
Sierra Amatepec 259 Lomas de Chapultepec
Mexico City, Miguel Hidalgo MEXICO
11002

Mariana Pinto Escandon &
Benjamin Benja Lezama
Sierra Amatepec 259 Lomas de Chapultepec
Mexico City, Miguel Hidalgo
MEXICO 11002

MARIANO FACUNDO PABON IVALDI
AV. LOS LITRES 500 CASA 015
SANTIAGO
CHILE

Marilyn & David Cohen
15421 S.W. 79th Ave.
Palmetto Bay, FL 33157

Marina Roccatagliata
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

Mario Augusto Miguel Brescia Moreyra
Miguel De Cervantes 260
Lima 27 Peru

MARIO GABRIEL COHEN KICHIK
SCALABRINI ORTIZ 2886 4-01
BUENOS AIRES (1425)
ARGENTINA
ARGENTINA

MARIO LEONARDO HEKIER, SILVIA
BEATRIZ DIACOVETZKY,
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Mario Rodolfo Kenda Zevallos
Lerida 417 y Pontevedra Sector La Floresta
Quito, Ecuador

MARION RUTH FRAENKEL WILUZANSKI
390 By General Artigas, Apt 402
Montevideo
Montevideo, Uruguay
Uruguay

MARION RUTH FRAENKEL WILUZANSKI
390 By General Artlgas, Apt 402
Montevideo
Montevideo, Uruguay
Uruguay

MARTA MARIA CASTRONOVO
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

MARTA MARIA GOYA ARTECHE
CALLE ALCANTARA, 35- 5 G
MADRID 28006
SPAIN

MARTHA E BORBONET & LEANDRO
BARAIBAR BORBONET
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Martha L Montenegro
Calle 100 8A - 49 Torre B Oficina 1006
Bogota, Colombia

Martha Luz Felix Munoz
Sierra San Diego 2706
Chihuahua
Mexico

Martin Antonio Scocco/Maria Andrea Scoccia
Av Del Libertador 742 Piso 5'A'
Vicente Lopez - CP 1638
Buenos Aires
Argentina

Martin Barzi & Maria Florencia Devoto
1540 Posadas Floor 8 Apt. 23
Autnomous City of Buenos Aires
Argentine Republic

Martin Bejar Cynowicz
3287 Echevarriarza. Apt: 502
Montevideo
Montevideo, Uruguay
Uruguay

Martin Cruz Dubourg
Catamarca 2776
Olivos, Buenos Aires, 1636 ARG

Martin Cruz
Dubourg Catamarca
 2776 Olivos, Buenos Aires,1636 ARG

MARTIN FELIX UBALDI
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

MARTIN MIGUEL EANDI, PABLO LUIS
EANDI, JUAN PABLO
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Martin Nijensohn and Diana Judith Kuras
1520 La Pampa 2A
Buenos Aires 1428
Argentina
Argentina

MARTIN TEIXIDOR PATRICIA MONSERRAT
Y/O BARHUMI MAA
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA- 15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

Massimo Caputo
Calle 8A ave 5 los palos grandes chacao
Caracas
Edo Miranda
Venezuela

MATECAR LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

Matias Jose Di Benedetto
5718 Manuela Pedraza, 4
CABA, CP1431
CABA
Argentina

MATTERA DIEGO SEBASTIAN
RAMBLA REP DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Mauricio Alberto Campillo Orozco
& Monica Velencia Velez
Calle 12 No. 10-240- Parcelacion
El Monte, Casa 56, Medellin
Antioquia, COLOMBIA

MAURICIO ALBERTO CAMPILLO-MONICA
VALENCIA VELEZ
12 ST # 10-240 CASA 56
MEDELLIN
ANTIOQUIA
COLOMBIA

Mauricio Vallecilla de la Espriella
Calle 12 # 126-35 Casa 2
Cali
Valle del Cauca
Colombia

Mauro Medvetkin
1186 Sarmiento
San Isidro
Province of Buenos Aires
Argentine Republic

Mauro Mendlowicz Burstein
2320 Eduardo Garcia de Zuniga
Montevideo
Montevideo, Uruguay
Uruguay

MAXISECURITIES LTD
Sea Meadow House
Tortola Road Town
Sea Meadow House Tortola
Bristish Virgin Islands

Mayara Investments Ltd.
Zonamerica Ruta 8 Km 17500
Edificio T 1 Of 109, Montevideo Uruguay
91600

Megafin Inversiones, C.A
Avenida Francisco de Miranda
Caracas
Estado Miranda
Venezuela

MEJIA JARAMILLO & MARIA
TERESA JARAMILLO
Business Park Torre V Piso 15 Quest
Avenida de la Rotonda, Costa del Este
Panama City, Republic of Panama

Melsonby Enterprises Ltd.
Gavilan 45 - Piso 6 Departamento E
1406 - Ciudad Autonoma de Buenos Aires
Argentina

Mercedes Eugenia Defferrari
Bulnes 2757 Floor 1
1425 Buenos Aires
Argentina

MERCEDES MARIA BREZZO
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

Michelle Bridget Howard & Yuen Howard
Chicgao Standard
1 Jervois Close
Unit 02-01
SINGAPORE- 249115

Michelle Bridget Yuen Howard
03-10 Clydesview
16A Jervois Lane
Singapore, Singapore 159192

Michelle Bridget Yuen Howard
03-10 Clydesview
16A Jervois Lane
Singapore, Singapore 159192

Michelle Denimal
Attn: Rosemberg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Aventura, FL 33180

Michelle Denimal
Attn: Rosemberg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Miami, FL 33180

Miguel Angel Lambre & Marta Canovas
785 Crandon Blvd. #201
Key Biscayne, FL 33149

Miguel Cadena
Calle 22N #6N-39
Cali
Colombia

Miguel Diego Morales
553 Av Belgrano, Office 5 Q
Buenos Aires
Buenos Aires
Argentina

MIGUEL GONZALEZ-TEJA ZACHRISSON
Antigua Caretera a El Salvador K.m. 9.5
Cruce a San Jorge Muxbal, Restaurante La Plsta
Guatemala, Guatemala, Santa Catarina
Pinula
Guatemala, Guatemala

Miguel Neira
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

MII HURON HOLDING S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

MII HURRON HOLDING S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

MILTON INTERNATIONAL SERVICES Ltd.
RAMBLA REPUBLICA DE MEXICO 6517
OFICINA 06
CODIGO POSTAL 11500
MONTEVIDEO
URUGUAY

Mineral King LTD
1167 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

MIRALT INVESTMENTS PTE. LTD.
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Miren Nekane Ichazo de Raso
Ctra El Hatillo, Cong. Res. Mediterraneo,
Eda. Hidra, Piso 15, Apt 153
Caracas - Miranda 1083

Miri Leshem Trust
11301 W. Olympic Blvd., #545
Los Angeles, CA 90064

MIRIAM GRACIELA MARIA GARCIA
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEo
URUGUAY

MM 2095 CO. LTD.
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

MM 2095 CO. LTD.
Ruta 8 Km 17500 Zonamerica Edif ©1 Of 109
91600 Montevideo Uruguay

MM HURON HOLDING S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

MM HURON HOLDING S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

MM HURRON HOLDING S.A.
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway, Suite 203
Boca Raton, FL 33432

Moca & Partners LP
Gabriel Jinich
Suite 800, Wildeboer Dellelce Place
365 Bay St.
Toronto Ontario M5H2VI Canada

Moca & Partners LP
Gabriel Jinich
Suite 800, Wildeboer Dellelce Place,
365 Bay St.
Toronto Ontario M5H2VI Canada

Modesto Holdings Corp.
Gabriela Zichlin
Hunkins Waterfront Plaza, Suite 556
Main Street
Charlestown, Nevins

Modesto Holdings Corp.
Gabriela Zichlin
Hunkins Waterfront Plaza, Suite 556
Main Street
Charlestown, Nevis

Modesto Holdings Corp.
Gabriela Zichlin
Hunkins Waterfront Plaza, Suite 556,
Main Street
Charlestown, Nevins

MOISES AVELAR DE LA LLAVE
AVENIDA GOMEZ MORIN 2111 P3 TORRE
KERKUS

Moises Rosenberg
Aquilino La Guardia y Avenida Balboa
Off 2906
Panama City
Panama

MOLINA GRISALES ROSA MARIA DEL
PILAR
Clay 3082 Piso 3B
Buenos Aires
Argentina

MONICA DEL CARMEN LOPEZ ALVAREZ
LOS ROSALES 21
BARRIO LAS FLORES, CHICUREO
COLINA, SANTIAGO
CHILE

MONICA NAIDICH KAC
Emporda 4 Bajo Begues
Barcelona
Barcelona, Spain. CP. 08859
Spain

MOON INTL LTD
Zonamerica Ruta 8 Km 17.500 Celebra - 703
Montevideo
Uruguay

MOTALA TRADE CORP
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

MQN LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

Murchieson Investement Trading (Scotland) Partners
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Murchieson Investement Trading (Scotland) Partners
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

Murchieson Investement Trading (Scotland)
Partners
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Murchieson Investement Trading (Scotland)
Partners
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

MYRIAM NANCY COLARTE ZARZA
LOS CIPRESES 207 1627
BUENOS AIRES
BUENOS AIRES, ARGENTINA
Argentina

NANCY ELISABETH POLITE HADID
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

NANCY GUERRERO
CALLE 131 # 77-80
BOGOTA, COLOMBIA
COLOMBIA

Nancy Ingrid Pezzarossi Barrera de Calderon
Km. 15.5 Carretera a El Salvador
Edificio Plaza Concepcion, Oficina 5E
Santa Catarina Pinula, Guatemala,
Guatemala

NATALIA G MOSCUZZA
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

NATALIO HUPERT
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO
URUGUAY

Nelly Maria B. de Paramo & Rita de Paramo
Jr. Baca Flor 351, Magdalena del Mar
Lima 17, Peru

Nelson Mullins Riley & Scarborough LLP
280 Park Ave
15th Floor
New York, NY 10017

Nero Consulting Inc.
90 Church Street, #3105
New York, NY 10008

Nero Consulting
90 Church St
New York, NY 10008

NES Financial Corp
1099 Hingham St
Ste. 200
Rockland, MA 02370

NES FINANCIAL CORPORATE
50 W San Fernando St
San Jose, CA 95113

NESF Fund Services Corp.
Attn: Jill Jones
50 W. San Fernando Street, Suite 300
San Jose, CA 95113

NESF Fund Services Corp.
Attn: Jill Jones
50 W. San Fernando Street, Suite 300
San Jose, CA 95113

NESF Fund Services Corp.
Attn: Jill Jones
50 W. San Fernando Street, Suite 300
San Jose, CA 95113

NESTOR RUBEN TANTARDINI
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

NESTOR WALTER VASQUEZ
AVENIDA 60 N 1036 PISO 9 APTO B
LA PLATA
BUENOS AIRES
ARGENTINA, AR 1900-1900

Nicolas Bedoya Alipaz
Barrio Jardin Latino
Avenida
Pirai Con, Apt. 36
Santa Cruz de la Sierra
BOLIVIA

Nicolas Enrique del Azar
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Nicolas Keglevich
Dr Luis Bonavita 1294 Piso 2 Oficina 218
Montevideo
Uruguay

Nmobiliaria Guacamayas, SA
Percy Rolando Dominguez De Leon
16 Calle 0-55,Zona 10,Edificio Torre
Internacional
Nivel 11, Oficina 4
Guatemaila, Guatemala 01010

Noemi Ema Herrmann
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama (07127)
Panama

Noformat Inc.
495 Broome St.
5th Floor
New York, NY 10013

NORBERTO EZEQUIEL LUONGO
LAVALLE 2594 PLANTA BAJA
LAVALLE 2594, PLANTA BAJA, CABA, ARG,
C1052AAF

Norberto Oscar Dieguez & Silvia Mabel Rodriguez
Barrios Ayres del Pilar- Panamericana Km
43.5
Pilar
Province of Buenos Aires
Argentine Republic

Nordicus Capital
Kungsgatan 35
Sweden
Stockholm

NORKEN CORP
Dr Luis Bonavita 1294 Of 1101
Montevideo CP 11300
Uruguay

NORTEL HOLDINGS INC
AV. ALBERTO DEL CAMPO 411 OF. 501
MAGDALENA, LIMA 15076, PERU

NOVAC HOLDINGS INC
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

NOVAC HOLDINGS INC
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy #203
Boca Raton, FL 33432

