# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Prodigy Network, LLC, *et al.*, [1] | Case No. 21-10622 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref.: Docket No. 190 |

## NOTICE OF SERVICE OF OBJECTION TO TRUSTEE'S MOTION FOR ORDER REGARDING CERTAIN SETTLEMENT AGREEMENTS

The undersigned hereby certifies that on the dates stated below for each case copies of the undersigned's Objection to the Trustee's Motion for Order regarding the Settlement Agreements proposed in Docket No. 190 were served via upon the parties below in the manner indicated.

A copy of the said Objection and its Exhibits is attached to this Notice for further reference.

It must be noted that the undersigned is a *pro se* filer currently based in Malaysia and that the CM/ECF system does not give the option to *pro se* filers to upload Objections to the docket themselves. In this regard and as per instructed by the Clerk's Office (helpdeskde@deb.uscourts.gov), the Clerk's Office was also served a copy of the Objection and Exhibits with the request to upload the said Objection and Exhibits to the docket of the case.

- **Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee**

    **Via DHL Express (November 9, 2022)**
    Mark E. Felger, Esquire
    Gregory F. Fischer, Esquire
    COZEN O'CONNOR
    1201 N. Market Street, Suite 1001
    Wilmington, DE 19801

- **Jeoffrey L. Burtch, Chapter 7 Trustee**

    **Via DHL Express (November 9, 2022)**
    Jeoffrey L. Burtch
    United States Bankruptcy Court for the District of Delaware

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each case follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), and Prodigy Network, LLC (21-10622-JTD).

824 Market ST N
3rd Floor
(For the attention of Jeoffrey L. Burtch)
Wilmington, DE 19801

- **Clerk's Office**

    **Via DHL Express (November 10, 2022)**
    United States Bankruptcy Court for the District of Delaware
    824 Market Street N.
    3rd Floor
    Wilmington, DE 19801

Dated: November 11, 2022         */s/ Matías Valentín Castellano*
                                 Matías Valentín Castellano (Creditor)
                                 Passport: 29598239C
                                 Date of birth: 10/23/1982
                                 B-12-3A, Kiaramas Ayuria Condominium, 9
                                 Jalan Desa Kiara, (50480) Kuala Lumpur,
                                 Malaysia
                                 Cellphone: (+60) 11-12118721
                                 Email: matias.v.castellano@gmail.com

                                 *Pro se filer*