# EXHIBIT B

LEGAL\60353383\1

# DGW Kramer LLP
# INVOICE

One Rockefeller Plaza, Suite 1060
New York, NY 10020
United States
Phone: (917) 633 6860

Invoice # 4438
Date: 05/02/2022

Bankruptcy Estate of Prodigy Network LLC

**Representing bankruptcy estate as special litigation counsel. Phase 1: Investigation and Development of Litigation Claims**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/25/2021 | The real deal<br>purchase publication/data | 1.00 | $29.00 | $29.00 |
| Expense | 05/31/2021 | Nextpoint data storage May 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 06/08/2021 | Truist Financial (fka SunTrust Bank)<br>Inv#128565<br>Subpoena Response | 1.00 | $396.00 | $396.00 |
| Expense | 06/24/2021 | The real deal<br>purchase publication/data | 1.00 | $29.00 | $29.00 |
| Expense | 06/30/2021 | Nextpoint data storage June 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 07/25/2021 | The real deal<br>purchase publication/data | 1.00 | $29.00 | $29.00 |
| Expense | 07/31/2021 | Nextpoint data storage July 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 08/26/2021 | USPS postage for the mailing, via certified mail, of the document retention/litigation hold letters in the Prodigy Network bankruptcy matter. | 1.00 | $78.85 | $78.85 |
| Expense | 08/31/2021 | Nextpoint data storage August 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 09/28/2021 | Nextpoint data storage September 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 10/01/2021 | Filing Fee: Documents Received on 10/01/2021 10:52 AM CANADIAN IMPERIAL BANK OF COMMERCE, acting through its New York branch as Administrative Agent, and CIBC, INC., v. 234 EAST 46TH STREET PROPERTY OWNER LLC et al<br>New York County Supreme Court<br>The NYSCEF website has received your electronic filing. Please keep a copy for your records.<br>Doc # Document Type Control # Motion # Fee<br>92 ORDER TO SHOW CAUSE (<br>PROPOSED )<br>$45.00<br>Credit Card Service Fee:* + $1.35 | 1.00 | $46.35 | $46.35 |

|  |  |  | Total Fee $46.35 |  |  |  |
|---|---|---|---|---|---|---|
| Expense | 10/29/2021 | | Nextpoint data storage October 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 11/17/2021 | | Certified Mail Return Receipt mailing of a Bankruptcy Rule 2004 Subpoena to Brian Newman. | 1.00 | $7.58 | $7.58 |
| Expense | 11/30/2021 | | Nextpoint data storage November 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 11/30/2021 | | Filing Fee<br>Doc # Document Type Control # Motion # Fee<br>110 NOTICE OF MOTION $45.00<br>Credit Card Service Fee:* + $1.35<br>Total Fee $46.35<br><br>Documents Received on 11/30/2021 11:23 AM<br>CANADIAN IMPERIAL BANK OF COMMERCE, acting through its New York branch as Administrative Agent, and CIBC, INC., v. 234 EAST 46TH STREET PROPERTY OWNER LLC et al<br>New York County Supreme Court<br>The NYSCEF website has received your electronic filing.<br>Please keep a copy for your records. | 1.00 | $46.35 | $46.35 |
| Expense | 12/20/2021 | | U.S. Legal Support Vincent Mikolay | 1.00 | $1,496.50 | $1,496.50 |
| Expense | 12/28/2021 | | U.S. Legal support Stephen Im | 1.00 | $1,493.65 | $1,493.65 |
| Expense | 12/31/2021 | | Nextpoint data storage December 2021 | 1.00 | $250.00 | $250.00 |
| Expense | 01/24/2022 | | U.S. Legal Support Stephen Im | 1.00 | $1,341.40 | $1,341.40 |
| Expense | 02/02/2022 | | U.S. Legal Support - David Simon Remote Videoconference<br>Items Covered: General<br>RemoteDepo (Virtual Room) 1.00 N/A $295.00 $295.00<br>Appearance Fee - Per Session 2.00 N/A $75.00 $150.00<br>ORIGINAL TRANSCRIPT OF: EUO: David Simon<br>Original 197.00 Pages $5.50 $1,083.50<br>Exhibit 82.00 Pages $0.65 $53.30<br>Exhibits (Color) 19.00 Pages $1.25 $23.75<br>Litigation Technology, Support and Security Management 1.00 N/A $55.00 $55.00<br>Transcript Handling & Processing 1.00 N/A $65.00 $65.00<br>Condensed Transcript 1.00 N/A $30.00 $30.00<br>Rough Draft 167.00 Pages $2.00 $334.00<br>*** THIS INVOICE REPLACES INVOICE 20220091843-13. *** Total Due $2089.55 | 1.00 | $2,089.55 | $2,089.55 |
| Expense | 02/28/2022 | | Nextpoint online storage January to February 2022 | 1.00 | $500.00 | $500.00 |
| Expense | 03/02/2022 | | U.S. Legal Support - Remote Videoconference job date 2/16/2022 | 1.00 | $2,570.75 | $2,570.75 |
| Expense | 04/08/2022 | | US Legal Support - RemoteDepo (Virtual Room) of Larry Davis. | 1.00 | $3,142.25 | $3,142.25 |
| Expense | 04/30/2022 | | Nextpoint online storage March to April 2022 | 1.00 | $500.00 | $500.00 |

|  | Subtotal | $15,796.23 |
|---|---|---|
|  | **Total** | **$15,796.23** |

# DGW Kramer LLP                                    INVOICE

One Rockefeller Plaza, Suite 1060                Invoice # 4806
New York, NY 10020                               Date: 09/07/2022
United States
Phone: (917) 633 6860

Bankruptcy Estate of Prodigy Network LLC

**Representing bankruptcy estate as special litigation counsel. Phase 1: Investigation and Development of Litigation Claims**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/31/2022 | Nextpoint online storage May 2022 | 1.00 | $500.00 | $500.00 |
| Expense | 06/01/2022 | Polk County Clerk of Court | 1.00 | $50.00 | $50.00 |
| Expense | 06/29/2022 | USPS Certified Mail Return Receipt cost for 2004 Production Sub to Principal Life Ins.; | 1.00 | $8.16 | $8.16 |
| Expense | 06/30/2022 | Nextpoint online storage June 2022 | 1.00 | $500.00 | $500.00 |
| Expense | 07/31/2022 | Nextpoint online storage July 2022 | 1.00 | $500.00 | $500.00 |
| Expense | 08/23/2022 | U.S. Legal Support - Remote Video Conference | 1.00 | $2,332.90 | $2,332.90 |

|  |  |
|---|---|
| **Subtotal** | **$3,891.06** |
| **Total** | **$3,891.06** |