# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Prodigy Network, LLC, *et al.*,[1] | ) Case No. 21-10622-JTD |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re Docket No. 194** |

### ORDER APPROVING SECOND INTERIM FEE APPLICATION OF DGW KRAMER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE

Upon consideration of the first amended interim fee application of DGW Kramer, LLP ("DGWK"), retained by Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the allowance of interim compensation and reimbursement of expenses (the "Application"),[2] all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-1 appearing to have been met; the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Application was appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Application is APPROVED;

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), Prodigy Network, LLC (21-10622-JTD).

[2] Capitalized terms not otherwise defined herein shall have the meanings assigned in the Application.

IT IS FURTHER ORDERED that DGWK is allowed, on an interim basis, compensation in an amount equal to 25% of funds actually received from GAIC pursuant to the Settlement Agreement, with total funds anticipated to be received in the amount of $3,164,500.00;

IT IS FURTHER ORDERED that DGWK is allowed, on an interim basis, reimbursement of actual and necessary expenses and costs in a total amount of $19,687.29; and

IT IS FURTHER ORDERED that the Trustee is authorized to remit payment in the amount allowed under this Order, with such payment to be made solely out of funds actually received from GAIC pursuant to the Settlement Agreement.

**Dated: December 9th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**