IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Prodigy Network, LLC, *et al.*,[1] | ) | Case No. 21-10622-JTD |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JANUARY 24, 2023 AT 2:00 P.M. (ET)

**THIS HEARING HAS BEEN CANCELED BY THE COURT.**

CONTINUED MATTER

1. Trustee's Motion for Order: (I) Approving Settlement Agreements Pursuant to Rule 9019; (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief [Docket No. 190; Filed 10/17/22]

    Response Deadline: November 15, 2022, extended by agreement to December 1, 2022 for Winston & Strawn, LLP and to February 15, 2023 for Larry Davis and Juanita Galvis

    Related Documents: None

    Responses Received:

    A) Notice of Service of Objection to Trustee's Motion for Order Regarding Certain Settlement Agreements [Docket No. 193; Entered 11/11/2022]

    B) Notice of Service of Objection to Trustee's Motion for Order Regarding Certain Settlement Agreements [Docket No. 195; Entered 11/15/2022]

    C) Objection of Winston & Strawn LLP to Trustee's Motion for Order Approving Settlement Agreements Pursuant to Rule 9019 [Docket No. 199; Filed 12/2/2022]

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), Prodigy Network, LLC (21-10622-JTD).

Status: This matter is continued to March 1, 2023 at 10:00 a.m. (ET).

Dated: January 19, 2023

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*