# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Prodigy Network, LLC, et al., <br><br> Debtors. | Chapter 7 <br><br> Case No. 21-10622 (JTD) |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the *admission pro hac vice* of Tony L. Draper to represent Great American Insurance Company in this action.

By: /s/ *Joseph H. Huston, Jr.*
**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, 13th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Email: joseph.huston@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States District Courts for the Southern, Eastern, Western and Northern District of Texas, the United States District Court for the Colorado, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Ohio, the United States District Court for the Eastern District of Michigan, the United States District Court for the District of Nebraska and the United States Court of Appeals for the Third and Fifth Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: /s/ *Tony L. Draper*
Tony L. Draper

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for Tony L. Draper's admission *pro hac vice* is GRANTED.