IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Prodigy Network, LLC, *et al.*,[1] | ) | Case No. 21-10622-JTD |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR MARCH 21, 2023 AT 11:00 A.M. (ET)

THIS IS A LIVE HEARING WITH LIMITED EXCEPTIONS
PURSUANT TO THE JUDGE'S CHAMBERS RULES[2]

> If authorized to attend via Zoom:
>
> TOPIC: Prodigy Network, LLC, *et al*., Case No. 21-10622 (JTD)
>
> When: March 21, 2023 at 11:00 a.m. Eastern Time (US and Canada)
>
> Hearing participants must register in advance for this hearing via the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItf--srj4uEpv59Dsm6KFSBccH3QsquJw

> After registering, you will receive a confirmation email containing information about joining the meeting.

MATTERS GOING FORWARD

1. Trustee's Motion for Order: (I) Approving Settlement Agreements Pursuant to Rule 9019; (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief [Docket No. 190; Filed 10/17/22]

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): 1234 W. Randolph Realty Associates LLC (21-10612-JTD), Prodigy Shorewood Master Rep Fund LLC-1234 W Randolph Series (21-10613-JTD), 1234 W Randolph Newco, Inc. (21-10614-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC-1234 W Randolph Series (21-10615-JTD), 1400 N Orleans Realty Associates LLC (21-10616-JTD), Prodigy Shorewood Master Rep Fund LLC-1400 N. Orleans Series (21-10617-JTD), Prodigy Shorewood Domestic Feeder Rep Fund LLC- 1400 N Orleans Series (21-10618-JTD), 1400 N Orleans Newco, Inc. (21-10619-JTD), Prodigy Network Miami, LLC (21-10620-JTD), The Assemblage Hospitality, LLC (21-10621-JTD), Prodigy Network, LLC (21-10622-JTD).

[2] Case participants (arguing attorneys, witnesses, etc.) will need to be live in the courtroom, but non-participants can view the proceeding via Zoom.

62130897\1 0917701/00515888
03/17/2023

Response Deadline: November 15, 2022, extended by agreement to December 1, 2022 for Winston & Strawn, LLP and to February 15, 2023 for Larry Davis and Juanita Galvis

Related Documents:

A) Declaration of Chapter 7 Trustee Jeoffrey L. Burtch in Support of Trustee's Motion for Oder (I) Approving Settlement Agreements Pursuant To Rule 9019; (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief [Docket No. [217]; Filed 3/17/23]

Responses Received:

1) Certificate of Mailing of Objection to Trustee's Motion (D.I. 190) and Exhibits. Filed by Matias Valentin Castellano [Docket No. 193; Filed 11/11/2022]

2) Certificate of Mailing of Objection to Trustee's Motion (D.I. 190) and Exhibits. Filed by Matias Valentin Castellano [Docket No. 195; Filed 11/15/2022]

3) Objection of Winston & Strawn LLP to Trustee's Motion for Order Approving Settlement Agreements Pursuant to Rule 9019 [Docket No. 199; Filed 12/2/2022]

4) Informal responses were received from Larry Davis, Juanita Galvis, and Brian Newman.

Status: The informal responses have been resolved through a revised form of order that will be presented at the hearing. The Chapter 7 Trustee will be available for examination. This matter is going forward.

2. Trustee's Motion for Order: (I) Approving Settlement Agreement Pursuant to Rule 9019; and (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief [Docket No. 207; Filed 2/15/23]

Response Deadline: March 1, 2023

Related Documents:

A) Declaration of Chapter 7 Trustee Jeoffrey L. Burtch in Support of Trustee's Motion for Oder (I) Approving Settlement Agreements Pursuant To Rule 9019; (II) Approving Sale of Insurance Policy to Carrier; and (III) Granting Related Relief [Docket No. [217]; Filed 3/17/23]

Status: The Chapter 7 Trustee will be available for examination. This matter is going forward.

Dated: March 17, 2023                  **COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*