NOVAC HOLDINGS INC
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

NOVAC HOLDINGS INC
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

NOVAC HOLDINGS INC.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

NOVAC HOLDINGS INC.
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy 3203
Boca Raton, FL 33432

Nubia Constanza Corredor Clavijo
Carrera 16 No. 82-39

NYFOLL TRADING S.A
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO CP 11300
URUGUAY

ODEL COMERCIAL CORPORATION
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

ODEL COMERCIAL CORPORATION
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

ODEL COMERCIAL CORPORATION
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

OLAFF ABDEKADER PEREZ JAEN
CALL GARCI GONZALEZ EDIF TOYO
OESTE, LA YAGUARA
CARACAS DF
VENEZUELA
VENEZUELA

Opal Ridge Investments Inc
Avenida Libertador Edif. Edifica
Urbanizacion El Rosal
Caracas Miranda
Venezuela

Operadora Kau-Kan
Paseo De La Reforma
2620-602
Colonia-Lomas Altas
Ciudad de Mexico
MEXICO

ORIEL PARTNERS LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600,
URUGUAY

ORIETA DEL PINO SARMIENTO Y/O
ORIETA CHREM DEL PIN
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA- 15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

OSCAR F LAZZERINI BARONA & NELLY S
GUASCO ASENJO
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Oscar Martin Noguera & Silvia Graciela
Sovran
1677 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Oscar Norberto Sueldo & Loma L Gomez Videla
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Oscar Ricardo Bernales Parodi & Maria
Ferreyros
Calle Santa Teresita 169, San Isidro Apt 201
Lima, Peru-L027

OSCAR SPURCHISI
JUAN MANUEL DE ROSAS 1627 P2
ROSARIO ARGENTINA

OTEGUI PABLO ALEJANDRO
RAWSON 1457 5 A
MAR DEL PLATA 7600
BUENOS AIRES
ARGENTINA

Overflod Services Inc.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Overflod Services Inc.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Overflod Services Inc.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

Overflod Services Inc.
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

OVERFLOD SERVICES, INC
1300 N Federal Hwy #203
Boca Raton, FL 33432

OVERFLOD SERVICES, INC.
1300 N Federal Hwy #203
Boca Raton, FL 33432

Pablo Alejandro Asensio y/o Gloria Maria Stoddart
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO 91600
URUGUAY

PABLO ALEJANDRO OTEGUI
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

Pablo Andres Gomez Latorre,
Luz Myriam Perdomo Guzman
CR 21 No. 80-41, Apt, 202
Bogota D.C.
COLOMBIA

Pablo Garcia Arrebola
Calle Aquilino La Guardia y Avenida Balboa
Office 2906
Panama City
Panama

Pablo Lasalle
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Pablo Miguel Marantz
Dorrego 1940
CABA, Argentina

Pablo Miguel Marantz
Dorrego 1940
CABA, Argentina

Pablo Nicolas Pizzani
zonamerica rota 8 km 17500
edificio © 1 of 109, Montevideo Uruguay
91600

Pablo Pizarro
Juan Diaz de Solis 2885
(1640) Martinez
Pcia. Buenos Aires
Argentina

Pablo Spinadel
790 NW 107th Ave., Suite 103
Miami, FL 33172-3159

Pacific Blue Investors Ltd.
Oscar Ricardo Bemales Parodi
Calle Santa Teresita 169, San Isidro Apt 201
Lima Peru-L027

Pacific Blue Investors Ltd.
Oscar Ricardo Bernales Parodi
Calle Santa Teresita 169, San Isidro Apt 201
Lima Peru-L027

Pacific Blue Investors Ltd.
Oscar Ricardo Bernales Parodi
Calle Santa Teresita 169, San Isidro Apt 201
Lima, Peru-L027

Pacific Indemnity Company
c/o Chubb
436 Walnut Street - WAO4K
Philadelphia, PA 19106

PAGANINI JUAN & NUNEZ NATALIA
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

PAGANINI NICOLAS & MOREIRA MIRIAM
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA

Palmas Investments, LP
David Sitt
60 Bloor St. West 9th Floor
Toronto, Ontario M4W3B8 Canada

Pandinavia AG
Industriestrasse 30,
8302 Kloten
SWITZERLAND

Paola Andrea Roccatagliata
WTC Free Zone - Dr. Luis Bonavita 1294 of
1101
Montevideo
Montevideo
Uruguay

PAOLA YADIRA MARTINEZ DIAZ
CALLE 114 # 0-45 APTO 201 TORRE 2
COLOMBIA
BOGOTA, CO 1020-1020

Paracas Investments LLC
Nova Madueno Bailon
780 Allendale Road
Key Biscayne, FL 33149

Paracas Investments LLC
Nova Madueno Bailon
780 Allendale Road
Key Biscayne, FL 33149

Paradigma Group Ltd.
Del Caminante 20 - Puerta Norte 1 #214
Nordelta - Tigre (1670)
Buenos Aires
Argentina

Park Evaluations
3000 Marcus Ave
STE 1E6
New Hyde Park, NY 11042

PATRICIA EUGENIA DELACROIX
COUNTRY CERRO AZUL LOTE 146
EL MANANTIAL
ARGENTINA
ARGENTINA

Patricia Liliana Piva Tod
999 3 De Febrero-5th Floor Apartment B
Autonomous City Of Buenos Aires
Argentine Republic

PATRICIA MARTIN TEIXIDOR Y/O
FRANCESC MARTIN TEIXI
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA- 15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

Patricia Neillands
Isidora Goyenechea 2990 Depto 111
Las Condes
Santiago
Chile

Patricia Teresita Cabanilla de Yrausquin
1309 Winkler Avenue, Apartment 322
Killeen, TX 76542-6480

Patricio de la Barra
Dr. Luis Bonavita 1294, Of 2401
Montevideo
CP 1130
Uruguay

Patrimonio En Fideicomiso Prodigy
348 Camino Real Avenue, Office 801, Torre
El Pilar
San Isidro - Lima, Peru

Patrimonio En Fideicomiso Prodigy
348 Camino Real Avenue, Office 801, Torre
El Pilar
San Isidro, Lima, Peru

PAULA ALICIA FERRARI
2526, Juan Vucetich
CASTELAR,
BUENOS AIRES
ARGENTINA

Paula Gilovich
415 Argyle Rd
#6C
Brooklyn, NY 11218

Paula Gilovich
415 Argyle Rd.
# 6C
Brooklyn, NY 11218

PAULA GUERRERO C
Calle 131 77 80 Apto 301
BOGOTA COLOMBIA

Paula Gutierrez
22 Rue Pierre Leroux
Paris 75007
FRANCE

Paula Peccei & Andreas & Mauro Keller
Sarrniento
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

PEDRO A MANZO
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

PEDRO MIGUEL LORENTI & FABIANA
MARCELA LOPEZ LEON
1740 Coronel Diaz avenue, floor 8 apt. 19
Ciudad Autonoma de Buenos Aires
CABA (1425)
ARGENTINA

PELAYO JIMENEZ DE ARECHAGA & OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Pena Pelada SL
25219 KUYKENDHAL RD SUITE 260
TOMBALL, TX 77375

Peng Wang
Yulong Garden-Zhonglou District
Bldg. 2A- Apt. 2002
Changzhou
JIANGSU CHINA

Pepele Investments LLC
Jose Levy
9130 S. Dadeland Blvd., Suite 1509

Pepele Investments LLC
Jose Levy
9130 S. Dadeland Blvd., Suite 1509
Miami, FL 33156

Perkins Coie
1155 6th Ave
22nd Floor
New York, NY 10036

PFSA Corp
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

PHILIP ROLAND GEDDES DUNCAN
OSCAR NIEMEYER 6363, VITACURA
SANTIAGO
CHILE,
CHILE

PHILIPPELOIC SERGE JACOB
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires 1670
Argentina

Phoenix Equity Corporation Pty Limited
10 Phoenix Lane
Bar Harbor, ME 04609

Pierre Louis Maille
Zonamerica Ruta 8 Km 17500
Edificio © 1 Of 109, Montevideo Uruguay
91600

Pink Sands Beach Ltd.
Zonamerica Ruta 8 Km 17500
Edificio (4) 1 Of 109, Montevideo Uruguay
91600

Plenium Energy SA
630 Carlos F Melo
Vicente Lopez
Province of Buenos Aires
Argentine Republic

PLUMA INTERNATIONAL GROUP, LTD.
LAS TRANQUERAS 2500, APART. 33,
VITACURA
SANTIAGO
CHILE
CHILE

PLUS LIVE ENTERPRISES LTD
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

POLIE GROUP LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Prodigy Network Cono Sur S.A. (Partners
Gonzalo Noguer
Ruta 8 Km 17.500, Edificio 100-local 120
Oficina 103 Zonameica, Montevideo,
Uruguay- 1885944

Prodigyx Designated Activity Company Directors Prodigyx
DAC, 1-2 Victoria Buildings
Haddington Road, Dublin 4, Ireland , D04 XN32

Prodigyx Designated Activity Company Directors Prodigyx
DAC, 1-2 Victoria Buildings
Ha ddington road
Dublin 4, Ireland , D04 XN32

Prodigyx Designated Activity Company Directors
Progigyx DAC, 1-2 Victoria Buidlings
Haddington Road, Dublin 4
Ireland, D04XN32

Puertolas&Robles&Benaglio
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

PUPUI LIMITED
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Puyango SL
25219 KUYKENDAHL RD
260
TOMBALL, TX 77375

Quinta Los Sauces 9, Challapampa, Cerro
Colorado
Arequipa, Peru

Radiant Day LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Rafael Augusto Nadra Bestani
2450 Dorrego 11th Floor Apt. 05
Autonomous City of Buenos Aires
Argentine Republic

RAFAEL DE JESUS ALVAREZ BARRIOS
CLL 127C # 9A 21 ap603
BOGOTA
COLOMBIA

Rafael Pablo Acevedo
LOS CEDROS 1395 SAN ISIDRO
ARGENTINA

RAINSTREET CORP
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

RAMBLA REPUBLICA DE MEXICO 6517
OFICINA 06
(11500) MONTEVIDEO
URUGUAY

RAMIRO CASTILLO MARIN
86, DEL YAGUARETE
BARRIO CASTORES, NORDELTA, TIGRE
PROVINCIA DE BUENOS AIRES
(B1670CBF)
ARGENTINA

Ramon Alvarez Tola
Av. Pezet 895 Dpto. 2001
San Isidro, Lima Peru

Ramon Alvarez Tola
Av. Pezet 895 Dpto. 2001
San Isidro, Lima Peru

Ranieri Ricardo Ambrosio Del Medico
1941 NW 171 Ave
Pembroke Pines, FL 33028

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

RAQUEL SALAMA & OTHERS
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Raquel Zulma Berezovsky Buchalter
Attn: Richard Ormond, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Raquette View Limited
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

Raquette View Limited
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy#203
Boca Raton, FL 33432

Raquette View Limited- Sergio Krajmaini
Center of Commerce//2ndFl
One Bay St., N-3944; Ste. 200B
NASSAU-NEW PROVIDENCE
BAHAMAS

Raquette View Limited- The Standard
Center of Commerce//2ndFl
One Bay St., N-3944; Ste. 200B
NASSAU-NEW PROVIDENCE
BAHAMAS

Raquette View Limited
Attn: Rosemberg Law
David B. Rosemberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Aventura, FL 33180

Raquette View Limited
Attn: Rosemberg Law
David B. Rosemberg, Esq.
Aventura, FL 33180

Raquette View Limited
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Raquette View Limited
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

RASY ASSSETS LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Raul Antonio Abuin
564 General Roca, Piso 5, Deto C
Almirante Brown
Buenos Aires
Argentina

RAUL SANTIAGO RIVAS SERRANO
Rambla Gandhi 211/501,
11300 Montevideo, Uruguay

REBUS IDEAS LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600,
URUGUAY

Red and White Group Corp
2711 S Ocean Dr
Apt 2602
Hollywood, FL 33019

Red Mandurah Ltd
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

RED POTATOES LLC
1090 BIANCA DR NE PALM BAY, FL 32905
US

RED SQUARTZ HOLDINGS INC
Hunkins Waterfront Plaza Main Street
Saint Paul Charlestown
Charlestown
Saint Kitts and Nevis

Reliable Technology & Consulting Sery Corp RTCS
Calle Elvira Mendez No 10
Ultimo Piso
Panama City
Republic of Panama

Riad Chowdhury- The Standard
1 Jalan Kuala
The Morningside/Unit #24-03
SINGAPORE
239639

Riad Chowdhury
Attn: Rosenberg Law
David B. Rosenberg, Esq.
20200 W. Dixie Hwy., Ste. 602
Aventura, FL 33180

Riad Nasrulla Chowdhury
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, PLLC
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, PLLC
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, Esq.
Rappaport Osborne & Osborne, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Riad Nasrullah Chowdhury
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RIAD NASRULLAH CHOWDHURY
Jordan L. Rappaport, PLLC
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RICARDO ANGLES CARPIO & SOFIA
GOMEZ GAMBETTA
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Ricardo Bigio
21200 Point Place, Apt 2102
Aventura, FL 33180

RICARDO CILLONIZ CHAMPIN
4900 NORTH OCEAN BLVD #1110
LAUDERDALE BY THE SEA, FL 33308

RICARDO CILLONIZ CHAMPIN
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RICARDO CILLONIZ CHAMPIN
4900 NORTH OCEAN BLVD #1110
LAUDERDALE BY THE SEA, FL 33308

RICARDO CILLONIZ CHAMPIN
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RICARDO CILLONIZ CHAMPIN
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33308

RICARDO CILLONIZ CHAMPIN
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

RICARDO CILLONIZ CHAMPIN
Jordan Rappaport, Esq.
1300 North Federal Highway #203
Boca Raton, FL 33432

RICARDO CILLONIZ CHAMPIN
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

Ricardo Hernandez Gallego
Homero 824 int 4
Polanco, Miguel Hidalgo, CDMX
11550, MEXICO

Ricardo Mohor
Dr. Luis Bonavita 1294, Of 2401 11300
Montevideo
Uruguay

RICARDO VEGA RUIZ & MARIA CLARA
ANGARITA CONTRERAS
CARRERA 8A # 95-40 APT. 602
BOGOTA D.C. 110221
COLOMBIA

RICHARD FABIAN PARATO
2301 20 E SAN MARTIN
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

Richard Landon Negvesky
656 Penhurst Cir
Longmont, CO 80504

RIVER FISH HOLDINGS LTD
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP 1129

Roberto & Florencia Derosa & Maria Di Pasquo
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

ROBERTO ABEL RING - GRACIELA
LILIANA CHALPERN
AV LAS HERAS 3054 PISO 16 B
BUENOS AIRES
ARGENTINA, AR 1425

ROBERTO ADOLFO GOLDSZER, CLAUDIA
ALICIA AIZEN, JAC
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

Roberto Alfredo Acuto
2449 Juncal, Unit 2 'B'
Buenos Aires
Ciudad Autnoma de Buenos Aires
Argentina

Roberto Eduardo Paz Guendelman
Avda. Kennedy 3480 D 73 Vitacura
Santiago 7630568 Chile

Roberto Eduardo Paz
Guendelman Avda. Kennedy 3480 D 73
Vitacura Santiago 7630568 Chile

Roberto Enrique Quan Woc
KM. 15.5 Carretera a El Salvador
Edificio Plaza Concepcion, Oficina 5E
Santa Catarina Pinula, Guatemala,
Guatemala 01052

Roberto Laviero & Daniel Laviero
4946 Avenida Gaona
Autonomous City of Buenos Aires
Argentine Republic

Roberto Luis Wallis Velutini
8345 NW 66 Street, #D6275
Miami, FL 33166

Roberto Nayib Mateo
2119 DUBLIN
MONTEVIDEO
MONTEVIDEO
URUGUAY

ROBERTO OSVALDO AMAR & LIDIA HAYDEE
KARPA
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

Roberto Pedro Marti Banus &
Ines Cristina Rossolini Dubra
Correa 2682- PB- Dto 2
Belgrano, Buenos Aires
ARGENTINA C1429

ROCIO VANESA PROCEL ROMERO
Jose Plaza S/N y Gonzalo Pizarro
QUITO
PICHINCHA
ECUADOR

RODOLFO GUILLERMO PREGLIASCO
ZONAMERICA, RUTA 8 KM 17500
ED 2 OF 305
MONTEVIDEO 91600
URUGUAY

RODOLFO NORANDO
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Rodrigo Alberto Gomes & Maria Agustina Hernandez
3155 Emilio Lamarca 7th Floor Apt. D
Autonomous City of Buenos Aires
Argentine Republic

ROGELIO SADA ZAMBRANO
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Roger Alfredo Bazan Auza
Calle Guemes No. 4
Santa Cruz, Bolivia

Roger Alfredo Bazan Auza
Calle Guemes No. 4
Santa Cruz, Bolivia

ROLDAN ALEJANDRA THANIA
RAMBLA REP DE MEXICO 6517 11500
MONTEVIDEO
URUGUAY

Rosa Elvira Carletti
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

ROSA MAGALY VARELA CRESPO
CALLE ORINOCO EDIFICIO FEDERACION
MEDICA OFICINA
6-1, LAS MERCEDES, CARACAS
VENEZUELA 1080

ROSA VICTORIA BELLO DE GONZALEZ
5ta Avenida edif Tulipanes 5 apto 5B, Los palos
Grandes, Caracas, Venezuela 1060

ROSINA ELENA BRASESCO LEMA
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Roxana Danus
La Castellana Norte 100 Depto 122
Las Condes
Santiago
Chile

RPTV Group 1 LLC
1517 Pongam Ter
Hollywood, FL 33021

Ruben Eulalio Mora & Maria Amelia Arcagni
1063 Capitan Drury
San Martin de los Andes
Neuquen Province
Argentine Republic

RUBEN OSCAR SOLAVAGGIONE
RAMBLA REPUBLICA DE MEXICO 6517
MONTEVIDEO
11500
URUGUAY

RUBY DE LAS MERCEDES BAENA VELEZ
Calle 127A #13-20
Apto 602 Edificio los Cmbulos
BOGOTA
COLOMBIA

RVM Enterprises, Inc.
525 Washington Blvd
9th Floor
Jersey City, NJ 07310

RYDLEY S.A
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

SABLETODO REAL ESTATE INC. PANAMA
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

SAIMP LLC
Av. Federico Lacroze 2201 Piso 4
1426 C.A.B.A.
ARGENTINA
Argentina

Saint John Business Inc.
Marcello Cuneo
Los Osos 589
Lima, Peru 15026

Salvador Harambour
Jos Gonzalez 0691
Punta Arenas
Magallanes, Chile
Chile

SALVADOR LUIS VENTRIGLIA
ESTOMBA 1747 CASA BSAS, ARGENTINA
ESTOMBA 1747 CASA BSAS,
ARGENTINA

Salvador&MV&ML Ventriglia & MC Cerro
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Sam Sistemas SRL
Azcuenaga 1344 piso 1
C1115AAL
Ciudad Autonoma de Buenas Aires
ARGENTINA

Sam Sistemas SRL
Azcuenaga No 1344 Piso 1
Ciudad Autonoma de Bue
Argentina -C11

Samuel Liberman Mautner
3408 Lamas Luis.
Montevideo
Montevideo, Uruguay. CP. 11300
Uruguay

San Lorenzo Invest Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

SANDAMAJE INVESTMENT LTD
Zonamerica Ruta 8 Km 17.500 Celebra - 703
Montevideo, 91600
Uruguay

Sandra Thalheimer
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay
Uruguay

Sanech Business Limited
Zonamerica Ruta 8 Km 17.500 Celebra - 703
Montevideo
Uruguay

SANRI LLC
11021 SW 88 STREET
L204
MIAMI
FLORIDA, FL 33176

Santiago Garcia Segura
2030 Felgueras
Santa Rosa CP6300
La Pampa
Argentina

Santiago Trull
35 'b' Av del monasterio portal i
Madrid 28049
Madrid
Espana

SARKIS INVESTMENTS S.A.
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Scott Family Superannuation Fund
10 Phoenix Lane
Bar Harbor, ME 04609

Seaside Securities Limited
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

SEBASTIAN FALCO MONAGAS & NORA G
MONAGAS ISRAEL
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

SERAGLOW HOLDINGS CORP
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

SERAGLOW HOLDINGS CORP.
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

SERGIO CORNEO & MONES SIAS
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129+A443

Sergio de Gavronsky & Ana Rivero
Avenida Alvear 1881 9th A
Buenos Aires, Argentina
ZIP 1129

Sergio Fabian Roppel
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

Sergio Fandino & Maria Laura Martinez
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

SERGIO JACOBO POLITE, PATRICIA
NOEMI KLETZKY, ARIE
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

SERGIO LUIS SILBERBERG
ROSARIO NORTE 24 OF. 1
VITACURA
SANTIAGO
CHILE

Sergio Pablo Arbelaiz
1020 Solis
(1648) Tigre
Buenos Aires, Argentina
Argentina

Series 254- The Standard
1221 Brickell Avenue
Suite 1500
Miami, FL 33131

Series 306- Randolph
1221 Brickell Avenue
Suite 1500
Miami, FL 33131

SESTOFIORENTINO CORP
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires (CP 1670)
Argentina

SHARINA MOBIN CHOWDHURY
1300 N. Federal Hwy#203
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
1300 N. Federal Hwy #203
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy, #203
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

SHARINA MOBIN CHOWDHURY
Rappaport Osborne & Rappaport, PLLC,
1300 N Federal
1300 N. Federal Hwy, #203
Boca Raton, FL 33432

Sharlene Taitz
Mark Minuti, Esquire
Saul Ewing Amstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Sharlene Taitz
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Sharlene Taitz
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

Shinkansen Ltd
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama (07127)
Panama

Silk Blossom Intervest Ltd.
Zonamerica Ruta 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

SILU GROUP LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

SILVIA CRISTINA SEOANE
NAZCA 3385 5TO PISO CABA -
ARGENTINA

Silvia Norma Alt
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

Silvia Seone & RN&IM&BP&VS Nabhen
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Silvina Giovanetti & Marcelo & Fabian & Carolina Canavari
1200 Echeverria Lote 226
General Pacheco
Province of Buenos Aires
Argentine Republic

SILVIO FELDMAN
3372 Beruti apt 14 H
Buenos Aires
Buenos Aires, Argentina.
Argentina

Simona Products SA DE CV
Saltillo 3
Col. Hipodromo Condesa C.P.
06170 Delegacion Cuauhtemoc, CDMX
MEXICO

Slippery Elm Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama (07127)
Panama

Sociedad de Inversiones Magata
Flor de azucenas 112 Depto 201
Las Condes
Santiago
Chile

Sofano Alfredo Gomez
4144 El Salvador 5
Autonomous City of Buenos Aires
Argentine Republic

SOFIA LLORENTE
MONTEVIDEO 1740 6D
BUENOS AIRES,ARGENTINA 1021

Solano Alfredo Gomez
4144 El Salvador 5
Autonomous City of Buenos Aires
Argentine Republic

SOLARI ANGELA CECILIA MARIA
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires 1670
Argentina

Somerset Capital Investments LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

SONIA MONTANA ALVAREZ
1214 BAYVIEW WAY
WELLINGTON, FL 33414

Sonic Youth Ltd.
Del Caminante 20 - Puerta Norte 1 #214
Nordelta Tigre (1670)
Buenos Aires
Argentina

Spartz Creative
3445 N Kama Dr
La Porte, IN 46350

Spartz Creative
Dylan Edward Spartz
3445 N. Karma Dr.
La Porte, IN 46350

STARPOINT VENTURES LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

STELLA MARIS SANYAN
INT. BALLESTER 2938, SAN ANDRES BS
AS ARGENTINA

STEPHANE FREYCHET
Caracas - Ambassade
13 rue Louveau
92438 Chatillon Cedex FRANCE

Stephen Rade
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N Federal Hwy, #203
Boca Raton, FL 33432

STRILLING LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

SUDESTADA LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

Sue M. Alper Revocable Trust
3600 Yacht Club Dr.
Apt 1802
Aventura, FL 33180

Sue M. Alper Revocable Trust
3600 Yacht Club Drive
Apt 1802
Aventura, FL 33180

SUNNYCOVER HOLDING SA
2nd Floor Humboldt Tower
East 53rd Street Urb Marbella
Panama City, Republic of Panama

SUNSHINE IDEAS GROUP LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

SUPRIME INTERNATIONAL LIMITED
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

SUSAN ANNELORE CLARKE WINKLER
OTONAL ORIENTE 11880 CASA 17
SANTIAGO
CHILE

SUSANA FIORITO
RAMBLA REPUBLICA DE MEXICO 6517 OF.
06
11500 MONTEVIDEO
URUGUAY

Susana Ines Pontiggia
3231 Avenida Las Heras 4th Floor Apt. 20
Autonomous City of Buenos Aires
Argentine Republic

SUSANA ROSSELL FERRARO
ENEAS ASESORES SAC
LOS CASTANOS 430, DPTO 201, LIMA-
15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

SWEET DOLL LTD
CASTLE COURT COASTAL BUILDING
TORTOLA, BVI

Sweet North Assets Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

TAMARA SANDRA ETHEL FILGUEIRA
587 CALLE 042
LA PLATA
LA PLATA, ARGENTINA. CP 1900
Argentina

TEIGER LIMITED
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

TENAX GROUP LIMITED
Zonamerica, Ruta 8, KM 17.5
Edificio @2 Ofcina 304. CP 91600
Montevideo
Uruguay

TENODA INC
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

The 801241 C TRUST
Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203
Boca Raton, FL 33432

The Blue Swing LLC
629 N. High St
4th Floor
Columbus, OH 43215

THE PLATFORM FOUNDATION
6470 MONES ROSES
MONTEVIDEO
MONTEVIDEO
URUGUAY

Thisbe Giorgina Kaswalder De Uzcategui
Edf. Country P)alace, Apto 4B, Piso 4
Av. Mohedano con 3ra Transversai
Urb. La Castellana, Miranda, Caracas 1060
Venezuela

Thomson Reuters (GRC) Inc
(Refinitiv US
1180 Broadway
New York, NY 10001

Time Advisors, LLC
276 Clara St
San Francisco, CA 94107

Todd Joseph Haselhorst
(ToddGuru, INC)
1551 E 120th St
Olathe, KS 66061

TOMAS IRIARTE & ALFONSO MONASTERIO
VIAMONTE 294, CP 6237
AMERICA
PROVINCIA DE BUENOS AIRES
ARGENTINA

TORINO FIELDS LIMITED
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO 91600
URUGUAY

TOROMIRO INVESTMENTS LLC
11900 BISCAYNE BLVD SUITE 289
NORTH MIAMI, FL 33181

Torrollinos SL
25219 Kuykendahl Rd, Suite 260
Tomball, TX 77375

TRANSITO MARIA GONZALEZ
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC
130 1300 N. Federal Hwy#203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC, 130
1300 N. Federal Hwy #203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC,
1300 N Federa
1300 N. Federal Hwy #203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy #203
Boca Raton, FL 33432

TREKANT INVESTMENTS, INC
Rappaport Osborne & Rappaport, PLLC,
1300 N. Federal Hwy#203
Boca Raton, FL 33432

Triad Professional Services
1720 Windward Concourse
Suite 390
Alpharetta, GA 30005

TRICOLORES DEL ESTE CORP
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Trident Chambers
P.O. Box 146
Road Town, TORTOLA
BRITISH VIRGIN ISLANDS

TRIPLE L CORPORATION
Ronie.Terni@Jbfo.Com; Luiza.Cintra@Jbfo.
Av. Brigadeiro Faria Lima, 4285 10 Floor - SP -
BR

TURQUESA STONE HOLDING CORP
274 Phelps Road
Ridgewood, NJ 07450

TUSER INVESTMENT LTD
Zonamerica Ruta 8 Km 17.500 Celebra, 703
MONTEVIDEO
URUGUAY

UMBRELLA SHELL LIMITED
ZONAMERICA, RUTA 8 KM 17500
ED2 OF305
MONTEVIDEO 91600
URUGUAY

UNSEI S.A
CALLE 53 E URBANIZACION MARBELLA
PANAMA
PANAMA, PA 0000-0000

Ilse Veronica de la Espriella Ramirez
Calle 12 # 126-35, Casa 2
Cali
Valle del Cauca
Colombia

Valma Ines Varela
Av. del Libertador 742 5A
Vicente Lopez, Bs As. Argentina

Valmax Ventures, LLC
Pablo Trench
1201 S. Ocean Dr., #906N
Hollywood, FL 33019

Valmax Ventures, LLC
Pablo Trench
1201 S. Ocean Dr., #906N
Hollywood, FL 33019

Valuar Organizacion De Recursos Humanos
Jeronimo Salguero- 2745
Piso 4
C1425 CABA
Argentina

VERBANIA LTD
Ruta 8 Km 17500 Zonamerica Edif @1 Of 109
91600 Montevideo Uruguay

Verbania Ltd.
Zonamerica Ruta 8 Km 17500
Edificio @ 1 Of 109, Montevideo Uruguay
91600

Vicente L. Troisi / Alicia Fernandez
Zonamerica Ruta 8 Km 17500
Edificio © 1 Of 109, Montevideo Uruguay
91600

VICTORIA CAROLINA TRAMBAUER DIAZ
BVAR ARTIGAS 220 PISO 10
MONTEVIDEO
MONTEVIDEO
URUGUAY

Vinisa Ltd.
Zonamerica Ruta 8 Km 17500
Edificio © 1 Of 109 Montevideo, Uruguay
91600
Uruguay

VITA S GALAN
25219 KUYKENDAHL RD
SUITE 260
25219 KUYKENDAHL RD, 260
TOMBALL, TX 7737

Vivi Blue LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

ViviFlorez Design
75 Ralph Ave
Apt. 3F
Brooklyn, NY 11221

VON-HUE LTD
DR LUIS BONAVITA 1294 OF 1101
MONTEVIDEO 11300
URUGUAY

VORTEX CONSULTORES LTDA
AV. RAUL LABBE 12613 #518
SANTIAGO
CHILE

W3 Communicacion SRL
Carlos Calvo 615 San Tiemo
Buenos Aires
ARGENTINA

W3 Comunicacion S.R.L.
Brenna A. Dolphin
Polsinelli PC
222 Delaware Ave., #1101
Wilmington, DE 19801

W3 Comunicacion S.R.L.
Brenna A. Dolphin
Polsinelli PC
222 Delaware Ave., #1101
Wilmington, NY 10001

W3 Comunicacion S.R.L.
Carlos Calvo 615
Ciudad Autonoma de Buenos Aires
Argentina

W3 USA LLC
19 W 34th St.,
Ste. 1018
New York, NY 10001

W3 USA LLC
Brenna A. Dolphin
Polsinelli PC
222 Delaware Ave., #1101
Wilmington, DE 19801

W3 USA, LLC
19 West 34th St
Suite 1018
New York, NY 10001

Walter Cesar Schmidt
151 Fuerte Lavelle
Vedia
Province Buenos Aires
Argentine

Walter Luis Mendlowicz Rap
1539 Rambla Republica del Peru. APT 903.
Montevideo
Montevideo, Uruguay.
Uruguay+A906

WATERSHEDS EAST LTD
Del Caminante 20, Puerta Norte 1, Of 214
Nordelta, Tigre
Buenos Aires 1670
Argentina

Wave Group Corporation
Roberto Luis Wallis Velutini
8345 NW 66 Street, #D6275
Miami, FL 33166

Wave Group Corporation
Roberto Luis Wallis Velutini
8345 NW 66 Street, #D6275
Miami, FL 33166

WESBRI CORP
Zonamerica Ruta 8 Km 17.500, Celebra 703
MONTEVIDEO
URUGUAY

WEST WINDMILLS CORP
HUNKINS WATERFRONT PLAZA SUITE 556
MAINSTREET CHARLESTOWN
ISLAND OF NEVIS
CHARLESTOWN, NE 00000-0000

Wilma Branger
Avda Ppal de La Lagunita Sector Loma 2 Res
Lagunita Park,piso 2 APTO 21-C
Estado Miranda 1083 Municipio El
Hatillo

Wilma Branger
Avda Ppal de La Lagunita Sector Loma 2 Res
Lagunita Park,piso 2 APTO 21-C Original Entered
Estado Miranda 1083 Municipio El
Hatillo

Wilma Branger Original
Avda Ppal de La Lagunita Sector Loma 2 Res
Lagunita Park,piso 2 APTO 21-C
Estado Miranda 1083 Municipio El
Hatillo

Winston & Strawn LLP
Attn: Carrie V. Hardman
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
Attn: Carrie V. Hardman
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
Attn: Carrie V. Hardman
200
New York, NY 10166

Winston & Strawn LLP
Attn: Carrie V. Hardman
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
MetLife Building
200 Park Ave
New York, NY 10166

WINTERBIRD INTERNATIONAL INC
2nd Floor Humboldt Tower
53rd East Street Urb Marbella
Panama City Republic of Panama

Winthrop & Weinstine, P.A.
225 S 6th St
Suite 3500-
Capella Tower
Minneapolis, MN 55402

Wintson & Strawn LLP
Attn: Carrie V. Hardman
200 Park Avenue
New York, NJ 10166

Wonder Starlet LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

XMC Management LTD
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay 11500

Yeland Ltd
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

Yellow Domine Corp. and Alejandro Celentano
Av del Libertador 5478
Buenos Aires, Argentina

YERMA MARTA PARDO
AV. SUECIA 2561, DPTO. 402,
PROVIDENCIA
SANTIAGO
CHILE
CHILE

YOLANDA DEL CARMEN RUIZ DE GONZALEZ
AVENIDA GOMEZ MORIN 2111 P3
TORRE KERKUS NORTE COLONIA
RESIDENCIAL CHIPINQUE
SAN PEDRO GARZA GARCIA NUEVO
LEON MEXICO
MEXICO

Yves G. de Keersmaeker
El Vivero 13, 22000 La Romana
Dominican Republic

Yves G. de Keersmaeker
El Vivero 13, 22000
La Romana Dominican Republic

Zetakano Ltd.
Zonamerica Ruta 8 Km/17500
Edificio (41 1 Of 109, Montevideo Uruguay
91600

Zhu Zhai Holdings Limited
1/D 68 Hollywood Road
Central
Hong Kong

Zonamerica Ruta 8 Km 17.500 Celebra - 703
Montevideo
Uruguay

Zuklir Trading S.A.
1520 La Pampa 2A
Buenos Aires (CP 1428)
Argentina
Argentina

Andres Valencia
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Binghui Li
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Feng Hao
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Claudia Alejandra Zampieri
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Jing Gao
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Shanling Shui
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Haiyu Wang
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Mariano Nejamkis
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Peng Wang
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Qin Zhang
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Miguel David Atalaya Henao
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Beymax Corp
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Jin C. Tan
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020

Ruirui Ba
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Fernando Tittaferrante
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Georgina Mazzan
DGW Kramer LLP
One Rockeller Plaza, Suite 1060
New York, NY 10020

Maximiliano Gerarduzzi Marcovecchio
1537 San Isidro West 7th House
San Juan, San Juan Argentina

State of NJ, Dept of Labor, Div. of Employer Accts
PO Box 379
Trenton, NJ 08625

Calle 100 8A-49 Torre B
Calle 100 8A-49 Torre B Oficina 1006
Bogota Colombia

Pablo Daniel Panuccio
Adolfo Pedro Carranza 2912
Buenos Aires Argentina

Emily Capkanis
c/o Wigdor LLP
85 5th Avenue, 5th Floor
New York, NY 10033

Guillermo & Patricia Schnitzler
8308 Kelly Drive
Woodridge, IL 60517

RVM Enterprises, Inc.
The Schutzer Group, PLLC
330 Seventh Ave., 15th Floor
New York, NY 10001

Adalberto Munoz F
Camino Del Vergel Casa F9
Ibague
Columbia

International C18 Holdings LTD
25219 Kuykendahl Rd, Suite 260
Tomall, TX 77375

Iversiones La Pinta LTDA
Rosario Norte 555, Piso 5 Oficina 1501
Santiago, CHILE

Inversiones Tadeo SPA
Carmencita 136, Apt 32
Las Condes, Santiago CHILE

Compania E Inversiones Santa Ines
Bandera 84, of 405
Santiago, CHILE

Inversiones Carmel LTDA
Los tuliperos 13129, Apt 222 B1
Santiago, CHILE

Maria Luz Marin Correa
Camino El Aba 10155
Santiago, CHILE

Terranostra SPA
Bandera 84, of 405
Santiago, CHILE

Servicios Medicos Colvin
Las Hualtatas 5951
Santiago, CHILE

Inversiones Colvin & Compania Limitada
Las Hualtatas 5951
Las Condes, Santiago, CHILE

Inversora Uno LTD
Av Americo Vespucio 1751
Santiago, CHILE

Inversiones Longavi Limitada
Avienda El Condor 844, Apt 406
Huechuraba, Santiago CHILE

Maria Teresa Lucia Estevez Marin
Carlos Antuenez 2257, Apt 61
Providencia, Santiago CHILE

Marianela Concha Y CIA LTDA
Alonso De Cordova 5870
of 819, Las Condes
Santiago
CHILE

Domingo Odulio Villanueva Arancibia
Calle 4 Manzana D Sitio 5
Puerto Palo Seco
Calama
CHILE

Rainbow Capital Group LTD
La Concepcion 165
of 501, Las Condes
Santiago
CHILE

Pilar Eugenia Macho Fischer
Roncesvalles 6465
Santiago
CHILE

Carlos Fernandez Ossadey
Av El Golf Lomas De La Dehesa 12315
Lo Barnechea
Santiago
CHILE

Bernardo Antonio Sacchini Bruzual
10574 Stonebridge Blvd
Boca Raton FL 33498

Inversiones Y Asesorias Rupanco SPA
Cerro El Plomo 5855 of 1605
Santiago
CHILE

Futura Imagen LLC
8620 NE 2 Avenue
Miami FL 33138

Martin Alejandro Grosso
Sanchez 2872
Jos Mrmol, Buenos Aires
Argentina

Rentas El Alba Limitada
Las Hortensias 2724
Providencia
Santiago
CHILE

Inversiones Vidal LTDA
Camino El Huinganal 3594
Edificio C, Depto 30
Lo Barnechea, Santiago
CHILE

Carlos Secundino Fernandez Ossadey LTDA
Av Las Condes 10373 of 82
Las Condes
Santiago
CHILE

Damian Komanski
2250 Aguero
Cuidad Autonoma De Bueno Aires
Buenos Aires
ARGENTINA

Juan Sebastian Manuel Ricolfe
Juan b justo 434 4. Fl 20 ap. G.C. (5501) Mendoza
Argentina

Brosrod Capital Inc.
El Ortondo 1188
1642 San Isidro
PCIA, Buenos Aires
Argentina

Alejandro Au Ma
10446 Manderley Way
Orlando FL 32829

Maria Leonor Calvo
Av Santa Maria 5678
Polo Cumbre Depto 91
Vitacura, Santiago
CHILE

Inversiones La Capellania LTDA
Las Encinas 441
Cerillos
Santiago
CHILE

Victor Manuel Vasquez Romero
3640 Yacht Club Drive, Apt. 1905
Aventura, FL 33180

Bartonsville Holdings LTD
25219 Kuykendahl Rd., Suite 260
Tomball, TX 77375

Marcela Catalina Barragan Martinez
Avenida circunvalar No 83-62
Bogota DC
Columbia

Mary Lorena Ordonez Velez
Carrera 18#61-26
Bogota
Columbia

Alejandro Osvaldo Giovanetti
Obispo Terrero 562
(1642) San Isidro
Buenos Aires
ARGENTINA

Samuel Kim
Av Avellaneda 2527 7B- CP1406
Buenos Aires
ARGENTINA

Fernando Acedo Diaz
Calle C, Residencias Mandala Apto D13
Caracas
Municipio El Hattillo Estado Miranda
Venezuela

Catherine Ivonne Ollivier Alanis
Galileo 16 Apt 3
Polanco Chapultepec
CDMX 11560
MEXICO

Pablo Pessino
1226 Aevalo
Lobos Buenos Aires
ARGENTINA

Rodrigo Xavier Avila Larriva
17047 Harpers Way
Conroe TX 77385

Rajneesh Sayal
1 Weinmann Blvd
Melville, NY 11747

Ana Gertrudis Reynolds
CI 93A # 9A-54, Apartment 503
Bogota Columbia

Pimiento 1

Juan Pablo Zerda Amnaya
Km 2 Via Chia Cajica
Hda Fontanar
Pimiento 1
CHIA Cundinamarca
COLUMBIA

FJM Investments LTD
c/o 25219 Kuykendahl Rd., Suite 260
Tomball, TX 77375

Capital G5 LTD
25219 Kuykendahl Rd., Suite 260
Tomball, TX 77375

Maria Margarita Galan Montana
Calle 113 57 20 Ap 205
Bogota
Cundinamarca
Columbia

Gustavo Adolfo Echeverry Lpez
Calle 6a 16-45 urb guyacan de la calera apto 4 04
Medellin
ANT
Columbia

Carolina Ceballos Alvarez
Calle 6a 16-45 urb guayacan de la calera apto 404
Medellin
ANT
Columbia

Claudio Filippo Squeo Porcile
San Pablo 1295 Depto 1503
Santiago
CHILE

ICL Inversiones SPA
Los Laureles 1030 Depto 701
Santiago
CHILE

Inversiones Ibiza S.A.
Ibiza 5692
Santiago
CHILE

Cesar Augusto Jaime & Claudia Leonor Marin
2 Loganberry Way Lower Stondon
Henlow, SG16 6GH
United Kingdom

Maria Paulina Vergara Pica
37 Oriente 1275
Depto 502
Talca
CHILE

Inversionees Santa Casilda SPA
Bandera 84 of 405
Santiago
CHILE

JPMorgan Chase Bank, N.A.
c/o Mark A. Jarman
P.O. Box 29550
Mail Code AZ1-42E3
Phoenix, AZ 85038

Hugo Pablo Bianchi
San Martin 4025
Mar del Plata
Bs As
ARGENTINA

Sociedad de Inversiones EGOA LTDA
Los Guindos 6285
Pealolen
Santiago
Chile

Sergio Andres Salas Andrighetti
ESPOZ 6267
Santiago
CHILE

Eduardo Dolcey Cabas Rosales
Calle 87 #12-50 Apt 602
Bogota
Columbia

Matias Valentin Castellano
Alberdi 919
(3260) Concepcion del Uruguay
Entre Rios
Argentina

Cesar Augusto Vasquez Hernandez
Calle 122A # 53B61
Bogota
Columbia

Miguel Alejandro Brailovsky
Juncal 970 2E
CABA
Buenos Aires
Argentina

Hong Duk Kim
Joaquin V. Gonzalez 1141
Capital Federal - CP1407
Buenosd Aires
Argentina

Maria Fernanda Villamarin Molina
Calle 94 # 18-66 (101)
Bogota Columbia
South America

Rafael H Garcia R/Clara C Calderon De Garcia
Condominio Mocawa Cases De Campo, #64
La Tebaida, Quindio
Columbia
South America
Via Al Valle Desde La Tebaida Km 2,6

Inmobiliaria Loncotraro LTDA
Temuco
CHILE

Cesar Jose Sotomayor Sanchez
Avenida Gomez Morin 211 P3 Torre Kerkus

Lorena Cohen Henriquez
Av Los Jardines Res Kings II Apt 6A
Caracas 1050
DC
Venezuela

Richardo Luis Trevisan Petit
Av Los Jardines Res Kings II Apt 6A La Florida
Caracas
DC 1050
Venezuela

Juan Esteban Pizarro Urrutia
Condominium Santa Maria De Los Lirios S/N
Casa 4-A
Requinoa, Rancagua
CHILE

Racs Investments Ltd
25219 Kuykendahl Rd., Suite 260
Tomball, TX 77375

Gonzalo Martinez
25219 Kuykendahl Rd., Suite 260
Tomball, TX 77375

Luis Alfredo Michelini & Maria Elena Carra
1082, AP 602 Jose Ellauri
Montevideo 11300
Uruguay

Bettina Magdalena Danvila & Juan Victor Clerc
1082, AP 602 Jose Ellauri
Montevideo 11300
Uruguay

Thierry Quirun Villard
La Concepcion 165 of 506
Providencia
Santiago
CHILE

Carlos Abilio Goncalves da Silva - Marilyn Goncalv
Street C5, Res. Caumarie Tepui. House 17.
Caracas
1060

Maritza Di Bartolomeo de Albacete
2120 NW 96 Avenue
Miami FL 33172

Certified Flameproofing Corporation
17 North Ingleore Court
Smithtown, NY 11787

Bas Constanza Maria
354 Alvear Este
Marcos Juarez
Cordoba
Argentina

Acevedo Group Corp
Eliseo Recluse 923
Boulogne
CP 1609 Buenos Aires
Argentina

Fernando Juan Huergo
Av Santa Fe 1435 - Piso 3B
Martinez
Buenos Aires
Argentina

Carlos Mario Medina Restrepo
Calle 29 Sur # 46A 35, Edf Arizona Apto 1302
Envigado
Antioquia
Columbia

Portafolio de Inversiones / PDEI Fondo Burstl $
PO BOX 526150
Miami, FL 33152-6150

FUNDACION RIO DE AMOR
Calle 23 # 68-50 T 9 Ap 404
BOGOTA D.C
BOGOTA D.C
COLOMBIA

CHESTER NB LLC
5300 NW 87TH AVE UNIT 504
5300 NW 87TH AVE UNIT 504
MIAMI, FL 33178

Enrique Hugo Trevisan Petit
Av Ppal Santa Fe Sur Los Jabillos Los Jabillos 4G
Caracas
Miranda
Venezuela

ALBERTO CHIARELLI AND GRACIELA AHUAD
GUERRERO
Virasoro 2421
1643 BECCAR
PROVINCIA DE BUENOS AIRES
ARGENTINA

Javier Adrian Sadigursky & Isaac Ariel Sadigursky
2956 Diagonal Pueyrredn
Mar del Plata, Buenos Aires
Argentina

Angel G Navarro C y/o Carmen R Tovar De Navarro
Av Romulo Gallegos, Edif Amapola, T-B, P-2, B0205
Boleita, Caracas
Miranda
Venezuela

Luis F Reverter
Ladera 20, casa 10
Lomas de Bezares, 11910
Alcaldia Miguel Hidalgo, CDMX, MEXICO

Jose Manuel Camacho Baptiste
Cra 4# 70-68
Bogot
Colombia

AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS

Aurora Boreal Ltd
FS Advisors - Edif @1 - Oficina 202
Zonamerica Ruta 8 Km17500 -
Montevideo _91600 _Uruguay

Amador City Ltd
Rostand 1567
Montevideo 11500
Uruguay

INES MARGARITA URREIZTIETA MOSQUERA
Riera de Sant Andreu 97 bajo
Barcelona, 08030
Espaa
INES MARGARITA URREIZTIETA MOSQUERA

Lucas Adolfo Roca & Karina Andrea Anain
01854 Salgero Jeronimo 4th Floor
Autonomous City of Buenos Aires
Argentine Republic

Antonio Ramn Santana H./Mara Luisa Robledo de S.
Calle El Parque Res. Gunta piso 4 Apt.41-B
Las Mesetas Santa Rosa de Lima, Caracas
Estado Miranda 1061
Venezuela

Eduardo Rodrigo Dominguez & Brenda Bianchi
2874 Kennedy
Autonomous City of Buenos Aires
Argentine Republic

Maria Teresa Fernandez Herrasti
Priv Lomas del Mar 25 Fracc Club Deportivo,Apt 401
Acapulco de Juarez, Guerrero, MEX 39690

Eduardo Marcelo Feldman Maur & Cinthia V Feldman M
5933 Av. del Libertador 6th Floor Apt. A
Autonomous City of Buenos Aires
Argentine Republic

Ana Cecilia Muniz Rivero
Av Club de Golf Lomas Oeste 137 - 7, Lomas Country
Av Club de Golf Lomas Oeste 137 -7, Mexico 52779

Analia Elsa Pansini & Mariano Jorge Marron
1402 Almafuerte UF 325
Francisco Alvarez
Buenos Aires
Argentina

Isaac Ariel Sadigursky & Javier Adrian Sadigursky
2956 Diagonal Pueyrredn
Mar del Plata, Buenos Aires
Argentina

Modesto Holdings Corp.
Gabriela Zichlin
Hunkins Waterfront Plaza, Suite 556, Main Street
Charlestown, Nevins

Carlos Abilio Goncalves da Silva - Marilyn Goncalv
Street C5, Res. Caurimare Tepui. House 17.
City Caracas,
Zip code 1060
Venezuela

Santiago Trull
35 'b' Av del monasterio portal i
Madrid 28049
Madrid
Espaa

Jose Ismael Gonzalez Da Silva
Urb. Caribay Solares Del Carmen Calle Caribay PRCL
No. 38 PS. Caracas, Miranda, Venezuela
Zip Code 1081
Venzuela

Carlos Alberto Garcia Segura
5244 Olazabal 4 '7'
CABA, CP1431
CABA
Argentina

Moca & Partners LP
Gabriel Jinich
Suite 800, Wildeboer Dellelce Place, 365 Bay St.
Toronto Ontario M5H2VI Canada

RAUL SANTIAGO RIVAS SERRANO
Rambla Gandhi 211/501, 11300 Montevideo, Uruguay

Torrollinos SL
25219 Kuykendahl Rd
Suite 260
Tomball, TX 77375

Ricardo Mohor
Dr. Luis Bonavita 1294, Of 2401 11300 Montevideo
Uruguay

FUNDACION DE BENEFICENCIA HERMANOS ARAYA
JERIA
TRONCAL S/N PARADERO 3
QUILLOTA
CHILE

FABIO ALEJANDRO DAWIDOWICZ & GERALDINA
MARINO
HIPOLITO YRIGOYEN 1754 UF 148
MANUEL ALBERTI
BUENOS AIRES
ARGENTINA

Felipe Pastrana Molina&Maria Carolina Davila Rosas
Calle Monte Alto, 13
Urb. El Montecillo
28223 Pozuelo de Alarcon, Madrid, Spain
Spain

Manuel Pisa Muntane & Christine Marie Pascual Par
Manuel Pisa Muntane
L'Emancipacio 20 62. 08022
Barcelona, Spain

PINCIROLLI MARCELO WALTER
RAWSON 1457 5 A
MAR DEL PLATA
BUENOS AIRES
ARGENTINA

DANIEL ALEJANDRO STARK URDANETA
8530 NW 61 ST
MIAMI
MIAMI FLORIDA 33166

Julio Alberto Pepe
Gral Urquiza 747 -Acassuso
San Isidro
Argentina
Argentina

Cesar H Medina Garcia & Ana Mate Londono
13574 Plumbago Drive
Centreville, VA 20120

Carlos Alberto Scavino
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay
Uruguay

Luis West
Dr. Luis Bonavita 1294, Of 2401
11300 Montevideo
Uruguay
Uruguay

JGHC INVESTMENTS LLC
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS

MILTON INTERNATIONAL SERVICES Ltd.
RAMBLA REPUBLICA DE MEXICO 6517 OFICINA 06
CODIGO POSTAL 11500
MONTEVIDEO
URUGUAY

Manual Arosa Lopez and Rosa A. Bortolin
RAMBLA REPUBLICA DE MEXICO 6517 OFICINA 06
(11500) MONTEVIDEO
URUGUAY

Justo M. Flis, Diana E. Michaelis & Carolina Flis
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Gabriel Dario Jufe
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Liliana L. Lopez and Nicolas Cance
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Jimena M. Pujol
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Fernando Sujoluzky and Marisa Eduartes
RAMBLA REPUBLICA DE MEXICO 6517 OF. 06
11500 MONTEVIDEO
URUGUAY

Maria del Rosario Tobar
Calle 90 9A-17, Apt 402
Bogota
Colombia

RACQUEL COHEN COHEN
Edf. Golden Plaza, Piso 6, Apto A, Av. Los Samanes
Urb. La Florida, Caracas
Distrito Capital Bolivariano Libertador, 1050
Venezuela

Dou Son International Inc.
Futura Asset Advisors
2121 Ponce de Leon Blvd
Suite 405
Coral Gables, FL 33134-5224

Jorge Alberto Moncada
Carrera 50 No 43 Sur 83 Parque Indutrial Del Prado
Bodega 123

Douek International Inc.
Futura Asset Advisors
2121 Ponce de Leon Blvd
Suite 405
Coral Gables, FL 33134-5224

JOSEPH LIBSKIND PARDO
Av Los Samanes Res. Golden Plaza, Piso t, Apto 6-A
Caracas
Distrito Capital 1050
Venezuela

WALTER OJERO & MARIA DEL CARMEN
RODRIGUEZ
Bulevar Espaa 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

Newmay investments s.a.
12510 Prairie Mill Ln
Cypress, TX 77433

RITA M. ACEDO PERE
12510 Prairie Mill Ln,
Cypress, TX 77433

Thierry Laurent Albert LAFAVERGE ROSSO
2555 Route De Biot Domaine Val d'Azur 28 Rue
Valbonne
06560
France

Maria del Pilar Bardi
1844 Lavalle, piso 4, depto. 23
CP 1051, CABA
Buenos Aires
Argentina

Raul Alfred Mori
27 Corrientes
Villa Amelia
Sante Fe
Argentina

Renee Schoenfeld de Nizri
Futura Asset Advisors
2121 Ponce de Leon Blvd., Suite 405
Coral Gables, FL 33134-5224

Guillermo Rivero Mendoza
E. Henry Urquidi
2121 Ponce de Leon Blvd
Suite 405
Coral Gables, FL 33134-5224

DIEGO GERMAN ALESTRA & LELIA MARIA DIAZ
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

Paulina Garza Gonda
E. Henry Urquidi
2121 Ponce de Leon Blvd
Suite 405
Coral Gables, FL 33134-5224

Alejandro Jose Romaniszyn and Dora Graciela Greco
3048 Arenales 7th Floor
Comuna 2
Autonomous City of Buenos Aires
Argentine Republic

Ergos Consultores LLC
1968 La Pampa, piso 2
CP 1428, CABA
Buenos Aires
Argentina

Salomon Nizri Schoenfeld
Futura Asset Advisors
2121 Ponce de Leon Blvd., Suite 405
Coral Gables, FL 33134-5224

LUIS PEDRO BAGALCIAGUE & MARIA ELISA
VILLAMONTE
Bulevar Espaa 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

Investments & Securities Four Inc.
#12-21 68th Street Office 201
Bogota
Cundinamarca
Colombia

ENRIQUE JUSTO EPIFANIO
955 SAN MARTIN
GENERAL ROCA
RIO NEGRO-ARGENTINA
ARGENTINA

Guillermo Sergio Famiani
Av. Libertador 742 5A
Vicente Lopez, Bs As. Argentina
Buenos Aires, AR1638

GUSTAVO ALFREDO FAVALORO & ALICIA MABEL
COZZANI
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

JUAN JOSE FAVALORO & ANA LIZ FERNANDEZ
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

Matias Jose Di Benedetto & Mariano F Di Benedetto
5718 Manuela Pedraza, 4
CABA, CP1431
CABA
Argentina

WOODLAND HILLS ENTERPRISES LTD
5 CUNNINGHAM DRIVE
WINSTON PARK
GILLITTS 3610, SOUTH AFRICA

GLIXEN LTD.
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

HORACIO HERNANDEZ & GARMEN SALLABERRY
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

ALVARO FABIAN RABAQUINO VIDAL
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

FEDERICO GABRIEL RABAQUINO VIDAL
Bulevar Espana 2794, apto 1001
Montevideo, Postal Code 11300
Uruguay

MARIA EDUVIGAS GOMEZ ALVAREZ
CALLE 14 EDIF BELLEVIEW PLAZA, PISO 3,
APTO 31-A
CARACAS
ESTADO MIRANDA
VENEZUELA

JUAN CARLOS HERNANDEZ
Av Del Libertador 742 5toA
Vicente Lopez - Buenos Aires
AR 1638

MA DEL SOCORRO SALDANA VALADEZ
CALLE SANTO TOMAS 522 COL SANTA FE
SAN FRANCISCO DEL RINCON
GUANAJUATO
MEXICO

Alfonso Jose Campitelli
Reconquista 336 7mo 70
CABA ARGENTINA
1003

BRISALUNA LTD
RAMBLA REPUBLICA DE MEXICO 6517 OF.06
1500 MONTEVIDEO
URUGUAY

O'CONNOR & O'CONNOR CORP.
RAMBLA REPUBLICA DE MEXICO 6517 OF.06
1500 MONTEVIDEO
URUGUAY

Liliana Beatriz De Micheli & Carlos A Garcia Segura
5244 Olazabal 4to 7
CABA, CP1431
CABA
Argentina

ALEJANDRO IGACIO MUZLERA
2465 AGUERO
CIUDAD AUTONOMA BUENOS AIRES
BUENOS AIRES
ARGENTINA

OSCAR ALBERTO ANCHUVIDART
AMENABAR 2095 4TO B
(1428) BELGRANO, CAPITAL FEDERAL
BUENOS AIRES, ARGENTINA

JORGE ENRIQUE GALAN VARGAS
Calle 114A #58-65 Apto. 606
BOGOTA
CUNDINAMARCA
COLOMBIA

FANNY ROZENBLUM & YACO NUCHOWICH
6405 ESTEBAN ELENA OFICINA 6
MONTEVIDEO 11500
MONTEVIDEO
URUGUAY

Genaro Alarcon Benito
No. 70 1731 Spyglass Dr.
Austin, TX 78746

Gabriel Andres Muskus Romero
Calle Negrin, Res. San Bartolome, apto 1-C
La Florida, Distrito Capital, Caracas
Venezula
Venezula

Juan Pedro Sardi
Calle Cuicas, No. 11, Macaracuay
Caracas
Miranda
Venezula

Juan Pedro Sardi Aguilera
Calle Cuicas, No. 11, Macaracuay
Caracas
Miranda
Venezula

La Nicolena S.A.
8711 Waterside Ct
Parkland, FL 33076

Diego Hernan Grin Bonomo
Emilio Lamarca 4065
CABA
BUENOS AIRES
ARGENTINA

Robert O. Carimati
RAMBLA REPUBLICA DE MEXICO 6517 OFFICE 06
MONTEVIDEO - ZIPCODE 11500
MONTEVIDEO
URUGUAY

Danny Polite
RAMBLA REPUBLICA DE MEXICO 6517 OFFICE 06
MONTEVIDEO - ZIPCODE 11500
MONTEVIDEO
URUGUAY

Carlos Flores
RAMBLA REPUBLICA DE MEXICO 6517 OFFICE 06
MONTEVIDEO - ZIPCODE 11500
MONTEVIDEO
URUGUAY

Maria Isabel Pazos & Josefina Winograd
747, Roque Senz Pea
Olivos, Vicente Lopez (C.P. 1636)
Provincia de Buenos Aires, Argentina
Argentina

Oscar Hernan Gil Vargas y Claudia Constanza Garcia
Cra 12 No 79 32 of 301
Bogota
D.C.
Colombia

Emilio Lorente Melero
3025 Haverford Dr.
Clearwater, FL 33761

Pamunkey Investments S.A.
15970 West State Road 84
#431
Sunrise, FL 33326

Wencesiao Alberto Acedo Pere & Sandra Maria Das Me
Avenida Sur 4. Qta Alala.Urb Los Naranjos
Caracas
Venezuela

German A Sarmiento Gracia Angela M Sarmiento G
Calle 120 70 D 90
Bogota
Cundinamarca Colombia
Colombia

Jorge Addrian Winograd
747, Roque Senz Pea
Olivos, Vicente Lopez (C.P. 1636)
Provincia de Buenos Aires, Argentina
Argentina

Sergio Jesus Marcano Ravelo
Calle Tarabay, EDF. Tarabay NRO. 11 EL Marques
Caracas
Miranda
Venezuela

LAFADILO LLC
2555 Route de Biot, Val D'Azur
28, rue Bizet
06560- Valbonne
France

Norberto Daniel Schiano
Mitre 782
Belen De Escobar
Buenos Aires
Argentina

Pedro Martin Sanchez Bazan
1607 Brakers West Blvd
West Palm Beach
West Palm Beach FL 33411

Ivan Garcia Miranda
C/AVELINO GLEZ. MALLADA, 2 6 b
GIJN
ASTURIAS
SPAIN

Luisa Maria Morrogh Bernard
c/o Maria Labreveux
1105 Chinoe Rd
Lexington, KY 40502

Mariela Dolores Cardenas Ziegler
sebucan Av Miguel O resd. Los Mangos A 2-2A
Caracas Venezuela
Miranda Minicipio Sucre
Venezuela

Maria Rosa Miurmis
Posadas 1391
Piso 3
Ciudad Buenos Aires, Argentina

AMO LLC
1214 Bay View Way
Wellington, FL 33414

AUDA LLC
1214 Bay View Way
Wellington, FL 33414

Patricia Montana Alvarez
1214 Bay View Way
Wellington, FL 33414

WAAC Partners Corporation
15970 West State Road 84
#431
Sunrise, FL 333326

Murchieson Investment Trading (Scotland) Partners
Jordan L. Rappaport. Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

Miriam Alice Herz Gerbeth
Carrera 3 A #57-50
Apto 707
Bogota
Colombia

Ricardo Omar Lurati
Presidente Roca 855 11 A
(2000) Rosario
Santa Fe
Argentina

Dina Elisabet Plotnic - Silvia Graciela Plotnic
Rivadavia 2807
Sante Fe
Sante Fe
Argentina

Graciela Esnal
34 Pellegrini
Laboulaye
Cordoba
34 Pellegrini, Laboulaye, Cordoba 6120

Claudia Corredor-Jorge Martinez
CRA 64# 24-47 Torre 6 Apto 321
Bogota
Cundinamarca

Juan Bernardo Leon Castao
Carrera 10 #23 B 04
Fusagasuga
cundinamarca
Colombia

Susana Castigilia
AV Miranda Oeste Villas Green Park Casa 3
Urbanizacion Miranda
Caracas
Venezuela

Dora Clelia Rodriguez Romero
812 Av. Coyoacan Apt A403
CDMX, Zip Code 03100
MEXICO

Ciklus SA
630 Carlos F. Melo
Vicente Lopez
Province of Buenos Aires
Argentine Republic

United Brokers Agente de Valores S.A.
Aguada Park - Paraguay 2141 Piso 12 Of 1201
Montevideo
CP 11800
Uruguay

Miguel Enrique Kantorowicz
Paunero 959
Acasusso
1640, Buenos Aires, Argentina
Argentina

The 801241 C Trust
Jordan L. Rappaport. Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

Stockhill Trading Corp S.R.L.
Juan Carlos Gomez 1348, Piso 4to
Montevideo
CP 11.00
Uruguay

CNF Capital S.A.
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Mawae Properties Corp
576 NW 99th Court
Miami, FL 33172

Fernando J Markous
Vuelta de Obligado 4044
Capital Federal Federal CP. 1429
Capital Federal
Argentina

CALG INTERNATIONAL CORP
6405 Esteban Elena, oficina 6
Montevideo 11500
Montevideo
Uruguay

Antonio Luongo & Denise H Akiki & Daniela Luongo
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Vicente Marcone
Dr. Luis bonavita 1294, Of 2401
11300 Montevideo
Uruguay

CLG GO FUND LTD
Avenida Alvear 1881, 9th floor apto A,
Buenos Aires, Argentina
ZIP: 1129

Aurelio Suarez & Margarita Ronca Walpert
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Omar Qaiser
515 E. 72nd Street
Apt 28C
New York, NY 10021

Marisa Di Paolo
Dr. Luis Bonavita 1294, Of 2401
11300 Monevideo
Uruguay

Custodia de Valores Mobiliarios (CVM) Corredor de
Juan Carlos Gomez 1348 Piso
Montevideo
CP 11.000
Uruguay

Victor Ganon & Euridice V De Mello
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Avemar 2318 Corp.
Jordan L. Rappaport. Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Highway #203,
Boca Raton, FL 33432

Mark Neely
4551 Grove Street
Shawnee, KS 66226-2377

Coverack Global LTD
AV. Alvear 1773 4B
Capital Federal
CABA
Argentina

Marcel Vandenbussche
Dr. Luis Bonavita 1294, office 1101
Montevideo
Montevideo
Uruguay

Alfredo M Halm & Maria Cristina Allois
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Frangus Capitals LTD
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Waterfall Group Corp
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Elder Ruden Tavares Tabarez
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Walter Nelson Garguilo
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

Jorge & Mariela & Eliana Senderovsky & Analia Shocron
6405 Esteban Elena, Oficina 6
Montevideo 11500
Mondevideo
Uruguay

VAUD PROPERTIES INC.
AV. Alberto Del Campo 411, of. 501
Magdalena, LIMA 15076, Peru

Matias Heluani & Blanca C. Busto & Messica Heluani
6405 Esteban Elena, officina 6
Montevideo 115009
Montevideo
Uruguay

Pusfel S.A.
Amenabar 2095 4b
Ciudad Autonoma de Buenos Aires
Argentina
ZIP 1428

ELVIA MARCELA CASTRO GARCIA
Cr 1 No. 84 B 69 ap. 303 Zip Code 1100221

Manfredo Topke
50 W Mashta, Suite 3
Key Biscayne
FL, 33149
Key Biscayne, FL 33149

ROQUE ANTONIO GIMENEZ
AZUCENA VILLAFLOR 489-17, TORRE/1, RIO/1
PUERTO MADERO, BUENOS AIRES
ARGENTINA

Puito Holdings Inc.
50 W. Mashta, Suite 3
Key Biscayne
FL, 33149
Key Biscayne, FL 33149

Ernesto Del Blanco Arjona
Cto. Real De Arcos 13 Ex Hda La Concepcion y
Universidad del Futbol Col Banus San Agustin
Tlaxiaca Hgo. 42160 Mexico

Aixen International
50 W Mashta, Suite 3
Key Biscayne
FL, 33149
Key Biscayne, FL 33149

Adrian Favio Racciatti
Av Carlos Peixoto, 80 - Apart 205
Rio de Janeiro
State of Rio de Janeiro
Brazil

Aura Valvanera Palomino Colonia
134 west 93rd street
New York, NY 10025

Jorge Luis Hurtarte Bonilla & Lucrecia del Rosario
5a Calle B 13-35 Condominio Las Ceibas Sector B2
San Cristobal Zona 8 de Mixco
Country Glen Lakewood Dr Coope, FL 33330-5058

Jorge Alberto Moncada
Carrera 58 No 43 Sur 83 Parque Indutrial Del Prado
Bodega 123

Li-Ming Hsu
Av. Del Libertador 742 5A
Vicente Lopez, Bs As. Argentina

El Egeo SA
Ruta 8 Km 17,500
Edificio arroba 1 of. 001
Zonamerica, Montevideo (91600)
Uruguay

Fernando Rivera Bustos
Atalaya 11531
Las Condes
Santiago
Chile

Martin Jorge Schulz
Gral Artigas 3188
1617 Pacheco
Buenos Aires - Argentina

SANDRA ISABEL GONZALEZ
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

Juan Carlos Esquinca Garcia
Sonoma 14, Fraccionamiento Los Angeles
Monterrey
Nuevo Leon
Mexico. CP 64753

NELDALE CORPORATION
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

ESTHER GORDON & MARCELO LEONARDO FUCHS
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

LUCIA LAURA LETICIA LABINOWICZ
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

SILVIA CRISTINA GARCIA & SUSANA GRACIELA
GARCIA
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

Jorge Eduardo Estefan Avila
Cra 1 # 3-10 Casa 61
Conjunto Summer Hill
Cota-Cundinamarca-Colombia

Bakeri Investment Corporation
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

ERNESTO A BRUGGIA & MARIA ROSA VARELA
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

ALVARO L & LEONARDO M LACRUZ CASTROMAN
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

SAFE MILES LIMITED
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

MIDAWOR S.A
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

ROBERTO MACIAS
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

MAGDALENA &ADRIANA G&ALEJANDRO
G&SANDRA G
SZABOLCS
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo, Uruguay

GIANCLAUDIO BROGGI COLMAN
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

MARIA DE LOS ANGELES A FERLA
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

GABRIEL SUR
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

LEON ASUS LEVY
Los Dos caminos, Av Sucre, Jenifer Garden, Apt 21B
Parroquia Leoncio Martinez, Municipio Sucre
Caracas, Miranda 1071
Venezuela

PABLO ANDRES GOMEZ LATORRE
Carrera 19A # 107-14 Apto 503
Bogota
Bogota DC
Colombia

PABLO ANDRES GOMEZ LATORRE
Carrera 19A # 107-14 Apto 503
Bogota
Bogota DC
Colombia

Gerardo Marcelo Rico
Zonamerica Ruta 8 Km 17.5 - Edif @ 2 Oficina
Zonamerica -Montevideo (91600)
Montevideo
Uruguay

AVIZEY CORPORATION SA
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

LEON ASUS LEVY & RAQUEL ALFANDARY DE ASUS
Los Dos Caminos, Av Sucre, Jenifer Garden, Apt 21B
Parroquia Leoncio Martinez, Municipio Sucre
Caracas, Miranda 1071
Venezuela

CHEMUYIL INVESTMENTS LIMITED
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

FERNANDO ALBERTO PAVONI
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

ANDREA CARLA LAGATTA & EMILIANO LAGATTA
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

SUSANA ROCCHINI & GUIDO L ZANOU & LUCIO R ZANOU
6405 Esteban Elena, Oficina 6
Montevideo 11500
Montevideo
Uruguay

Roberto Navas
WE Family Offices
701 Brickell Ave., Suite 2100
Miami, FL 33131

Hefei Solutions Ltd
Zonamerica Ruta 8 Km 17.5 Edificio@2 Oficina
Zonamerica- Montevideo (91600)
Montevideo
Uruguay

Mayer Magarici Finkel & Simy Nahon De Magarici
Res. Villa Floreana, Apto. PB
Alta Florida, Av. Florida Oeste Con Transv. Oeste
Caracas, Miranda 1050
Venezuela

ARTESANA S.A.
C. 53 Marbella, Edificio WTC Piso 4, #401
Apartado # 0832-0311 WTC
Panama, Republica de Panama

Gonzalo Canessa
2738 Surfrider Avenue
Ventura, CA 93001

YIFEI LIU
C22-2 Chang Jiang 2nd Road, Yu Zhong District,
Chong Qing, China, 400042

LUZ MARIA DE LA MORA SANCHEZ
PLATON 433.
COL. POLANCO.
11560 CIUDAD DE MEXICO
MEXICO

Fernando Miguel Sarni
Echeverria 1200
Talar Del Lago 1 - Lote 500
(1617) Tigre, Buenos Aires, Argentina

RISKEL FINANCE SA
2nd Floor Humboldt Tower
East 53rd Street Urb Marbella
Panama City Republic of Panama

SONIA DE LA ESPRIELLA RAMIREZ
CRA 13 # 86a-17 APTO 401
BOGOTA
COLOMBIA

CARLOS EDUARDO GOMEZ GUERRERO
CALLE 86 11 34
AP 101
BOGOTA, COLOMBIA , 110221

MILIMILL INVESTMENTS SA
2nd Floor Humboldt Tower
East 53rd Street Urb Marbella
Panama City Republic of Panama

CARLOS, SANDRA & SORAYA GOMEZ GUERRERO
CALLE 86 11 34 AP 101
BOGOTA , COLOMBIA
110221
CALLE 86 N.11 34 AP 101, BOGOTA, COLOMBIA

SANTIAGO SAENZ PIZANO
CRA 13 #86a-17 APTO 401
BOGOTA
COLOMBIA

Salsifi Investments Pte. Ltd.
Serrano, 1 3 Dcha
28001, Madrid
Spain

Expelliarmus Investments Pte. Ltd.
Serrano, 1 3 Dcha
28001, Madrid
Spain

Mastergoa Investments Pte. Ltd.
Serrano, 1 3 Dcha
28001, Madrid
Spain

Portima Investments Pte. Ltd.
Serrano, 1 3 Dcha
28001, Madrid
Spain

Natalia Andrea Saibene
Tonelero 5852 Piso 6 Depto D
Buenos Aires
Buenos Aires
Argentina

Desarrollos Carmel
50 W Mashta Suite 3
Miami, FL 33149

Pablo Alberto Pizarro
Juan Diaz de Solis 2885
(1640) Martinez
Pcia. Buenos Aires
Argentina

PAAF ASSETS LIMITED
LEVEL 1, PALM GROVE HOUSE
WICKHAMS CAY 1, ROAD TOWN
TORTOLA. BRITISH VIRGIN ISLAND

Vilma Susana Marx
Dante 1252
(1686) Hurlingham
Provincia Buenos Aires
Argentina

Pablo Sebastian Borelli & Ingrid Georgina Borelli
Santa Rosa 2801 B La Chacra 68
OF 147 Victoria, San Fernando
Buenos Aires (1644)
Argentina

Marcos Martin sabelli
Av. Del Libertador 742 5A
Vicente Lopez, Buenos Aires. Argentina

Luciano Ariel Schargorodsky
Nicolas Granada 717
Acassuso
Buenos Aires
Argentina

JULIO ALBERTO BRESHNEV MOLLER
Gavilan 2382 7A
La Paternal, Ciudad de Buenos Aires
Ciudad de Buenos Aires
Argentina

Andres Jaramillo Caballero & Nora Caballero Pardo
Calle 87 No. 19C - 71 , Apt 204
Bogota D.C.
Postal code: 110221
Colombia

Giulietta Ulloa Revocable Trust
40 Island Drive
Key Biscayne, FL 33149

OLAFF ABDELKADER PEREZ JAEN
CALL GARCI GONZALEZ EDIF TOYO OESTE, LA
YAGUARA
DF
VENEZUELA

Francisco Jose Heredia de Leon & Gina Silvana Giro
Km. 15.5 Carretera a El Salvador
Edificio Plaza Concepcion, Oficina 5E
Santa Catarina Pinula, Guatemala, Guatemala
01052

BEL AIR TRADING LTD.
Carrera 23 168 34
Bogota
DC
Colombia 110131

GRANGER SERVICES CORPORATION
CARRERA 5 # 11B -221 SUR OFICINA 302 TORRE 3
SAN ROQUE DISTRITO LOCAL, CAJICA,
CUNDINAMARCA
COLOMBIA

Prestamos Expeditos SA de CV SOFOM ENR
Presa Salina 370 - Int.502
Col. Irrigacion, Del. Miguel Hidalgo
Ciudad de Mexico, CDMX 11500
Mexico

Marcela Beatriz Ottonello
Carrer Roger De Lluria 82 Principal 1
Barcelona
Provincia de Barcelona
Spain

Carlos Alberto Lobo Lobo
Calle 92 14 56 Apto 1005 Edificio Parque Natura
11021, Bogota
Colombia
Colombia

Yuliana Sajhia Farah Sleme
Cto. Real de Arcos 13 Ex Hda. La Concepcion y
Universidad del Futbol Col Banus San Agustin
Tlaxiaca Hgo 42160 Mxico

Miguel Angel Bacigalupo
AV.CONSTITUYENTES 7245
BENAVIDEZ
BUENOS AIRES
Benavidez, Buenos Aires, 1621, AR 1621-1621

Gladys Fischer
50 W Mashta Suite 3
Miami, FL 33149

MANUEL GARCIA GARZA
AVENIDA GOMEZ MORIN 2111 P3 TORRE KERKUS

Muxbal Corp.
50 W Mashta Suite 3
Miami, FL 33149

JORGE GABRIEL TAIAH
Tucumn 1438 PISO 4 OF.402
BUENOS AIRES. REPUBLICA ARGENTINA

Luis Abel Beaudoin
LARROQUE ALBERTO 463
BANFIELD
BUENOS AIRES
BANFIELD, AR 1828-1828

Maria Canale
CLUB NEWMAN, RUTA 9 KM 39.5
BENAVIDEZ 1621
BUENOS AIRES
BENAVIDEZ, AR 1621-1621

Antonio Castiglione
AVELLANEDA 317 P1
SANTIAGO DEL ESTERO 4200
SANTIAGO DEL ESTERO
ARGENTINA, AR 4200-4200

Jorge Gabriel Taiah
10275 Collins Ave Apt 607
Miami, FL 33154

NOVAC HOLDINGS INC
1300 N. Federal Hwy #203
Boca Raton, FL 33160

MARIA CARLOTA GONZALEZ
ESNAOLA 1034
SAN ISIDRO
BUENOS AIRES
ARGENTINA, AR 1642-1642

Monica Del Pilar Guasp Sotomayor
11264 NW 58 terrace
Miami
Florida
Miami, FL 33-178

FUNDACION WISCOM
2nd Floor Humboldt Tower
53rd East Street Urb Marbella
Panama City Republic of Panama

GUSTAVO A LUCHESSI
PARAGUAY 3908 COMP 0 P2 D B
PALERMO
BUENOS AIRES
ARGENTINA, AR 1000-1000

YUMA OIL S.A.
TRANSVERSAL 1 114A 50 (702)
BOGOTA
DC
COLOMBIA

ELENA M MORANDO
CERRITO 1364 PISO 9 DPTO A
CAPITAL FEDERAL
BUENOS AIRES
ARGENTINA, AR 1010-1010

Carlos Alberto Nojek
Dr Luis Bonavita 1294 Of 1101
Montevideo CP 11300
Uruguay

Robert and Sara Bagnato
5209 Sea Chase Drive Unit 1
Amelia Island, FL 32034

EDUARDO ALBERTO PARDO
O HIGGINS 151
SALTA
SALTA
ARGENTINA, AR 4400-4400

Francisco Carrillo Batalla and Ignacio Carrillo
2468 Belmont RD NW
Washington
DC
Washington, DC 20008

ROMAN MARCELO SCHULER
AV GENERAL ORTIZ DE OCAMPO 2673 P4 D1
BUENOS AIRES
ARGENTINA, AR 1425-1425

Overilod Services Inc.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Hwy #203
Boca Raton, FL 33432

Cintia Colombo, Eduardo Colombo, Gustavo Colombo
Juncal 1691
Ciudad Autnoma de Buenos Aires
Buenos Aires
Argentina

Andrea Hayek Alvarez & John Alexander Quintero Zab
Calle140bis 14a 29. apto 604 torre 2.
Bogot , Colombia
Colombia

MARAL FINANCE CORPORATION
TRANSVERSAL 1 114A 50 (702)
BOGOTA
DC
COLOMBIA

Maolin Li
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300, PO Box 1266
Wilmington, DE 19899

FREDY ZAPATA CUBIDES
Avda Calle 67 #9A 72
Manizales
Caldas
Colombia

Cryge Investments Ltd
Dr Luis Bonavita 1294 Of 1101
Montevideo 11300 Uruguay

INVERSIONES EUROCEL
12613, SUITE 601, RAUL LABB
SANTIAGO
CHILE

ELNORTH OVERSEAS SA
2nd Floor Humboldt Tower
53rd East Street Urb Marbella
Panama City Panama

Maria Josefina Camacho Cerra
N 125, Qta. San Jose, C/Centro, Urb. Santa Sofia
Caracas
Municipio Baruta, Estado Miranda
VENEZUELA

Jaime Hernan Romero
Carrera 17 # 120 - 35 Apto 604
Bogota D.0
Colombia

RAFAEL EDUARDO CAMACHO VILLAMIL
Calle 112 # 1-16
Bogota DC
Colombia

Mariana Lidia Guasp Sotomayor
11264 NW 58 terrace
Miami
FL
Miami, FL 33-178

German Andres Lanaro
11264 NW 58 terrace
Miami
Florida
Miami, FL 33-178

Samy Lazarov Schipper
Secretaria de Marina 58-2501
ex hda jesus del monte Huixquilucan
52764
Mexico

Big Castle Assets Corp
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guardia con Av Balboa
Panama
Panama

JUAN C URIBE, JUAN F SANCHEZ, ALEJANDRA M
ZUNIGA
Calle 82 # 9 - 79. Apt 302
Bogota, Colombia

PAULA GUERRERO C
Calle 131 77 80 Apto 301
BOGOTA COLOMBIA

BLANCA JUDITH VEGA SILGUERO
CARRERA 14 N.100-51 AP.502
BOGOTA D.C.
COLOMBIA

Anselma Lucia Sosa
PH BICSA Financial Center, Piso 29 Off 2906
Aquilino de la Guadia con Av Balboa
Panama
Panama

EBER DARIO LORENZON AND MARIA LAURA
CASTIGLIONI
2840 HELGUERA APT #1A
CIUDAD AUTONOMA DE BUENOS AIRES
CIUDAD AUTONOMA DE BUENOS AIRES
ARGENTINA

SERGIO CORNEO & MONES SIAS MARINA
AVENIDA ALVEAR 1881 9TH A
BUENOS AIRES, ARGENTINA
ZIP: 1129

Amelia Marcelina Mamberto & Maria del Carmen Serra
Dr Luis Bonavita 1294 Of 1101
Montevideo 11300
Uruguay

Adolfo Zavala Davila
BOSQUE DE TORONJOS 25 INT 302
BOSQUE DE LAS LOMAS. CUAJIMALPA
CIUDAD DE MEXICO. 05120
MEXICO

ETPCAP2 Designated Activity Company
Directors ETPCAP2 DAC, 1-2 Victoria Buildings,
Haddington Road, Dublin 4

Mariano Herman Nejamkis
1667 Costa Rica Suite 213
Montevideo
Oriental Republic of Uruguay

LOSANI HOLDINGS LTD
ENEAS ASESORES SAC
LOS CASTANOS 430, LIMA-15076, PERU
CONTACT: FRANCESC MARTIN, GENERAL
MANAGER

PN Newco Inc.
17 John Street, Fifth Floor,
New York, NY 10038

PN Newco Manager LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Prodigy Shorewood Investment Management LLC
c/o Sari B. Placona
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068

Fundamental NYC Corp.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

Prodigy Management NY LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

Soho 1602 Owner LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

Prodigy Shorewood New York Rep Co.
Clifton House, 75 Fort Street
PO Box 1350
Grand Cayman KY1-1108
Cayman Islands

Prodigy Shorewood New York Rep Fund LP
Clifton House, 75 Fort Street
PO Box 1350
Grand Cayman KY1-1108
Cayman Islands

17 John Street Newco, Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street Realty Associates LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street JV LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street Mezz LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street Holdings LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street Property Owner LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John OpCo LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Street FoodCo LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

PSIM 17 John, LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

17 John Preferred Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

234 E 46th Street Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

234 East 46th Street Preferred Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

234 East 46th Street Associates LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

234 East 46th Street JV LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

234 East 46th Street Mezz LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

234 East 46th Street Property Owner LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

PSIM 234 East 46th LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

84 William Street Newco, Inc.
17 John Street, Fifth Floor,
New York, NY 10038

84 William Street Realty Associates LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

84 William Street JV LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

84 William Street JV LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

84 William Street Mezz LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

84 William Street Property Owner LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

CAFA AKA WALL STREET LLC
17 John Street, Fifth Floor,
New York, NY 10038

PSIM 84 WILLIAM LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

114 E 25th Newco, Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

25th Street JV LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

25th Street Property Owner LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

25th Street Food Co LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

PSIM 25TH STREET LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

25th Street Mezz Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

331 Park Ave S. Newco, Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

331 PAS JV LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

331 PAS Mezz LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

331 PAS Property Owner LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

Matt Smith Road Owner LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

PSIM 331 PAS LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

PSDM 331 PAS
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

85 W Broadway Newco, Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

85 W Broadway Realty Associates LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

85 W Broadway JV LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

85 W Broadway Preferred LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

1234 W Randolph Newco, Inc.
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

1234 W Randolph JV LLC
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

1234 West Randolph Property Company LLC
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

PSIM 1234 W Randolph LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

1400 N Orleans JV LLC
c/o National Registered Agents, Inc.
1209 Orange St.
Wilmington, DE 19801

PN N Orleans LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Great American Insurance Company
Executive Liability Division
Attn. Judith Warchol
1450 American Lane, 8th Floor
Schaumburg, IL 60173

Great American Insurance Company
c/o Walker Wilcox Matousek LLP
Attn. James J. Huberty
One North Franklin Street, Suite 3200
Chicago, IL 60606

Great American Insurance Company
c/o Walker Wilcox Matousek LLP
Attn. Tony L. Draper
1001 McKinney Street, Suite 2000
Houston, TX 77002

Emily Capkanis
c/o Wigdor LLP
Attn. John Crain
85 5th Avenue, 5th Floor
New York, NY 10003

The Hartford
c/o Kaufman Borgeest & Ryan LLP
Attn. Scott A. Schechter
Matthew Mawby
200 Summit Lake Drive
Valhalla, NY 10595

The Hartford
c/o Kaufman Borgeest & Ryan LLP
Attn. Matthew Mawby
200 Summit Lake Drive
Valhalla, NY 10595

The Hartford
Claims Department
Hartford Financial Products
277 Park Avenue, 16th Floor
New York, NY 10172

The Hartford
Product Services
Hartford Financial Products
277 Park Avenue, 16th Floor
New York, NY 10172

Prodigy Network, LLC, et al.
Gellert Scali Busenkell & Brown, LLC
Attn. Michael Busenkell
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801

Juanita Galvis
Bill Sullivan
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market St., Suite 420,
Wilmington, DE  19801

Brian Newman
25 Brotherton Ave
Rumson NJ 07760

Vincent Mikolay
Gabrielle Vazquez
McGrail & Bensinger LLP
888-C Eighth Avenue, #107
New York, NY  10019

Carey Fieldcamp
Tracy Klestadt
Klestadt Winters Jureller Southard & Stevens LLP
200 W 41st St FL 17
New York, NY 10036-7219

Leonard Chinchay
19415 SW 15th Street
Pembroke Pines, FL 33029

Bill Garcia
3828 Highland Oaks Drive
Fairfax, VA 22033

Chris Andresen
1441 Central Street #312
Denver CO 80211

Alejandra Rincon
Gabrielle Vazquez
McGrail & Bensinger LLP
888-C Eighth Avenue, #107
New York, NY  10019

Shorewood Real Estate Group
Nolan Shanahan
Warren Usatine
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019

Larry Davis
Nolan Shanahan
Warren Usatine
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019